# Exhibit "A"

# Exhibit "A"

