# Exhibit "B"

# Exhibit "B"

