# Exhibit "D"

# Exhibit "D"

Filing # 84560868 E-Filed 02/07/2019 10:50:32 AM

IN THE COUNTY COURT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.:
DIVISION:

CAROL S. PARKS, AS TRUSTEE OF THE
FRANK SAWYER REVOCABLE TRUST
THROUGH NE 32ND STREET, LLC, AS
AUTHORIZED AGENT AND AUTHORIZED
REPRESENTATIVE,

     Plaintiff.

vs.

ALGAR TELECOM S/A, ANGOLA CABLES
S.A., ADMINISTRACION NACIONAL DE
TELECOMMUNICACIONES and GU
HOLDINGS INC.

     Defendants.

_____

### COMPLAINT

     Plaintiff, Carol S. Parks, as Trustee of the Frank Sawyer Revocable Trust ("FSRT"),

through NE 32nd Street, LLC as authorized agent and authorized representative ("Agent"), by and

through undersigned counsel, hereby sues Defendants, Algar Telecom S/A, Angola Cables S.A.,

Administracion National de Telecomunicaciones and GU Holdings Inc. (Collectively "Monet

Defendants") and as grounds therefor, alleges as follows:

#### Parties, Jurisdiction, And Venue

     1.    FSRT is the fee-simple record title owner of the property which is the subject of

this dispute is located in Palm Beach County, Florida.

1

TOBIN & REYES, P.A.
MIZNER PARK OFFICE TOWER • 225 N. E. MIZNER BOULEVARD, SUITE 510 • BOCA RATON, FLORIDA • 33432

2.     Agent is the authorized representative of FSRT to pursue this action on behalf of FSRT. See First Trustee Affidavit, a true and correct copy of which is attached hereto as **Exhibit "A."**

3.     Algar Telecom S/A ("Algar") is a Brazilian corporation doing business in Florida without authorization from the Florida Secretary of State.

4.     Algar is engaged in substantial and not isolated activity in Florida and jurisdiction is appropriate under Section 48.193, Florida Statutes, because it is: a) operating, conducting in, engaging in, or are carrying on a business or business venture in Florida or have an office or agency in Florida; b) committing a tortious act within Florida; and c) using real property within Florida.

5.     This Court has personal jurisdiction over Algar because the subject property at issue is located in Palm Beach County, Florida and because Algar operates, conducts, engages in or carries on a business in this state, and/or because Algar has an office and/or agency in this state, and/or because Algar has caused injury to persons or property within this state.

6.     Angola Cables S.A. ("Angola") is an Angolan corporation doing business in Florida without authorization from the Florida Secretary of State.

7.     Angola is engaged in substantial and not isolated activity in Florida and jurisdiction is appropriate under Section 48.193, Florida Statutes, because it is: a) operating, conducting in, engaging in, or are carrying on a business or business venture in Florida or have an office or agency in Florida; b) committing a tortious act within Florida; and c) using real property within Florida.

8.     This Court has personal jurisdiction over Angola because the subject property at issue is located in Palm Beach County, Florida and because Angola operates, conducts, engages in or carries on a business in this state, and/or because Angola has an office and/or agency in this state, and/or because Angola has caused injury to persons or property within this state.

9.     Administracion National de Telecomunicaciones ("ANTEL") is a Uruguayan corporation doing business in Florida without authorization from the Florida Secretary of State.

2

10.     ANTEL is engaged in substantial and not isolated activity in Florida and jurisdiction is appropriate under Section 48.193, Florida Statutes, because it is:  a) operating, conducting in, engaging in, or are carrying on a business or business venture in Florida or have an office or agency in Florida; b) committing a tortious act within Florida; and c) using real property within Florida.

11.     This Court has personal jurisdiction over ANTEL because the subject property at issue is located in Palm Beach County, Florida and because ANTEL operates, conducts, engages in or carries on a business in this state, and/or because ANTEL has an office and/or agency in this state, and/or because ANTEL has caused injury to persons or property within this state.

12.     GU Holdings Inc. ("GU") is a Delaware corporation doing business in Florida.

13.     This Court has personal jurisdiction over GU because the subject property at issue is located in Palm Beach County, Florida and because GU operates, conducts, engages in or carries on a business in this state, and/or because GU has an office and/or agency in this state, and/or because GU has caused injury to persons or property within this state.

14.     This Court has exclusive subject matter jurisdiction over this cause of action pursuant to Chapter § 34.011 of the Florida Statutes which is a summary proceeding seeking solely possession of real property.  This matter does not involve any amount in controversy as FSRT is not seeking any monetary relief.

15.     Venue is proper in this County pursuant to Chapter § 47.011 of the Florida Statutes because the cause or causes of action asserted herein accrued in this County.

### Count I - Summary Procedure Unlawful Detainer/Forcible Entry

16.     This is a cause of action for unlawful detainer/forcible entry brought pursuant to Chapter 82, Florida Statutes (revised July 2018).  This cause of action is entitled to summary procedure under Fla. Stat.§ 51.011 et seq.

17.     FSRT is the fee-simple record title owner of privately-owned property ("Property"). A true and correct copy of a warranty deed recorded in the Public Records of Palm Beach County, Florida demonstrating FSRT's ownership of the Property ("Warranty Deed") is attached hereto as **Exhibit "B."**

18.     The Palm Beach County Property Appraiser Parcel Control Number for the Warranty Deed is  06-43-47-16-00-002-0010.  Real estate taxes have been paid under this folio number by FSRT.

19.     The legal description corresponding to the FSRT Property is:

> All that part of Government Lot 2, of Section 16, Township 47 South, Range 43 East, lying west of the west right of way line of the Intracoastal Waterway as shown on the plat thereof on file and of record in the Public Records of Palm Beach County, Florida, in Plat Book 17, Page 22. Said lands situate in the City of Boca Raton, Palm Beach County, Florida.

20.     In October 2014, Tyco Electronics Subsea Communications LLC (TE Subcom) contracted with one or more of the Monet Defendants to design, construct, install and supply a non-common fiber optic submarine cable system known as the Monet Cable System (Monet System).

21.     FSRT discovered and later confirmed that the Monet Defendants had started the installation of portions of the Monet System, specifically three subducts/conduits with a fiber optic cable and two high voltage power cables (collectively "Conduits and Cables"), beginning in August 2016.  The Conduit and Cables were installed on the Property surreptitiously by means of pulling the Conduits and Cables under the Property without the knowledge, notice to, or consent from FSRT. (See Second Trustee Affidavit, a true and correct copy of which is attached hereto as **Exhibit "C."**

22.     William Swaim, the Manager of NE 32nd Street, LLC was present upon the Property on August 5, 2016 and witnessed the construction activity by Hypower, a subcontractor of TE Subcom, involving the installation of subducts/conduits within the property owned by FSRT

4

without any permission being granted for said construction. See Declaration of William Swaim attached hereto and incorporated herein as **Exhibit "D."**

23.     On December 30, 2016, a Notice of Lis Pendens was filed in connection with the Property. See Notice Lis Pendens, a true and correct copy of which is attached hereto and incorporated herein as **Exhibit "E."**

24.     Notwithstanding the filing of the Notice of Lis Pendens, the Monet Defendants willfully and knowingly installed the Cables and Conduits and put the Monet System into service on February 21, 2018 across the Property. See March 9, 2018 letter from Morgan, Lewis & Bockius, LLP, counsel for GU, to the Federal Communications Commission ("FCC letter"), a true and correct copy of the is attached hereto and incorporated herein as **Exhibit "F."**

25.     FSRT has obtained and affidavit from Professional Survey Mapper, Jerald A. McLaughlin confirming that the Conduit and Cables are currently occupying the Property ("McLaughlin Affidavit") A true and correct copy of the McLaughlin Affidavit is attached hereto and incorporated herein as **Exhibit "G."**

26.     The Monet Defendants currently operate the Conduit and Cables, which were illegally installed across the Property.

27.     Monet Defendants have refused and/or failed to vacate/remove the Conduits and Cables in accordance with FSRT's demands. The Monet Defendants unlawfully detain in possession and continue in possession by virtue of the Conduits and Cables on the subject premises against FSRT's consent, and in violation of the revised Section 82.94, Florida Statutes (July 2018).

28.     Monet Defendants are in illegal possession of portions of the Property without the permission or consent of FSRT as the fee-simple owner. [*See*, Second Trustee Affidavit.]

29.     Monet Defendants have not registered the location of the Conduits and Cables with Sunshine 811 as specified by Chapters 556 Florida Statutes, continually since they were installed.

5

30.     There is no authorization from FSRT to the Monet Defendants allowing the Conduit and Cables upon any portion of the Property.

31.     Monet Defendants have not obtained any authorization from FSRT to occupy or use any proportion of the Property.

32.     Monet Defendants do not have a lease, license or authorization from FSRT to use or possess any portion of the Property.

33.     Monet Defendants do not have any recorded easements from FSRT to use or possess any portion of the Property.

34.     Monet Defendants do not have a right of way use agreement with the City of Boca Raton related to the Property.

35.     There is no landlord-tenant relationship between FSRT and Monet Defendants.

36.     Monet Defendants cannot claim any title, right, or interest in the Property which would transcend merely being in possession by the Conduit and Cables being placed across the subject Property.

37.     As described below, there is no authorization from FSRT, or any predecessor in interest to the subject property, allowing the system to be constructed and operated upon any portion of the Property:

a.) The Monet Defendants cannot rely upon that certain Supply Contract for Monet Cable System dated August 8, 2014. ("Supply Agreement.) The Supply Agreement states at Section 28.4, states that "the Purchasers (Monet Defendants) will obtain, in their own names and at their own costs and expense Landing Licenses to land and operate the System in the United States and Brazil and all of the Permits, licenses, and authorizations identified in the Purchaser category in Appendix 3." According to Appendix 3 of the Supply Agreement, the Monet Defendants were exclusively required to obtain authorization/right to use of the Property from FSRT in order to install and

TOBIN & REYES, P.A.
MIZNER PARK OFFICE TOWER • 225 N. E. MIZNER BOULEVARD, SUITE 510 • BOCA RATON, FLORIDA • 33432

operate the Monet System on the Property prior to the installation of the Conduits and Cables. The Monet Defendants made no attempts to secure any authorizations from FSRT at any time prior to or after the installation, use and occupation of the Property by the Cables and Conduits. (The FSRT understands that The Supply Agreement has been designated as Confidential & Proprietary and, as such, the Supply Agreement is not attached hereto. Upon entry of a Protective Order, the Plaintiff can produce a copy to all parties.)

b.) Similarly, the Monet Defendants cannot rely upon that certain Right to Use Agreement dated September 24, 2015. ("RUA") Rather, the RUA states at section 3.3 that "Upon Grantee's request, Grantor shall provide reasonable assistance to Grantee at no charge, to assist Grantee in obtaining any applicable third party authorization, Permits, permissions, licenses, approvals or consents related to Grantee's rights under this Agreement." GU did not request any assistance from the TE Subcom to assist in obtaining any third party authorizations. As such, the RUA imposes upon the Grantee the obligation to obtain permission for entry and use of the Cables and Conduits upon the Property which was never sought or obtained. (The FSRT understands that The Supply Agreement has been designated as Confidential & Proprietary and, as such, the Supply Agreement is not attached hereto. Upon entry of a Protective Order, the Plaintiff can produce a copy to all parties.)

38. Accordingly, in order for the Monet System to be constructed and operated upon the Property, it would have nevertheless needed consent from FSRT, or its predecessors in title, which was never obtained. The Defendants have no lease, license, easement, or other similar writing from FSRT or any predecessor in interest granting permission to be on the Properties.

39. Monet Defendants have no State or City of Boca Raton permit to be on FSRT's Property.

TOBIN & REYES, P.A.
MIZNER PARK OFFICE TOWER • 225 N. E. MIZNER BOULEVARD, SUITE 510 • BOCA RATON, FLORIDA • 33432

40.     The Conduits and Cables do not involve any federal or state government infrastructure.  Rather, the Cables appear to have been installed and placed into operation pursuant to a Petition to Adopt Conditions to Authorizations and Licenses (Petition) and incorporated Letter of Assurance ("LOA") to the Department of Homeland Security ("DHS") granting access and requiring notification to DHS.  ("Petition")  A true and correct copy of the Petition and LOA are attached hereto as **Exhibit "H."**

41.     The Petition and incorporated LOA do not provide the Monet Defendants with any title, right, or interest in the Property.

42.     Monet Defendants have refused and/or failed to vacate/remove the Conduits and Cables in accordance with FSRT demands.  Monet Defendants unlawfully detain in possession and continue in possession by virtue of the Conduits and Cables on the Property against FSRT's consent, and in violation of the revised Section 82.94, Florida Statutes (July 2018).

43.     In accordance with Section 82.03(1) Florida Statutes revised (July 2018), FSRT is entitled by this lawsuit to have Monet Defendants relinquish possession and have the Conduit and Cables immediately removed from the Property.

44.     FSRT is entitled to the summary procedure set forth in Section 51.011, Florida Statutes.

WHEREFORE, Plaintiff, Carol S. Parks, trustee of the Frank Sawyer Revocable Trust , demands that the Court find Defendants, Algar Telecom S/A, Angola Cables S.A., Administracion National de Telecomunicaciones and GU Holdings Inc. have unlawfully detained and has forcibly entered into possession of the Property, grant final judgment of possession in favor of Plaintiff and against Defendants, issue a writ of possession in favor of Plaintiff and against Defendants in accordance with the Section 82.091, Florida Statutes (revised July 2018) and award to Plaintiff the costs of this action, and grant to Plaintiff such other relief as the Court may deem just and proper.

TOBIN & REYES, P.A.
MIZNER PARK OFFICE TOWER • 225 N. E. MIZNER BOULEVARD, SUITE 510 • BOCA RATON, FLORIDA • 33432

## NOTICE OF DESIGNATION OF EMAIL ADDRESSES

Pursuant to Fla. R. Jud. Admin. 2.516(b)(1)(A), undersigned counsel for Plaintiff, South Spanish Trail, LLC, hereby designates the following email addresses to be used in the above referenced matter.

|  |  |
|---|---|
| Primary: | eservice@tobinreyes.com |
| Secondary:  Ricardo A. Reyes, Esq. | rar@tobinreyes.com |
| Secondary:  Elana B. Goodman, Esq. | egoodman@tobinreyes.com |

All further documents required or permitted to be served in the above referenced matter shall be served to each of the above referenced email addresses.

Dated: February 6, 2019.

Respectfully submitted,

s/Ricardo A. Reyes
Ricardo A. Reyes, FBN 864056
Elana B. Goodman, FBN 145076
TOBIN & REYES, P.A.
Attorneys for Plaintiff
Mizner Park Office Tower
225 N. E. Mizner Blvd., Suite 510
Boca Raton, FL 33432
Phone: (561) 620-0656
Fax:    (561) 620-0657
eservice@tobinreyes.com
rar@tobinreyes.com
egoodman@tobinreyes.com



9

AFFIDAVIT OF TRUSTEE OF THE FRANK SAWYER REVOCABLE TRUST

STATE OF Massachusetts
COUNTY OF Norfolk } ss:

Before me, the undersigned authority, personally appeared Carol S. Parks who was sworn and says:

1.   My name is Carol S. Parks.

2.   I am over 18 years of age.

3.   I am the sole trustee of the Frank Sawyer Revocable Trust ("Trust"), which is the legal owner of the property ("Property") described in the attached "Exhibit A."

4.   On or about February 17, 2016, Seller entered into a land sale contract ("Contract") for the Property to Waterfront ICW Properties, LLC ("Waterfront").

5.   Thereafter, Waterfront assigned the Contract to NE 32nd Street, LLC ("NE 32nd") on April 11, 2016, which has been extended through various amendments and addendums until March 20, 2019 and may be extended longer if necessary and agreed upon in writing.  A copy of the most recent addendum is attached hereto as "Exhibit B."

6.   I am aware that NE 32nd Street, LLC brought an action (the "Action"), styled NE 32nd Street LLC, a Florida Limited Liability Company, individually and as authorized agent for the Frank Sawyer Revocable Trust v. Tyco Electronics Subsea Communications, LLC, a Delaware Limited Liability Company, et al. in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida Case No.: 50-2016-CA-006913 (later consolidated), both in its individual capacity and as agent on behalf of the Trust.

7.   It was the intent of NE 32nd and myself, as Trustee, (collectively, the "Parties"), in signing the Contract and from the inception of the Action, that Waterfront and its successor-in-interest NE 32nd have the exclusive right to bring the Action and prosecute all claims and causes of action affecting the Property, so that: (a) the Trust can deliver clear and marketable title to the Property; and (b) NE 32nd and the Trust can close on the sale of the Property.

*EXHIBIT "A"*

NOT A CERTIFIED COPY

8.     Accordingly, the prosecution of the Action has been for the benefit of both of the Parties. It has been the intention of the Parties to work together as necessary for purposes of the Action. In this regard, the Parties' counsel have worked together in the Action. The Trust's counsel assisted NE 32nd's counsel in the preparation for trial, and at trial, on those legal issues and interests common to both the Parties.

9.     As Trustee, as it relates to the Action, I hereby: (a) authorize and ratify the filing and prosecution of the Action by NE 32nd on behalf of the Trust, as an agent for the Trust, and do ratify each action taken by NE 32nd in the Action; and (b) appoint NE 32nd as the Trust's representative and agent to prosecute in the Action, in its discretion, any claims and causes of action on behalf of the Trust as of the filing of the Action.

10.     The Parties have entered into valid assignments of all necessary claims and causes of action relating to the Action. However, to the extent any assignment(s) was, in whole or in part, ineffective or ceased to be effective during the pendency of the Action, the foregoing authorization and ratification authorizes NE 32nd to continue to prosecute the Action on behalf of the Trust as its representative and agent.

FURTHER AFFIANT SAYETH NAUGHT

_____
Carol S. Parks, as Trustee of the Frank Sawyer Revocable Trust

Sworn to and subscribed before me on _Nov 14_, 2018 by Carol S. Parks, as Trustee of the Frank Sawyer Revocable Trust.

KC___ E. EVANS
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
November 25, 2022

_____
Notary Public, State of _Massachusetts_

Personally known _____ OR Produced Identification __✓__ Drivers License

Type of Identification Produced __Drivers License__

**Exhibit A**
**Legal Description of Property**

The Trust's interest of the following described real property:

The East 273.3 feet of the North one half (N 1/2) of the Northeast one-quarter (NE 1/4) of the Northeast one-quarter (NE 1/4), Section 17, Township 47 South, Range 43 East, in Palm Beach County, Florida;

TOGETHER WITH:

All that part of Government Lot 2, of Section 16, Township 47 South, Range 43 East, lying west of the west right of way line of the Intracoastal Waterway as shown on the 1931 Florida Inland Navigation District map which was for the location of the Florida East Coast Canal and for the location of potential right of way acquisition parcels, thereof on file and of record in the Public Records of Palm Beach County, Florida, in Plat Book 17, Page 22. Said lands situate in the City of Boca Raton, Palm Beach County, Florida.

TOGETHER WITH:

The North 400 feet of Fractional Section 16, Township 47 South, Range 43 East, Palm Beach County, Florida lying East of the centerline of the Intracoastal Waterway and West of the East right-of-way line of the Intracoastal Waterway.

NOT A CERTIFIED COPY

# Exhibit B

## ADDENDUM TO VACANT LAND CONTRACT

This Addendum to Vacant Land Sale Contract ("Agreement") is effective as of August 6, 2018 ("Effective Date") between the following, who are collectively referred to herein as the "Parties": NE 32nd Street, LLC, a Florida limited liability company ("Buyer"); Waterfront ICW Properties, LLC ("Waterfront"); and Carol S. Parks, Trustee of the Frank Sawyer Revocable Trust ("Seller"). The Parties agree as follows:

1.0 ~~Property.~~ Seller is the owner of vacant real property along the intracoastal waterway in Boca Raton, Florida, with the Palm Beach County Parcel Control Numbers 06-43-47-16-00-002-0010 and 06-43-47-00-000-1180 ("Property"), and as reflected in Section 11.0 below.

2.0 Vacant Land Agreement. On or about February 17, 2016, Seller entered into a land sale contract ("Contract") for the Property to Waterfront ICW Properties, LLC, which Waterfront assigned the Contract to Buyer on April 11, 2016. The Parties agreed to amend the Contract's terms to indemnify the Seller from any quiet title action brought by the Buyer to clear up title issues discovered during the Feasibility Period as described therein. The Contract and the amendments thereto are referred to herein as the "Vacant Land Agreement."

3.0 Mediation Settlement Agreement and 2017 Addendum. Buyer requested additional time to clear certain issues Buyer believes creates impediments to the Property's marketable title, which include, but is not limited to, rights or interests claimed by the following: Tyco Electronics Subsea Communications, LLC, Caribbean Crossings, Ltd, Inc., Telxius Cable USA Inc., Columbus Networks USA, Inc., GU Holdings, Inc., City of Boca Raton, Florida Public Utilities, and the State of Florida. On February 24, 2017, the Parties attended mediation. Thereafter, the Parties agreed to an extension of the Vacant Land Agreement that was memorialized in the Parties' Mediation Settlement Agreement and the July 21, 2017 Addendum to Vacant Land Sale Contract ("2017 Addendum"), which shall be considered part of the amendments referred to as the "Vacant Land Agreement" as stated in this Agreement's Section 2.0.

4.0 Performance of 2017 Addendum. Pursuant to the 2017 Addendum, the Parties acknowledge following:

(a) the $10,000.00 deposit held pursuant to the Vacant Land Agreement was released to Seller, which shall be credited toward the Purchase Price (as defined herein).

(b) Seller re-opened the probate case in the Circuit Court of Palm Beach County, Florida, to clarify and confirm that following Frank Sawyer's death, the Property was transferred to the Seller and Seller has clear ownership of the Property ("Ownership Action"). Seller consulted with Buyer as to the filings in the Ownership Action. Seller used her best efforts to confirm Seller's title and assignment of intangible personal property pertaining to the Property.

(c) Seller shall have no obligation to cure any further title issues.

Initial: _____ Buyer _____ Waterfront _____

Page 1 of 10
NE 32nd Street, LLC vs. Carol Parks et al
2018-08-06 Addendum to Vacant Land Sale Contract between Carol S. Parks and NE 32nd Street
- last revised on 2018-11-18 at 6:50 pm

(d) Following title being determined in the Ownership Action on July 27, 2017, Buyer extended the closing date for the Vacant Land Agreement through August 6, 2018 by making a total of (11) eleven payments in the amount of $20,000.00 for each such month of the extension, which shall NOT be credited toward the purchase price.

(c) the Buyer's quiet title action against the United States Army Corps of Engineers (United States Southern District case number 9:16-cv-80802-RLR) has been resolved.

**5.0    Tyco Matters.** The Parties are currently involved in that certain matter filed in the Circuit Court of the Fifteenth Judicial Circuit Court for Palm Beach County, Florida captioned ("Tyco Matters"): Waterfront ICW Properties, LLC v. State of Florida, et al., Case No. 502016CA003800; and, consolidated with, NE 32nd Street, LLC v. Tyco Electronics Subsea Communications, LLC, et al., Case No. 502016CA006913.

**6.0    2018 Extension Terms.** The Parties have agreed that Seller shall have until October 12, 2018 to pursue mediation in the Tyco Matters and to otherwise consider the terms of this Agreement.

**7.0    Purchase Price.** The purchase price pursuant to the Vacant Land Agreement shall be amended consistent with the above and shall have the new purchase price of $2,000,000.00 ("Purchase Price").

**8.0    Extension Until March 14, 2019.** The Parties have agreed to extend the Vacant Land Agreement until March 20, 2019 upon the following terms:

(a) starting on November 20, 2018 for a period of up to four (4) additional months thereafter (or until March 20, 2019), Buyer shall pay Seller $20,000.00 on the 14th of the month for each such month and these payments shall NOT be credited toward the Purchase Price.

(b) any and all amounts due shall be paid by cashier's check made payable to "Frank Sawyer Revocable Trust" or wired to that account (unless otherwise instructed).

(c) unless otherwise agreed, or by wire, any and all amounts due shall be delivered to Steve Kravitz, Attention: Frank Sawyer Revocable Trust, 200 Newberry Street, Boston, MA 02116.

(d) Buyer's failure to timely make the payments stated above shall be a default of this Agreement and void Buyer's entitlement to any extension of the Vacant Land Agreement. Upon notice to Buyer of such default, and without Seller's receipt of the curative amount due within five (5) business days of such notice, Buyer's only right to cure shall be full payment of the Purchase Price to Seller within thirty (30) days.

**9.0    Further Extensions Must Be in Writing.** No further extension shall be granted without a mutual written agreement and thus this Agreement is being set forth in writing.

**10.0    Indemnification.** Buyer and Waterfront shall fully indemnify, hold harmless and defend Seller from and against all claims, demands, actions, suits, damages, liabilities, losses, settlements, judgments, costs and expenses (including but not limited to reasonable attorney's fees and costs),

Initial _____ Buyer _____ Waterfront _____ Seller _____

Page 2 of 10
*NE 32nd Street, LLC vs. Carol Parks et al*
2018-08-06 Addendum to Vacant Land Sale Contract between Carol S. Parks and NE 32nd Street
- last revised on 2018-11-18 at 6:50 pm

whether or not involving a third-party claim, which arise out of or relate to any quiet title action or any other legal action as set forth in the Contract. This Section is hereby clarified and extended to expressly include all matters relating to the intervention of Seller in the Tyco Matters. Any indemnification shall be made promptly, and in any event within thirty (30) days, upon the written request of the Seller or its representatives.

**11.0   Amendment to Legal Description.** The Contract's "Exhibit A" is amended and restated to read as follows:

> The East 273.3 feet of the North one half (N 1/2) of the Northeast one-quarter (NE 1/4) of the Northeast one-quarter (NE 1/4), Section 17, Township 47 South, Range 43 East, in Palm Beach County, Florida;

> **TOGETHER WITH:**

> All that part of Government Lot 2, of Section 16, Township 47 South, Range 43 East, lying west of the west right of way line of the Intracoastal Waterway as shown on the 1931 Florida Inland Navigation District map which was for the location of the Florida East Coast Canal and for the location of potential right of way acquisition parcels, thereof on file and of record in the Public Records of Palm Beach County, Florida, in Plat Book 17, Page 22. Said lands situate in the City of Boca Raton, Palm Beach County, Florida.

> **TOGETHER WITH:**

> The North 400 feet of Fractional Section 16, Township 47 South, Range 43 East, Palm Beach County, Florida lying East of the centerline of the Intracoastal Waterway and West of the East right-of-way line of the Intracoastal Waterway.

Notwithstanding the above, Seller shall only be required to sign a warranty deed, wherein the above legal description (or any other agreed upon legal description) is approved and insured by Old Republic National Title Insurance Company ("Old Republic") Commitment No. 361857 or a subsequent Old Republic Commitment. Old Republic, in its sole discretion, shall be the final determiner of the legal description used in the warranty deed at closing. While Seller has no obligation to cure any further title issues, Seller will cooperate with Buyer as to any further reasonable revisions to the title commitment to the extent permitted by the underwriter; however, the need for these revisions cannot be the basis for an objection to the title policy or for a delay in closing.

**12.0   Authorization to Pursue Legal Action Regarding Title Issues.** During the term of the Agreement, Buyer has and shall continue to have: the exclusive right to negotiate with the holder of any restrictions, liens, encumbrances, encroachments, easements, interests, claims, or other matters in, against or affecting the Property, which Buyer determines (in Buyer's sole discretion) to adversely

Initial _____ Buyer _____ Waterfront _____ Seller _____

*NE 32nd Street, LLC vs. Carol Parks et al*
2018-08-06 Addendum to Vacant Land Sale Contract between Carol S. Parks and NE 32nd Street
– last revised on 2018-11-18 at 6:50 pm

impact Buyer's current or future intended use of the Property (collectively, the "Encumbrances") concerning the release, mitigation, limitation or alteration of said Encumbrance(s); the authority to pursue any and all legal or equitable remedies, including but not limited to: trespass, ejectment, injunction, injunctive relief under section 403.812(2) Florida Statutes, quiet title, unjust enrichment slander of title, inverse condemnation, mandamus or any other action to provide marketable title and remove any Encumbrances, in a Court or Courts (with applicable jurisdiction) with regard to any such Encumbrances as a method to expedite the removal of any Encumbrance, and shall bear any and all legal costs related to such actions without reimbursement from the Seller; and the full authority to pursue the release of the spoil easements from the Army Corps of Engineers and the Florida Inland Navigational District. Buyer may, in its sole discretion, elect to accept the Property notwithstanding the existence of any or all Encumbrances, pursue any and all legal action to cure defects; or, in the alternative, to cancel this Vacant Land Contract if Buyer determines that any Encumbrance(s) prevents Buyer from proceeding with its intended use of the Property. The Parties shall not do anything to jeopardize the current DEP and ACOE permits on the Property, so long as the Property remains titled to Seller.

13.0    **Assignment of Rights.** Consistent with Section 5.0, Buyer has instituted litigation against certain defendants in the cases styled as follows: the Tyco Matters; 502017CA005424XXXXMB; 502016CA010989XXXXAG; 9:16CV80802RLR; and 37-2016-CA_001332, (the "Cases") and has expended and accrued substantial legal fees associated with the Cases to clear-up title issues and encroachments on the Property, and the Buyer's complaint(s) (including any amended complaint(s)) in the Cases include claims for monetary damages identified in Section 5.0 above against the defendants (the "Damage Claims"). For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Seller has and hereby assigns, transfers, conveys and delivers all of Seller's Interest in the Damage Claims, which arose or will arise prior to the date Buyer takes title to the Property including the Absolute Assignment of Intangible Personal Property recorded in the Public Records of Palm Beach County, Florida Official Records Book 28658 page 1782, and Buyer, or Buyer's assignee, shall be entitled to receive any and all damages and other relief awarded from the Damage Claims; however, if Buyer fails to pay the Purchase Price and does not close on the Property, any of Buyer's interest in the Damage Claims and entitlement to any amounts recovered thereunder shall revert to the Seller. To the extent Buyer receives payment under the Damage Claims, but fails to pay the Purchase Price and close on the Property, all sums received must be provided to Seller within 30 days.

14.0    **Execution of Applications or Easements.** Seller agrees to execute all applications reasonably required to obtain Buyer's approvals, provided such applications do not result in any cost or liability to Seller. Seller agrees to execute all easements reasonably required to clean up any encroachments to provide a marketable title; however, Seller is not obligated to provide any signatures or consents that would degrade Seller's rights, ownership, or value of the Property before closing. Copies of all applications and all reports and studies obtained by Buyer shall be promptly provided to Seller. To the extent Buyer receives payment under the Damage Claims, but fails to pay the Purchase Price and close on the Property, all sums received must be provided to Seller within 30 days.

Initial ____ Buyer ____ Waterfront ____
Page 4 of 10
NE 32nd Street, LLC vs. Carol Parks et al
2018-08-06 Addendum to Vacant Land Sale Contract between Carol S. Parks and NE 32nd Street
- last revised on 2018-11-18 at 6:50 pm

**15.0**    Documents. In the event of termination of this Agreement, Buyer shall promptly deliver to Seller all title commitments, surveys, and all other reports and documents obtained by Buyer.

**16.0**    Confidentiality. The Agreement's terms are confidential and shall not be disclosed by the Parties, except as may be necessary to effectuate its terms, unless otherwise agreed by the Parties, or required as a matter of law. The Parties agree that no such improper disclosure has been made to date. The Parties and their counsel have continued to work together in the Tyco Matters toward their common interests as to those legal issues asserted therein. The Parties intended, and continue to intend, to coordinate strategies, exchange information, minimize costs, and maintain a unified front while preserving the attorney-client and work product privileges in the Tyco Matters as to their common interests.

**17.0**    Release by Parties. Other than the Parties' obligations incorporated under this Agreement, the Parties hereby release and forever discharge each other, their agents, representatives, heirs, trustees, estates, successors, and assignees from any and all claims, demands, causes of action, obligations, rights of action, contracts, damages, controversies, covenants, agreements, penalties, remedies, liabilities, and sanctions of any nature whatsoever, whether or not presently known, suspected or claimed, that each had, now have, claim to have, or may have in the future against each other, arising prior to the parties signing this Agreement ("Claims"), which relate to, or arise out of, the Vacant Land Agreement and the Property. The Parties shall not bring, commence, institute, maintain, prosecute, or aid an action of law, or proceeding in equity, against each other based on the Claims.

**18.0**    Consideration. The Parties acknowledge that the covenants contained in this Agreement provide good, sufficient, and valuable consideration for every promise, duty, release, and obligation, and the like contained in this Agreement. Neither this Agreement nor the aforesaid consideration shall be taken as, or construed to be, an admission by any of the Parties of any liability to the other.

**19.0**    Later Discovered Facts. The Parties fully understand that if any facts related to the Property should be found hereafter to be other than (or different from) the facts now believed to be true, the Parties expressly accept and assume the risk of such possible difference in facts, and agree that this Agreement shall be and shall remain in effect notwithstanding any such difference in facts.

**20.0**    Authority. The signatories to this Agreement represent they have the full authority to bind the party or parties on whose behalf they have executed this Agreement. The Parties represent and warrant that they own and have not sold, pledged, hypothecated, or assigned the Claims. The Agreement, and all the terms and provisions hereof, shall be binding on the Parties and their respective representatives, successors, assigns, administrators, and trustees.

**21.0**    Taxes. The Parties acknowledge that there may be substantial tax implications with regard to this Agreement. Each party has had adequate opportunity to confer with an accountant and legal counsel as to such implications, as well as their respective rights, duties, and obligations.

Initial: ____  Buyer ____  Waterfront ____  Seller ____
Page 5 of 10

NE 32nd Street, LLC vs. Carol Parks et al
2018-08-06 Addendum to Vacant Land Sale Contract between Carol S. Parks and NE 32nd Street
- last revised on 2018-11-18 at 6:50 pm

22.0   Severability.   In the event that any provision of this Agreement is held by a court of competent jurisdiction to be invalid and unenforceable, the remaining portions of the Agreement shall be severable from such portion and the remainder of this Agreement shall remain in full force and effect.

23.0   Representations.  The Parties further agree that no promises, representations, understandings, or warranties have been made by the Parties outside of the Agreement and any exhibits to this Agreement.

24.0.   Further Assurances.  The Parties shall cooperate reasonably with each other and with their respective representatives in connection with any steps required to be taken as part of their respective obligations under this Agreement, and shall: (a) furnish upon request to each other such further information; (b) execute and deliver to each other such other documents; and (c) do such other acts and things, all as the other party may reasonably request for the purpose of carrying out the intent of this Agreement and the transactions contemplated herein.

25.0   No Oral Modification.  This Agreement may not be supplemented or amended except in a subsequent writing signed by all Parties.

26.0   Voluntary Entry Into Agreement.  It is expressly understood and agreed that this Agreement has been freely, voluntarily, and knowingly entered into by the Parties, and that each party has had adequate opportunity to confer with independent counsel as to their respective rights, duties, and obligations.  The Parties further acknowledge, agree, and waive any right, which the Parties have or may have to make any claims against each other based on any inducement or representation.

27.0   Attorney's Fees, Costs, and Expenses.  This Agreement covers all costs, expenses, and attorney's fees, whether taxable or otherwise, and any and all claims, which could be asserted by or through any of the Parties against each other. In any action or motion to enforce the terms of this Agreement, the prevailing party shall be entitled to an award of attorney's fees, costs, and damages.

28.0   Venue.  The Parties hereby agree the appropriate state or federal courts, in and for Palm Beach County, Florida ("Courts"), shall be the venue and exclusive proper forum in which to adjudicate any case or controversy arising either directly, or indirectly, under, or, in connection, with this Agreement. In the event litigation arising out of or in connection with this Agreement is filed in these Courts, the Parties agree they will not challenge the jurisdiction or venue of these Courts.

29.0   Governing Law.  This Agreement shall be construed and governed by the laws of the State of Florida.

30.0   Waiver of Jury Trial.  Each party, to the extent permitted by law, knowingly, voluntarily, and intentionally waives its right to a trial by jury in any action or other legal proceeding arising out of, or relating to, this Agreement and the transactions it contemplates.  This waiver applies to any action or legal proceeding, whether sounding in contract, tort, or otherwise.

Initial   Buyer   Waterfront   Seller
Page 6 of 10
NE 32nd Street, LLC vs. Carol Parks et al
2018-08-06 Addendum to Vacant Land Sale Contract between Carol S. Parks and NE 32nd Street
– last revised on 2018-11-18 at 6:50 pm

**31.0** Construction. This Agreement shall be construed within the fair meaning of each of its terms and not against the party drafting the document.

**32.0** Number and Gender. Any reference in this Agreement to the singular includes the plural where appropriate, and any reference in this Agreement to gender includes the feminine, masculine, or neuter genders where appropriate.

**33.0** Headings. The descriptive headings of the sections, subsections, or other parts of this Agreement are for convenience purposes only and do not affect this Agreement's construction or interpretation.

**34.0** Multiple Originals. This Agreement may be executed in a number of identical counterparts, each of which is deemed an original for all purposes and all of which constitute only one agreement. Additionally, faxed, scanned and/or electronically captured versions of the executed Agreement may be treated as an original.

**35.0** Effective Date. The effective date of the Agreement shall be the same as the Vacant Land Agreement unless otherwise stated in the Agreement.

**36.0** Binding Nature. The Vacant Land Agreement remains binding by its terms, except as modified by this Agreement.

Each party is initialing each page and signing this Agreement on the date stated below that party's signature.

<div align="center">

REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK
FOLLOWED BY THREE (3) SIGNATURE PAGES

</div>

Initial _____ Buyer _____ Waterfront _____ Seller _____

*NE 32nd Street, LLC vs. Carol Parks et al*
2018-08-06 Addendum to Vacant Land Sale Contract between Carol S. Parks and NE 32nd Street
– last revised on 2018-11-18 at 6:50 pm

**NE 32nd Street, LLC,**
**a Florida limited liability company**

Signature: _____

As Authorized Representative

Print Name: _____

Title: MANAGER

Dated: 11-19-2018

**Signed in our presence:**

Signature: _____

Witness 1 Name: JENNIFER T. KLAUSE

Signature: _____

Witness 2 Name: Gabriella Motta

Initial: _____ Buyer _____ Waterfront _____ Seller

Page 8 of 10
*NE 32nd Street, LLC vs. Carol Parks et al*
2018-08-06 Addendum to Vacant Land Sale Contract between Carol S. Parks and NE 32nd Street
- last revised on 2018-11-18 at 6:50 pm

NOT A CERTIFIED COPY

**Waterfront ICW Properties, LLC**

Signature: _____
As Authorized Representative
Print Name: _____
Title: MANAGER
Dated: 11-19-2018

Signed in our presence:

Signature: _____
Witness 1 Name: ROBERT T. KRAMER

Signature: _____
Witness 2 Name: Gabriella Motta

NOT A CERTIFIED COPY

Initials _____ Buyer _____ Waterfront _____

Page 9 of 10
NE 32nd Street, LLC vs. Carol Parks et al
2018-08-06 Addendum to Vacant Land Sale Contract between Carol S. Parks and NE 32nd Street
- last revised on 2018-11-18 at 6:50 pm

Carol S. Parks, Trustee of the Frank Sawyer Revocable Trust

Signature: _____
As Authorized Representative
Print Name: Carol S Parks
Title: Trustee
Dated: Nov 19, 18

**Signed in our presence:**

Signature: _____
Witness 1 Name: Graciela Guides

Signature: _____
Witness 2 Name: Cobe Evans

Initial: _____ Buyer _____ Waterfront _____ Seller
Page 10 of 10
*NE 32nd Street, LLC vs. Carol Parks et al*
2018-08-06 Addendum to Vacant Land Sale Contract between Carol S. Parks and NE 32nd Street
- last revised on 2018-11-16 at 6:50 pm

NOT A CERTIFIED COPY

DEED 724 PAGE 297

# Deed

**This Deed,** dated this 6th day of July A.D. 19 45 between BESSEMER PROPERTIES INCORPORATED, a Delaware corporation authorized to transact business in the State of Florida,

hereinafter called the Grantor , which term shall include when used herein, wherever the context so requires or admits, its successors and assigns,

and FRANK SAWYER, of Boston, Massachusetts,

hereinafter called the Grantee , which term shall include when used herein, wherever the context so requires or admits, his heirs and assigns.

WITNESSETH: That for the sum of Ten Dollars ($10.00) and other good and valuable considerations, said Grantor do es hereby grant, bargain, sell, alien, remise, release, convey and confirm unto the said Grantee all that certain piece of property and tract of land situate in the County of Palm Beach and State of Florida, described as follows:

All that part of Government Lot Two (2), of Section Sixteen (16), Town. Forty-seven (47) South, Range Forty-three (43) East, lying West of the Intracoastal Waterway, as such Intracoastal Waterway is shown on the plat thereof on file and of record in the public records of Palm Beach County, Florida, in Plat Book 17, pages 1 to 25.

SUBJECT to any and all outstanding taxes, and the effect of non-payment thereof.

TO HAVE AND TO HOLD the same in fee simple forever.



*EXHIBIT "B"*



THIS INDENTURE, Made and entered into this ___

day of March, 1944, between Edwin Colean, as ancillary adminis-

trator cum testamento annexo of the Estate of Peter Brodt,

deceased, H. Oscar Brodt as domiciliary Executor of said Estate

in the State of Pennsylvania, parties of the first part, and

Essnomer Properties, Incorporated, a Delaware Corporation,

party of the second part, WITNESSETH:

That Edwin Colean is the duly appointed, qualified

and acting administrator cum testamento annexo of the Estate

of Peter Brodt, deceased, in proceedings pending in connection

with such Estate in Indian River County, Florida, and H. Oscar

Brodt is the duly appointed, qualified and acting executor of

said Estate in Pennsylvania. That the said parties of the first

part did, under date of March, 4th 1944, secure an order

in the County Judge's Court in and for Indian River County,

Florida, authorizing and directing the execution and delivery

of this instrument upon the payment of a consideration of

Fifteen Hundred ($1500.00) Dollars; therefore,

In consideration of the premises and in consideration

of the sum of Fifteen Hundred ($1500.00) Dollars cash in hand

paid to the party of the first part by the party of the second

part at the time of the delivery of this instrument, the said

parties of the first part do herewith sell and convey unto the

said party of the second part, its successors and assigns, that

certain parcel of land situated, lying and being in Palm Beach

County, Florida, to-wit:

    Government Lots 2 and 3, Section 16, Township 47
    South, Range 43 East, subject to the right-of-way
    of the Florida East Coast Canal, together with all
    riparian rights thereunto belonging or in anywise
    appertaining.

together with all the appurtenances thereunto belonging or in

anywise appertaining;

NOT A CERTIFIED COPY



TO HAVE AND TO HOLD the same unto the said Bessemer Properties, Incorporated, its successors and assigns, in as full and ample manner as the same was possessed and enjoyed by the said Peter Brodt, deceased, in his lifetime,

This conveyance is expressly subject to all taxes for the year 1944 and subsequent years.

IN WITNESS WHEREOF, The Parties of the first part have hereunto set their hands and seals the day and year first above written.

_____ (Seal)
As Ancillary Administrator Cum
Testamento Annexo of the Estate
of Peter Brodt, Deceased.

_____ (Seal)
As Domiciliary Executor of the
Estate of Peter Brodt, Deceased.

Signed, sealed and delivered
in the presence of:
As to Edwin Colean, Adm.

_____
_____
As to E. Oscar Brodt, Executor

_____
_____

STATE OF FLORIDA
COUNTY OF ST. LUCIE.

I, the undersigned official, certify that this day personally appeared before me an officer duly authorized to administer oaths and take acknowledgments, Edwin Colean, as ancillary administrator cum testamento annexo of the estate of Peter Brodt, deceased, to me well known to be one of the persons described in and who executed the foregoing deed, and he acknowledged before me that he executed the foregoing deed, as his voluntary act as such administrator for the purposes therein express...

DEED 683 PAGE 432

STATE OF PENNSYLVANIA
COUNTY OF NORTH HAMPTON

I hereby certify that on this day personally appeared before me, an officer duly authorized to take acknowledgments of Deeds, H. Oscar Brodt, as Domiciliary Executor in the State of Pennsylvania, of the Estate of Peter Brodt, Deceased to me well known to be one of the persons who executed the above and foregoing deed, and he acknowledged before me that he executed said deed as his voluntary act and deed, as Executor aforesaid, for the purposes therein stated.

In Witness Whereof I have hereunto set my hand and affixed my official seal at Easton in said State and county in March 14, 1944.

(Seal)

Myrtle Medwell
NOTARY PUBLIC, EASTON, PA
Commission Expires May 11, 19 44

**State of Pennsylvania,**
**County of Northampton,** ss.

I, A. THURMAN SCHLABACH, Prothonotary of said County and Clerk of the Court of Common Pleas, in and for said County, do hereby certify, that the said Court is a Court of Record. That ............ Myrtle Medwell ...................... Esq., whose name is subscribed to the certificate or proof of acknowledgment of the annexed instrument, was at the time of taking the same a NOTARY PUBLIC in and for said County and a resident of said County, duly commissioned and sworn, and qualified to act as such; that as such NOTARY PUBLIC he was at the time of taking such acknowledgment duly authorized by the laws of the State of Pennsylvania, to take acknowledgments and proofs of deeds or conveyances for lands, tenements or hereditaments in the State of Pennsylvania, that I am well acquainted with the handwriting of said NOTARY PUBLIC and verily believe that his signature to the same is genuine. No impression of Notary Public Seal is requested by laws of this State to be filed in my office.

That his commission is dated .................. 11, ........ 19 40 and will expire ...... 11, ........ 1944.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said office at Easton, this ........ 14 ........ day of ........ DEC. ........ A. D. 19 44.

A. Thurman Schlabach .......... Prothonotary

N. Y. Form 9-B   1M-9-41.

This instrument was filed for Record at 2 P.M. 14 day of March 1944 and recorded in Deed Book 683 .............................................. A. M. Arnot
Clerk Circuit Court, Palm Beach County, Florida

CFN 20170275052
OR BK 29256 PG 214
RECORDED 08/01/2017 10:37:34
Palm Beach County, Florida
AMT
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 0214-0216; (3Pgs)

IN THE CIRCUIT COURT FOR
PALM BEACH COUNTY, FLORIDA

PROBATE DIVISION
**CASE NO.   501992 CP002098 FOIB MB**

IN RE:  ESTATE OF
      FRANK SAWYER,
         Deceased.

## ORDER REOPENING ESTATE, REISSUANCE OF LETTERS OF ADMINISTRATION, AND CLARIFICATION OF OWNERSHIP

On the petition of CAROL S. PARKS, for an Order Reopening Estate, Reissuance of

Letters of Administration, and Clarification of Ownership, that the material allegations of the

petition are true, and the court having been advised in the premises, it is

ORDERED AND ADJUDGED THAT:

1.     The January 7, 1997 Order of Discharge is hereby vacated.

2.     The estate shall be reopened and the Letters of Administration shall be reissued to

CAROL S. PARKS, as sole personal representative to clarify and confirm that the personal

representative has ownership of certain real property.

3.     The decedent's will directed that the residue of decedent's estate be devised to the

trustee of the Frank Sawyer Revocable Trust, u/a/d 9/28/1978, amended by the First

Amendment, u/a/d 11/15/1978, Second Amendment, u/a/d 11/22/1978, Third Amendment, u/a/d

12/23/1982, Fourth Amendment, u/a/d 9/29/1983, Fifth Amendment, u/a/d 10/1/1986, and Sixth

Amendment, u/a/d 9/29/1989 ("the Frank Sawyer Revocable Trust").

4.     The subject property (see legal description attached hereto as "Exhibit A") was

owned by decedent at time of death, was not otherwise mentioned in decedent's will, and

constitutes residue of decedent's estate, which pursuant to decedent's will was transferred upon

decedent's death to Carol S. Parks, trustee of the Frank Sawyer Revocable Trust.

1

CFN 20170275052
BOOK 29256 PAGE 215
2 OF 3

5.   As such, the subject property (described on "Exhibit A" hereto) is owned by Carol S. Parks, trustee of the Frank Sawyer Revocable Trust.

6.   The estate shall be discharged within sixty (60) days of this order.

DONE AND ORDERED on _____July 27_____, 2017.

_____
Circuit Judge

NOT A CERTIFIED COPY

2

CFN 20170275052
BOOK 29256 PAGE 216
3 OF 3

EXHIBIT A

That portion of the East 273.3 feet of the North one half (N 1/2) of the Northeast one-quarter (NE 1/4) of the Northeast one-quarter (NE 1/4), Section 17, Township 47 South, Range 43 East, lying West of the West Right-of-Way line of Intracoastal Waterway from Jacksonville, Florida to Miami, Florida, as that Right-of-Way line is shown an Plat recorded in Plat Book 17, Page 1 (22), Public Records of Palm Beach County, Florida;

TOGETHER WITH;

All that part of Government Lot 2, of Section 16, Township 47 South, Range 43 East, lying west of the west right of way line of the Intracoastal Waterway as shown on the 1931 Florida Inland Navigation District map which was for the location of the Florida East Coast Canal and for the location of potential right of way acquisition parcels, thereof on file and of record in the Public Records of Palm Beach County, Florida, in Plat Book 17, Page 22. Said lands situate in the City of Boca Raton, Palm Beach County, Florida.

TOGETHER WITH:

The North 400 feet of Fractional Section 16, Township 47 South, Range 43 East, Palm Beach County, Florida lying East of the centerline of the Intracoastal Waterway and West of the East right-of-way line of the Intracoastal Waterway.

WPBDOCS 9319205 1

CFN 20170274895
OR BK 29255 PG 1814
RECORDED 08/01/2017 10:21:19
Palm Beach County, Florida
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 1814 - 1816; (3pgs)

IN THE CIRCUIT COURT FOR
PALM BEACH COUNTY, FLORIDA

PROBATE DIVISION
**CASE NO.   501992 CP002098 FO1B MB**

IN RE:  ESTATE OF
      FRANK SAWYER,
        Deceased.

## ORDER REOPENING ESTATE, REISSUANCE OF LETTERS OF ADMINISTRATION, AND CLARIFICATION OF OWNERSHIP

On the petition of CAROL S. PARKS, for an Order Reopening Estate, Reissuance of Letters of Administration, and Clarification of Ownership, that the material allegations of the petition are true, and the court having been advised in the premises, it is

ORDERED AND ADJUDGED THAT:

1.    The January 7, 1997 Order of Discharge is hereby vacated.

2.    The estate shall be reopened and the Letters of Administration shall be reissued to CAROL S. PARKS, as sole personal representative to clarify and confirm that the personal representative has ownership of certain real property.

3.    The decedent's will directed that the residue of decedent's estate be devised to the trustee of the Frank Sawyer Revocable Trust, u/a/d 9/28/1978, amended by the First Amendment, u/a/d 11/15/1978, Second Amendment, u/a/d 11/22/1978, Third Amendment, u/a/d 12/23/1982, Fourth Amendment, u/a/d 9/29/1983, Fifth Amendment, u/a/d 10/1/1986, and Sixth Amendment, u/a/d 9/29/1989 ("the Frank Sawyer Revocable Trust").

4.    The subject property (see legal description attached hereto as "Exhibit A") was owned by decedent at time of death, was not otherwise mentioned in decedent's will, and constitutes residue of decedent's estate, which pursuant to decedent's will was transferred upon decedent's death to Carol S. Parks, trustee of the Frank Sawyer Revocable Trust.

1

5.      As such, the subject property (described on "Exhibit A" hereto) is owned by

Carol S. Parks, trustee of the Frank Sawyer Revocable Trust.

6.      The estate shall be discharged within sixty (60) days of this order.

DONE AND ORDERED on ____ July 27 ____, 2017.

_____
Circuit Judge

2

EXHIBIT A

That portion of the East 273.3 feet of the North one half (N 1/2) of
the Northeast one-quarter (NE 1/4) of the Northeast one-quarter
(NE 1/4), Section 17, Township 47 South, Range 43 East, lying
West of the West Right-of-Way line of Intracoastal Waterway
from Jacksonville, Florida to Miami, Florida, as that Right-of-Way
line is shown an Plat recorded in Plat Book 17, Page 1 (22), Public
Records of Palm Beach County, Florida;

TOGETHER WITH:

All that part of Government Lot 2, of Section 16, Township 47
South, Range 43 East, lying west of the west right of way line of
the Intracoastal Waterway as shown on the 1931 Florida
Inland Navigation District map which was for the location of the
Florida East Coast Canal and for the location of potential right
of way acquisition parcels, thereof on file and of record in
the Public Records of Palm Beach County, Florida, in Plat Book
17, Page 22. Said lands situate in the City of Boca Raton, Palm
Beach County, Florida.

TOGETHER WITH:

The North 400 feet of Fractional Section 16, Township 47 South,
Range 43 East, Palm Beach County, Florida lying East of the
centerline of the Intracoastal Waterway and West of the East right-
of-way line of the Intracoastal Waterway.

WPBDOCS 9319205 1

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a
true copy of the record in my office with
redactions, if any as required by law.
THIS 15 DAY OF August .2017
SHARON R. BOCK
CLERK & COMPTROLLER
By Cathrina Uhl
DEPUTY CLERK

## TRUST AFFIDAVIT

STATE OF FLORIDA      )
                             ) ss:
COUNTY OF PALM BEACH   )

BEFORE ME, the undersigned authority, personally appeared Carol S. Parks, who, first being duly sworn, deposes and says:

1. My name is Carol S. Parks I am the sole Trustee of the Frank Sawyer Revocable Trust.

2. Affiant is of legal age, competent to testify in a court of law and has personal knowledge of the facts set forth herein.

3. That certain Declaration of Trust known as the Frank Sawyer Revocable Trust, under Agreement of Trust dated September 28, 1978, as amended (hereinafter referred to as the "Trust") has been in full force and effect during the period of ownership of the Property and Affiant is the duly qualified and acting Trustee thereunder.

4. The Frank Sawyer Revocable Trust owns the following property in Boca Raton Florida: See Exhibit "A" ("Property")

5. Parcel one has been in continual ownership by Frank Sawyer and/or the Frank Sawyer Revocable Trust since April 1, 1969.

6. Parcel two has been in continual ownership by Frank Sawyer and/or the Frank Sawyer Revocable Trust since June 27, 1945.

7. Affiant as Trustee of the Trust has full power and authority to authorize use, sell, convey and/or mortgage the above described property.

8. Frank Sawyer died May 30, 1992, Mildred F. Sawyer died March 20, 2000 and Joan. R. Sawyer died April 23, 1996, leaving Carol S Parks the sole and present remaining Trustee of the foresaid Trust.

9. The Trust has no knowledge that any conduits, cables or any similar facilities were installed under the Property, until it was brought to our attention in May of 2016.

10. The Trust received no notification from the Florida Department of Environmental Protection of any potential permits for conduits or cables in Section 16 or 17 of Township 47

1

*EXHIBIT "C"*

South, Range 43 East in Palm Beach County.

11.     At no time since ___ 199 8___ did the Trust give any authorization to bore or to install conduits, fiber optic cables, electrical cables or any associated facilities under any portion of the Property to any company or entity.

12.     The Trust was never contacted at any time prior to the installation of the conduits and cables, to request any use of the Property by: Tyco Electronics Subsea Communications, LLC (TE SubCom), Columbus Networks USA, Inc., Emergia USA, Inc./Telefonica International Wholesale Services USA, Inc., Caribbean Crossings, Ltd, Inc./Cable Bahamas, Ltd (or any affiliates of these entities) or the State of Florida.

13.     The Trust did not authorize at any time any use or entrance of the Property to: Tyco Electronics Subsea Communications, LLC (TE SubCom), Columbus Networks USA, Inc., Emergia USA, Inc./Telefonica International Wholesale Services USA, Inc., Caribbean Crossings, Ltd, Inc./Cable Bahamas, Ltd (or any affiliates of these entities) or the State of Florida.

14.     The Trust has not conveyed any real property right to Tyco Electronics Subsea Communications, LLC (TE SubCom), Columbus Networks USA, Inc., Emergia USA, Inc./Telefonica International Wholesale Services USA, Inc., Caribbean Crossings, Ltd, Inc./Cable Bahamas, Ltd (or any affiliates of these entities) or the State of Florida for use, or authorize the entrance of these companies to the Property.

15.     Any use or entrance by Tyco Electronics Subsea Communications, LLC (TE SubCom), Columbus Networks USA, Inc., Emergia USA, Inc./Telefonica International Wholesale Services USA, Inc., Caribbean Crossings, Ltd, Inc./Cable Bahamas, Ltd (or any affiliates of these entities) or the State of Florida is an illegal, intentional and unauthorized entry, occupation and use upon the Property constitutes a past, present and continuing trespass on the Property.

16.     At no time has the Trust dedicated any portion of the Property or plat any portion of the Property for public street or utility right of way purposes to the City of Boca Raton, the County of Palm Beach or the State of Florida.

17.     The Trust has no knowledge of any public street or utility right of way encumbering any portion of the Property.

18.     The Trust has entered into a contract with NE 32nd Street, LLC for the sale of the

Property and these unauthorized conduits and cables is delaying the completion of that sale.

19.     The Trust's contract with NE 32nd Street, LLC is in full force and effect.

20.     The Trust's contract with NE 32nd Street, LLC exclusively authorizes NE 32nd Street, LLC to negotiate or undertake legal action against the holders of any restrictions, liens, encumbrances, easements, interests, claims or other matters in, against or affecting the above Property which NE 32nd Street, LLC determines, in NE 32nd Street, LLC sole discretion, that may adversely impact NE 32nd Street, LLC's current or future intended use of the Property.

FURTHER AFFIANT SAYETH NAUGHT

_____
Carol S. Parks, Individually

_____
Carol S. Parks, as Trustee of the Frank Sawyer
Revocable Trust u/a/d September 28, 1978 and
as amended

STATE OF _FLORIDA_

COUNTY OF _PALM BEACH_

Sworn to and subscribed before me this 30th day of August, 2016, by Carol S. Parks, Individually and as Trustee of the Frank Sawyer Revocable Trust u/a/d September 28, 1978 and as amended who is personally known to me or who produced the following identification (_MA Drivers license_) and who took an oath.

NOTARY PUBLIC

BLAINE C. DICKENSON
MY COMMISSION # FF 127462
EXPIRES: August 21, 2018
Bonded Thru Notary Public Underwriters

Sign: _____

Print: _Blaine L. Dickenson_

My Commission Expires:                      (SEAL)

3

**Exhibit A**
**Legal Description of Property**

The Sellers' interest of the following described real property:

**Parcel 1**

That portion of the East 273.3 feet of the North one half (N 1/2) of the Northeast one-quarter (NE 1/4) of the Northeast one-quarter (NE 1/4), Section 17, Township 47 South, Range 43 East, lying West of the West right of way line of the Intracoastal Waterway from Jacksonville, Florida to Miami, Florida, as that right of way line as shown on Plat recorded in Plat Book 17, Page 22, Public Records of Palm Beach County, Florida; TOGETHER WITH: All that part of Government Lot 2, of Section 16, Township 47 South, Range 43 East, lying west of the west right of way line of the Intracoastal Waterway as shown on the plat thereof on file and of record in the Public Records of Palm Beach County, Florida, in Plat Book 17, Page 22. Said lands situate in the City of Boca Raton, Palm Beach County, Florida.

**Parcel 2**

All that part of the north 400' of Government Lot 1, located west of the East Right of way line of the Intracoastal Waterway and East of the centerline of the Intracoastal Waterway, as shown on the plat thereof on file and of record in the Public Records of Palm Beach County, Florida, in Plat Book 17, Page 22. Said lands situate in the City of Boca Raton, Palm Beach County, Florida.

NOT A CERTIFIED

## DECLARATION OF WILLIAM SWAIM

I, William B. Swaim, on behalf NE 32nd Street, LLC, being duly sworn, do depose and say as follows:

1.    I am a resident of Palm Beach County, Florida, over the age of majority, and of sound mind, not operating under the influence of any substance which might impair my ability to understand or to recall events. I make this statement of my own free will.

2.    I am currently the manager of NE 32nd Street, LLC ("NE 32nd"), and am authorized to take actions on its behalf.

3.    I have personal knowledge of the facts set forth in this Declaration.

4.    On August 5th, 2016 at approximately 10:45am, I was on the Property meeting with Florida Public Utilities on the location of their gas lines near the Sawyer/NE32nd Property. I witnessed white paint on NE 32nd Street adjacent to the Property, it was labeled Hypower. I contacted Hypower, Inc. in Fort Lauderdale Florida and talked with Richard Carrero, who informed me that they were contracted with TE Subcom and performing engineering services to install new conduits and exploring the feasibility to install a new 18" horizontal bore under the Intracoastal Waterway in this area.

5.    On Monday September 19, 2016 at 10:00am I visited the Property with Stephen Simmons and Mike Hamaway. I observed Hypower, Inc. employees working in a manhole located on NE 32nd Street adjacent to Sawyer/NE2nd's Property. Hypower also had a large spool of conduits located on a trailer on the Sawyer/NE32nd's Property.

6.    I questioned the employees working in the manhole as to what they were doing, they stated that they were installing pulling strings into conduit. I asked if they had any permits for the work and they stated "that was above their pay grade" and they were only doing what they were told. I asked them if they had any plans I could look at to see what they were doing, they stated they had no plans.

7.    At about 12:15pm that day, Hypower employees packed up and left the site with their trailer of conduits.

8.    Later that day I called Hypower, Inc. and talked to Richard Carrero about what was going on next to NE32nd's Property. He informed me that the work "was highly confidential" and

1

*EXHIBIT "D"*

he would not discuss it with me. He also questioned me on why I wanted to know. I asked him if he had any permits to do the work and he refused to answer.

9.     On Tuesday September 20, 2016, I again visited the site at approximately 2:00pm and witnessed Hypower, Inc. employees installing three new conduits from the manhole on NE 32nd Street across the Intracoastal Waterway under Sawyer/NE32nd's Property. I questioned the employees again if they had a permit to perform this work and again, they stated that the question "was above their pay grade".

10.     While I was there, I discussed what they were doing for about a half hour and during this time they confirmed that they had successfully installed the three new conduits across the Intracoastal Waterway to a manhole located in Spanish River Park.

11.     On Tuesday September 20, 2016 I contacted John Renfranz, Christian White and Kirk White of the Florida Department of Environmental Protection and inquired if TE Subcom had obtained any new permits to install anything under the Intracoastal Waterway, as required in their original permits. They informed me that no permit or any modification of a permit had been issued for any new work to either TE Subcom or Hypower and they were going to send out an inspector to see what was going on.

12.     On Wednesday September 21, 2016 I contacted the Michael Dyko of the City of Boca Raton, to inquire if any permits had been issued by the City of Boca Raton. He forwarded me the permit that was issued by the City to TE Subcom and Hypower to perform work a few blocks east of the Sawyer/NE32nd Property extending to the west from NE 6th Drive to the FEC railroad track by Dixie Highway. The permit did not show any work authorized in the area of the Properties where they were installing the new conduits

### Verification Pursuant to Fla. Stat. § 95.525(2)

Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true.

Dated February 5, 2019

WILLIAM B. SWAIM, Manager
NE 32nd Street, LLC

2

Filing # 50653790 E-Filed 12/30/2016 03:44:05 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA

NE 32ND STREET, LLC, a Florida Limited
Liability Company, individually and as
authorized agent for the Frank Sawyer
Revocable Trust,

        Plaintiff,

v.

TYCO ELECTRONICS SUBSEA
COMMUNICATIONS, LLC a Delaware
Limited Liability Company, CARIBBEAN
CROSSINGS, LTD, INC., a Bahamian
Corporation; TELXIUS CABLE USA, INC., f/k/a
TELEFONICA INTERNATIONAL
WHOLESALE SERVICES USA, INC., f/k/a
EMERGIA USA, INC. ("TELXIUS"), a Florida
Corporation; and COLUMBUS NETWORKS
USA, INC., a Florida Corporation.

CIVIL DIVISION

CASE NO.: 50-2016-CA-006913

## PLAINTIFF'S NOTICE OF LIS PENDENS

TO:    ALL DEFENDANTS AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING:

1.    With respect to the property described below, Plaintiff, NE 32ND STREET, LLC,

has instituted this action against you seeking (a) to quiet title to privately owned lands within

Palm Beach County, Florida under Chapter 65, *Florida Statutes*; (b) for trespass with damages

over $15,000; (c) for slander of title with damages over $15,000; (d) for ejectment under Chapter

66, *Florida Statutes;* (e) for unjust enrichment with damages over

$15,000; and (f) for injunctive relief.

*EXHIBIT "E"*

2.    The date of the institution of this action is June 20, 2016. The case number of the

action is as shown in the caption.

3.    The property that is the subject matter of this action is in Palm Beach County,

Florida, and is described as follows:

The East 273.3 feet of the North one half (N 1/2) of the Northeast one-quarter (NE 1/4) of the Northeast one-quarter (NE 1/4), Section 17, Township 47 South, Range 43 East, in Palm Beach County, Florida;

TOGETHER WITH:
All that part of Government Lot 2, of Section 16, Township 47 South, Range 43 East, lying west of the west right-of-way line of the Intracoastal Waterway as shown on the Plat thereof on file and of record in Public Records of Palm Beach County, Florida in Plat Book 17, Pages 1 to 25. Said lands situate in the City of Boca Raton, Palm Beach County, Florida.

TOGETHER WITH:
The North 400 feet of Fractional Section 16, Township 47 South, Range 43 East, Palm Beach County, Florida lying East of the centerline of the Intracoastal Waterway and West of the East right-of-way line of the Intracoastal Waterway.

Dated this 30th day of December, 2016.

Respectfully submitted,

**MOMBACH, BOYLE, HARDIN & SIMMONS, P.A.**
*Attorneys for Plaintiff*
100 N.E. Third Avenue, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 467-2200
Facsimile: (954) 467-2210

By: _____
STEPHEN J. SIMMONS
Florida Bar No. 664375

# Morgan Lewis

**Ulises R. Pin**
Partner
+1.202.373.6664
ulises.pin@morganlewis.com

March 9, 2018

**_Via IBFS_**

Marlene H. Dortch, Secretary
Federal Communications Commission
445 12th Street SW
Washington, DC 20554

Re:   **Monet Cable System (File No. SCL-LIC-20150408-00008)**
      **Notice of In-Service Date**

Dear Ms. Dortch:

GU Holdings Inc., through its undersigned counsel, pursuant to Section 1.767(g)(15) of
the Commission's rules, 47 C.F.R. § 1.767(g)(15), hereby notifies the Commission that the
Monet Cable System was put into service on February 21, 2018. If you have any
questions, please do not hesitate to contact the undersigned.

Sincerely,

/s/ Ulises R. Pin

_____

Ulises R. Pin
Counsel to GU Holdings Inc.

cc:   Denise Coca, International Bureau (via email)
      David Krech, International Bureau (via email)

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW
Washington, DC  20004          **☎** +1.202.739.3000
United States                 **🖷** +1.202.739.3001


*EXHIBIT "F"*

## SURVEYOR'S AFFIDAVIT

Before me, the undersigned notary public, duly authorized to take acknowledgments and administer oaths, personally appeared JERALD A. McLAUGHLIN (**"Affiant"**), who deposes and says under penalties of perjury that:

1. I am a Professional Survey Mapper duly licensed and registered in the State of Florida with P.L.S. No. 5269. As a Professional Survey Mapper, I regularly survey parcels of real property and compare the actual location of the boundaries of such property to ensure that it is accurately depicted on surveys.

2. I have over 24 years of experience as a Professional Survey Mapper. I am familiar with and abide by the laws governing surveyors and mappers as established by the Standards of Practice set forth in both the Florida Statutes and the Florida Administrative Code.

3. I have extensive surveying experience with boundary surveys, topographical surveys, sectional land surveys and development of residential, commercial and public properties. I have performed well over 25,000 surveys including virtually every type of commercial, governmental and residential property and structure. I make this Affidavit based on my personal knowledge gained from over twenty-four (24) years of experience as a Professional Survey Mapper and from my review of the public records of Palm Beach County, Florida and the Exhibits attached hereto.

4. I have reviewed the legal descriptions of the Deed recorded in Deed Book 724, Page 297 and the Order reopening estate, reissuance of letters of administration, and clarification of ownership, Estate of Frank Sawyer, recorded in O. R. Book 29256, Page 214, and O. R. Book 29255, Page 1814, Public Records of Palm Beach County, Florida.

7206531-1
6/29/16

*EXHIBIT "G"*

demonstrating Carol S. Parks, as Trustee of the Frank Sawyer Revocable Trust's recorded ownership of the property contained within those documents, which are attached hereto as **"Composite Exhibit "A" ("Property").**

5.        I have examined the Asbuilts of TSSL Boca Raton Submarine Fiber Optic Cable Landing, Project – Phase 2, Northeast 32nd Street to Ocean Outfalls, as prepared for Tyco Submarine Systems Ltd. Dated 5/2/01, submitted to the Florida Department of Environmental Protection attached hereto as **Exhibit "B". ("As-built Survey")**

6.        According to the graphical representation of the As-built Survey, the installed conduits and any cables contained therein, occupy approximately 179 feet of the Property.

7.        I have reviewed the coordinates provided by VES **Exhibit "C"** of the field survey of the location of the conduit installed across the Property. I prepared a drawing of the location according to those coordinates, **Exhibit "D"**. According to the information provided to by VES there is approximately 179 feet of occupation of the Property by this conduit and cable.

8.        In summary the Monet conduit and cable are currently occupying the Property.

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

7206531-1
6/29/16

The foregoing instrument was acknowledged before me this __5__ day of February 2019 by JERALD A. McLAUGHLIN, who is ( ✓ ) personally known to me or (   ) who has produced identification.

DATED:

By: JERALD A. McLAUGHLIN
Professional Survey Mapper

DIANA L. DONAHOE
Notary Public – State of Florida
Commission # GG 112979
My Comm. Expires Aug 2, 2021
Bonded through National Notary Assn.

(AFFIX NOTARY SEAL)

Notary Public, State of Florida
Commission No. _GG 112979_
My Commission Expires: _8/2/2021_

NOT A CERTIFIED COPY

7206531-1
6/29/16

Composite Exhibit A

DEED 721 PAGE 297

# Deed

**This Deed,** dated this 5 TH day of July A. D. 19 45

between BESSEMER PROPERTIES INCORPORATED, a Delaware corporation authorised

to transact business in the State of Florida,

hereinafter called the Grantor, which term shall include when used herein, wherever the
context so requires or admits, its successors and assigns,

and FRANK SAWYER, of Boston, Massachusetts,

hereinafter called the Grantee, which term shall include when used herein, wherever the
context so requires or admits, his heirs and assigns.

WITNESSETH: That for the sum of Ten Dollars ($10.00) and other good and
valuable considerations, said Grantor do es hereby grant, bargain, sell, alien, remise,
release, convey and confirm unto the said Grantee all that certain piece of property
and tract of land situate in the County of Palm Beach and State of Florida,
described as follows:

All that part of Governsent Lot Two (2), of Section
Sixteen (16), Town...., Forty-seven (47) South, Range
Forty-three (43) Rest, lying West of the Intracoastal
Waterway, as such Intracoastal Waterway is shown on
the plat thereof on file and of record in the public
records of Palm Beach County, Florida, in Plat Book
17, pages 1 to 25.

SUBJECT to any and all outstanding taxes, and the ef-
fect of non-payment thereof.

TO HAVE AND TO HOLD the same in fee simple forever.

NOT A CERTIFIED COPY

Composite Exhibit A

DEED 724 PAGE 298

And the said Grantor does hereby covenant that it will warrant and defend the title to said land against the lawful claims of all persons claiming under, by or through it.

IN WITNESS WHEREOF, the said Grantor has caused these presents to be executed by its Vice President, and its corporate seal to be affixed, attested by its Assistant Secretary, the day and year aforesaid.

BESSEMER PROPERTIES, INCORPORATED,

(CORPORATE SEAL)                    By _Howard_ _Phipps_
                                         Vice President

Attest:

_____
    Assistant Secretary.

Signed, sealed and delivered
in the presence of:

_____

_____

STATE OF      NEW YORK
COUNTY OF    NEW YORK   } ss.

Before me personally appeared  HOWARD PHIPPS
and    EDULHAG ANDERSON
respectively, Vice-President and Assistant Secretary of Bessemer Properties Incorporated to me well known, and they acknowledged before me that they executed the foregoing instrument as such officers of said corporation, and that they affixed thereto the official seal of said corporation; and I FURTHER CERTIFY that I know the said persons making said acknowledgment  to be the individuals described in and who executed the said instrument.

WITNESS my hand and official seal this   5TH   day of July, 1945.

_____
Notary Public in and for the County and State Aforesaid.

My Commission expires

NOT A CERTIFIED COPY

Composite Exhibit A

THIS INDENTURE, Made and entered into this ____
day of March, 1944, between Edwin Coleman, as ancillary adminis-
trator cum testamento annexo of the Estate of Peter Brodt,
deceased, H. Oscar Brodt as domiciliary Executor of said Estate,
in the State of Pennsylvania, parties of the first part, and
Eassemer Properties, Incorporated, a Delaware Corporation,
party of the second part, WITNESSETH:

That Edwin Coleman is the duly appointed, qualified
and acting administrator cum testamento annexo of the Estate
of Peter Brodt, deceased, in proceedings pending in connection
with such Estate in Indian River County, Florida, and H. Oscar
Brodt is the duly appointed, qualified and acting executor of
said Estate in Pennsylvania. That the said parties of the first
part did, under date of March, 14th, 1944, secure an order
in the County Judge's Court in and for Indian River County,
Florida, authorizing and directing the execution and delivery
of this instrument upon the payment of a consideration of
Fifteen Hundred ($1500.00) Dollars; therefore,

In consideration of the premises and in consideration
of the sum of Fifteen Hundred ($1500.00) Dollars cash in hand
paid to the party of the first part by the party of the second
part at the time of the delivery of this instrument, the said
parties of the first part do herewith sell and convey unto the
said party of the second part, its successors and assigns, that
certain parcel of land situated, lying and being in Palm Beach
County, Florida, to-wit:

    Government Lots 2 and 3, Section 16, Township 47
    South, Range 43 East, subject to the right-of-way
    of the Florida East Coast Canal, together with all
    riparian rights thereunto belonging or in anywise
    appertaining.

together with all the appurtenances thereunto belonging or in
anywise appertaining.

NOTFORRESALE.COM



Composite Exhibit A

TO HAVE AND TO HOLD the same unto the said Bessemer Properties, Incorporated, its successors and assigns, in as full and ample manner as the same was possessed and enjoyed by the said Peter Brodt, deceased, in his lifetime.

This conveyance is expressly subject to all taxes for the year 1944 and subsequent years.

IN WITNESS WHEREOF, The Parties of the first part have hereunto set their hands and seals the day and year first above written.

_____ (Seal)
As Ancillary Administrator Cum
Testamento Annexo of the Estate
of Peter Brodt, Deceased.

_____ (Seal)
As Domiciliary Executor of the
Estate of Peter Brodt, Deceased.

Signed, sealed and delivered
in the presence of:
As to Edwin Colean, Adm.

_____
_____
As to H. Oscar Brodt, Executor

_____
_____

STATE OF FLORIDA
COUNTY OF ST. LUCIE.

I, the undersigned official, certify that this day personally appeared before me an officer duly authorised to administer oaths and take acknowledgments, Edwin Colean, as ancillary administrator cum testamento annexo of the estate of Peter Brodt, deceased, to me well known to be one of the persons described in and who executed the foregoing deed, and he acknowledged before me that he executed the foregoing deed, as his voluntary act, such administrator for the purposes therein express

683 432  Composite Exhibit A

STATE OF PENNSYLVANIA
COUNTY OF NORTH HAMPTON

I hereby certify that on this day personally appeared before me, an officer duly authorized to take acknowledgments of Deeds, H. Oscar Brodt, as Domiciliary Executor in the State of Pennsylvania, of the Estate of Peter Brodt, Deceased to me well known to be one of the persons who executed the above and foregoing deed, and he acknowledged before me that he executed said deed as his voluntary act and deed, as Executor aforesaid, for the purposes therein stated.

In witness Whereof I have hereunto set my hand and affixed my official seal at  Easton  in said State and County on  March 14, 1944

(Seal)

Myrtle Mehrwell

NOTARY PUBLIC, EASTON, PA
Commission Expires May 11, 19 44

State of Pennsylvania, } ss.
County of Northampton,

I, A. THURMAN SCHLABACH, Prothonotary of said County and Clerk of the Court of Common Pleas, in and for said County, do hereby certify, that the said Court is a Court of Record. That.......Myrtle Mehrwell.................................Esq., whose name is subscribed to the certificate or proof of acknowledgment of the annexed instrument, was at the time of taking the same a NOTARY PUBLIC in and for said County and a resident of said County, duly commissioned and sworn, and qualified to act as such; that as such NOTARY PUBLIC he was at the time of taking such acknowledgment duly authorized by the laws of the State of Pennsylvania, to take acknowledgments and proofs of deeds or conveyances for lands, tenements or hereditaments in the State of Pennsylvania, that I am well acquainted with the handwriting of said NOTARY PUBLIC and verily believe that his signature to the same is genuine. No impression of Notary Public Seal is requested, by laws of this State to be filed in my office.

That his commission is dated.......May 11.......19 40 and will expire .......May 11.......1944

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said office at Easton, this .......18th....... day of .......March.......A. D. 19 44.

A. Thurman Schlabach.......Prothonotary

N. Y. Form 9-B  1M-9-41.

This instrument was filed for Record at 3 P.M., 18 day of March, 1944 and recorded in Deed, Book 683 Page 432 witness J. Alex Arrowix, Clerk Circuit Court Palm Beach County Florida

NOT A CERTIFIED COPY

**Composite Exhibit A**

CFN 20170275052
OR BK 29256 PG 214
RECORDED 08/01/2017 10:37:34
Palm Beach County, Florida
AMT
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 0214-0216; (3Pgs)

IN THE CIRCUIT COURT FOR
PALM BEACH COUNTY, FLORIDA

PROBATE DIVISION
**CASE NO.   501992 CP002098 FOIB MB**

IN RE:  ESTATE OF
      FRANK SAWYER,
            Deceased.

### ORDER REOPENING ESTATE, REISSUANCE OF LETTERS OF ADMINISTRATION, AND CLARIFICATION OF OWNERSHIP

On the petition of CAROL S. PARKS, for an Order Reopening Estate, Reissuance of

Letters of Administration, and Clarification of Ownership, that the material allegations of the

petition are true, and the court having been advised in the premises, it is

ORDERED AND ADJUDGED THAT:

    1.    The January 7, 1997 Order of Discharge is hereby vacated.

    2.    The estate shall be reopened and the Letters of Administration shall be reissued to

CAROL S. PARKS, as sole personal representative to clarify and confirm that the personal

representative has ownership of certain real property.

    3.    The decedent's will directed that the residue of decedent's estate be devised to the

trustee of the Frank Sawyer Revocable Trust, u/a/d 9/28/1978, amended by the First

Amendment, u/a/d 11/15/1978, Second Amendment, u/a/d 11/22/1978, Third Amendment, u/a/d

12/23/1982, Fourth Amendment, u/a/d 9/29/1983, Fifth Amendment, u/a/d 10/1/1986, and Sixth

Amendment, u/a/d 9/29/1989 ("the Frank Sawyer Revocable Trust").

    4.    The subject property (see legal description attached hereto as "Exhibit A") was

owned by decedent at time of death, was not otherwise mentioned in decedent's will, and

constitutes residue of decedent's estate, which pursuant to decedent's will was transferred upon

decedent's death to Carol S. Parks, trustee of the Frank Sawyer Revocable Trust.

1

**Composite Exhibit A**

CFN 20170275052
BOOK 29256 PAGE 215
2 OF 3

5.   As such, the subject property (described on "Exhibit A" hereto) is owned by Carol S. Parks, trustee of the Frank Sawyer Revocable Trust.

6.   The estate shall be discharged within sixty (60) days of this order.

DONE AND ORDERED on _____*July 27*_____, 2017.

_____
Circuit Judge

NOT A CERTIFIED COPY

2

Composite Exhibit A

CFN 20170275052
BOOK 29256 PAGE 216
3 OF 3

EXHIBIT A

That portion of the East 273.3 feet of the North one half (N 1/2) of the Northeast one-quarter (NE 1/4) of the Northeast one-quarter (NE 1/4), Section 17, Township 47 South, Range 43 East, lying West of the West Right-of-Way line of Intracoastal Waterway from Jacksonville, Florida to Miami, Florida, as that Right-of-Way line is shown an Plat recorded in Plat Book 17, Page 1 (22), Public Records of Palm Beach County, Florida;

TOGETHER WITH;

All that part of Government Lot 2, of Section 16, Township 47 South, Range 43 East, lying west of the west right of way line of the Intracoastal Waterway as shown on the 1931 Florida Inland Navigation District map which was for the location of the Florida East Coast Canal and for the location of potential right of way acquisition parcels, thereof on file and of record in the Public Records of Palm Beach County, Florida, in Plat Book 17, Page 22. Said lands situate in the City of Boca Raton, Palm Beach County, Florida.

TOGETHER WITH:

The North 400 feet of Fractional Section 16, Township 47 South, Range 43 East, Palm Beach County, Florida lying East of the centerline of the Intracoastal Waterway and West of the East right-of-way line of the Intracoastal Waterway.

WPBDOCS 9319205-1

NOT A CERTIFIED COPY

Composite Exhibit A



CFN 20170274895
OR BK 29255 PG 1814
RECORDED 08/01/2017 10:21:19
Palm Beach County, Florida
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 1814 - 1816; (3pgs)

IN THE CIRCUIT COURT FOR
PALM BEACH COUNTY, FLORIDA

PROBATE DIVISION
**CASE NO.   501992 CP002098 FOIB MB**

IN RE:  ESTATE OF
FRANK SAWYER,
Deceased.

### ORDER REOPENING ESTATE, REISSUANCE OF LETTERS OF ADMINISTRATION, AND CLARIFICATION OF OWNERSHIP

On the petition of CAROL S. PARKS, for an Order Reopening Estate, Reissuance of

Letters of Administration, and Clarification of Ownership, that the material allegations of the

petition are true, and the court having been advised in the premises, it is

ORDERED AND ADJUDGED THAT:

1.      The January 7, 1997 Order of Discharge is hereby vacated.

2.      The estate shall be reopened and the Letters of Administration shall be reissued to

CAROL S. PARKS, as sole personal representative to clarify and confirm that the personal

representative has ownership of certain real property.

3.      The decedent's will directed that the residue of decedent's estate be devised to the

trustee of the Frank Sawyer Revocable Trust, u/a/d 9/28/1978, amended by the First

Amendment, u/a/d 11/15/1978, Second Amendment, u/a/d 11/22/1978, Third Amendment, u/a/d

12/23/1982, Fourth Amendment, u/a/d 9/29/1983, Fifth Amendment, u/a/d 10/1/1986, and Sixth

Amendment, u/a/d 9/29/1989 ("the Frank Sawyer Revocable Trust").

4.      The subject property (see legal description attached hereto as "Exhibit A") was

owned by decedent at time of death, was not otherwise mentioned in decedent's will, and

constitutes residue of decedent's estate, which pursuant to decedent's will was transferred upon

decedent's death to Carol S. Parks, trustee of the Frank Sawyer Revocable Trust.

1

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK. 7/27/2017 3:42:47 PM

Composite Exhibit A

5.    As such, the subject property (described on "Exhibit A" hereto) is owned by

Carol S. Parks, trustee of the Frank Sawyer Revocable Trust.

6.    The estate shall be discharged within sixty (60) days of this order.

DONE AND ORDERED on _____ July 27 _____, 2017.

_____
Circuit Judge

2

Composite Exhibit A

EXHIBIT A

That portion of the East 273.3 feet of the North one half (N 1/2) of the Northeast one-quarter (NE 1/4) of the Northeast one-quarter (NE 1/4), Section 17, Township 47 South, Range 43 East, lying West of the West Right-of-Way line of Intracoastal Waterway from Jacksonville, Florida to Miami, Florida, as that Right-of-Way line is shown an Plat recorded in Plat Book 17, Page 1 (22), Public Records of Palm Beach County, Florida;

TOGETHER WITH:

All that part of Government Lot 2, of Section 16, Township 47 South, Range 43 East, lying west of the west right of way line of the Intracoastal Waterway as shown on the 1931 Florida Inland Navigation District map which was for the location of the Florida East Coast Canal and for the location of potential right of way acquisition parcels, thereof on file and of record in the Public Records of Palm Beach County, Florida, in Plat Book 17, Page 22. Said lands situate in the City of Boca Raton, Palm Beach County, Florida.

TOGETHER WITH:

The North 400 feet of Fractional Section 16, Township 47 South, Range 43 East, Palm Beach County, Florida lying East of the centerline of the Intracoastal Waterway and West of the East right-of-way line of the Intracoastal Waterway.

WPBDOCS 9319205 1

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law.
THIS 1st DAY OF August, 2017
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK

NOT A CERTIFIED COPY

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK. 7/27/2017 3:42:47 PM



**Exhibit B**



Form #62-343.900(5), F.A.C.
Form Title: As-Built Certification by a
Registered Professional
Effective Date: October 3, 1995

## ENVIRONMENTAL RESOURCE PERMIT
## AS-BUILT CERTIFICATION BY A REGISTERED PROFESSIONAL

Permit Number:  50-0164707-001, 50-0164707-002, and 50-0164707-003

Project Name:   TyCom Fiber Optic Conduit and Cable

I hereby certify that all components of this surface water management system have been built substantially in accordance with the approved plans and specifications and are ready for inspection.  Any substantial deviations (noted below) from the approved plans and specifications will not prevent the system from functioning as designed when properly maintained and operated.  These determinations are based upon on-site observation of the system conducted by me or by my designee under my direct supervision and/or my review of as-built plans certified by a registered professional or Land Surveyor licensed in the State of Florida.

Michael J. Lamore
Name (please print)

Earth Tech
Company Name

311-J South Westgate Drive
Company Address

Greensboro, NC 27407
City, State, Zip Code

(336) 299-9998, Ext. 11
Telephone Number

Signature of Professional

0045534
Florida Registration Number

March 20, 2001
Date

(Affix Seal)



Substantial deviations from the approved plans and specifications:
Six conduits were installed into the Atlantic Ocean by horizontal directional drill as authorized by the permit. However, exact paths of the conduits vary from the design locations. Actual locations are depicted in the as-builts. Three drill assemblies and broken conduit were abondoned during unsuccessful drill attempts.

(Note: attach two copies of as-built plans when there are substantial deviations)

Within 30 days of completion of the system, submit two copies of the form to:

RECEIVED

MAY 1 4 2001

DEPT OF ENV PROTECTION
WEST PALM BEACH

62-343.900(5)
On-Line Document
Formatted 12/01/97 kmg



**Exhibit B**



*NOTE: COPY HAS BEEN REDUCED
REFER TO ORIGINAL 24x36 PLOT
FOR CLARITY

# AS-BUILTS OF

## TSSL BOCA RATON SUBMARINE

## FIBER OPTIC CABLE LANDING

## PROJECT - PHASE 2

### NORTHEAST 32ND STREET TO OCEAN OUTFALLS

#### AS PREPARED FOR:

# TYCO Submarine Systems Ltd.



PROPOSED CONSTRUCTION DRAWINGS PREPARED BY:

SHANNON & WILSON, INC.
206 JOE ENGLISH ROAD
NEW BOSTON, NEW HAMPSHIRE

AS-BUILT DRAWINGS PREPARED BY:

COASTAL PLANNING & ENGINEERING, INC.

NOT A CERTIFIED COPY

AS-BUILT
*NOTE: COPY HAS BEEN REDUCED.
REFER TO ORIGINAL 24x36 PLOT
FOR CLARITY
AS-BUILT LOCATION SEGMENT B
AS-BUILT LOCATION SEGMENT H
AS-BUILT LOCATION SEGMENT D
AS-BUILT LOCATION SEGMENT A
AS-BUILT LOCATION SEGMENT C
NOT A CERTIFIED COPY
COASTAL PLANNING & ENGINEERING, INC.

Exhibit B

Exhibit B



AS-BUILT

**Exhibit B**



*NOTE: COPY HAS BEEN REDUCED.
REFER TO ORIGINAL 24x36 PLOT
FOR CLARITY

**AS-BUILT**

Exhibit B



Exhibit B



RECEIVED
MAY 1 4 2001
DEPT OF ENV PROTECTION
WEST PALM BEACH

*NOTE: COPY HAS BEEN REDUCED.
REFER TO ORIGINAL 24x36 PLOT
FOR CLARITY

AS-BUILT



Exhibit B



Exhibit B



Exhibit B



*NOTE: COPY HAS BEEN REDUCED.
REFER TO ORIGINAL 24x36 PLOT
FOR CLARITY

# AS-BUILTS OF

## TSSL BOCA RATON SUBMARINE

## FIBER OPTIC CABLE LANDING

## PROJECT - PHASE 2

### NORTHEAST 32ND STREET TO OCEAN OUTFALLS

AS PREPARED FOR:

# TYCO Submarine Systems Ltd.

RECEIVED

MAY 1 4 2001

DEPT OF ENV PROTECTION
WEST PALM BEACH

NOT TO CERTIFIED COPY

PROPOSED CONSTRUCTION DRAWINGS PREPARED BY:

SHANNON & WILSON, INC.
206 JOE ENGLISH ROAD
NEW BOSTON, NEW HAMPSHIRE

AS-BUILT DRAWINGS PREPARED BY:

COASTAL PLANNING & ENGINEERING, INC.

CITY OF BOCA RATON PROJECT # 45-00-33

INDEX OF SHEETS:

| SHEET No. | SHEET DESCRIPTION |
|---|---|
| 1 | INDEX SHEET |
| CE1 | A/A CROSSING PLAN AND PROFILE |
| CE2 | MANHOLE AND HANDHOLE DETAILS |
| CE3 | CONSTRUCTION STAGING AREAS |
| HD1 | OUTFALLS PLAN AND PROFILE |
| HD2 | INTRACOASTAL PLAN AND PROFILE WEST |
| HD3 | INTRACOASTAL PLAN AND PROFILE EAST |
| HD4 | DETAILS |
| HD5 | INFILTRATION/GATE QUESTIONS SHEETS |

AS-BUILT NOTES:

AS-BUILTS CERTIFIED BY

5/4/01

**Exhibit B**





Exhibit B

*NOTE: COPY HAS BEEN REDUCED.
REFER TO ORIGINAL 24x36 PLOT
FOR CLARITY

AS-BUILT

**Exhibit B**



\*NOTE: COPY HAS BEEN REDUCED.
REFER TO ORIGINAL 24x36 PLOT
FOR CLARITY

Exhibit B



Exhibit B



*NOTE: COPY HAS BEEN REDUCED.
REFER TO ORIGINAL 24x36 PLOT
FOR CLARITY

AS-BUILT



Exhibit B





Exhibit B



Filing # 67395732 E-Filed 02/01/2018 03:53:02 PM   Exhibit C

IN THE CIRCUIT COURT OF THE
15th JUDICIAL CIRCUIT IN AND FOR
PALM BEACH, COUNTY, FLORIDA

WATERFRONT ICW PROPERTIES, LLC, a
Florida Limited Liability Company,

      Plaintiff,

v.

STATE OF FLORIDA, et al,

      Defendants.

CASE NO. 50-2016-CA-003800

NE 32nd STREET, LLC,

      Plaintiff,

v.

TYCO ELECTRONICS SUBSEA
COMMUNICATIONS, LLC, et al,

      Defendants.

Consolidated with:
CASE NO. 50-2016-CA-006913

## NOTICE OF FILING CERTIFICATION OF AUTHENTICITY OF RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Plaintiff/Counter-Defendants, WATERFRONT ICW PROPERTIES, LLC and NE 32ND STREET, LLC, by and through their undersigned counsel, hereby give notice of filing the following document:

1.    Certification of Authenticity of Records of Regularly Conducted Business Activity dated January 24th, 2018, a true and correct copy of which is attached hereto as **Exhibit "A"**.

Exhibit C

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail

through the Florida Court's E-filing Portal in compliance with Fla. R. Jud. Admin. 2.516 on this

1st day of ~~January~~, 2018 to counsel listed on the attached Service List.
February

Respectfully submitted,

**MOMBACH, BOYLE, HARDIN & SIMMONS, P.A.**
*Attorneys for Plaintiffs/Counter-Defendants*
100 N.E. Third Avenue, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 467-2200)
Facsimile: (954) 467-2210

By: _____
STEPHEN J. SIMMONS
Florida Bar No. 664375
MICHAEL P. HAMAWAY
Florida Bar No. 081302
SETH A KUPILIK.
Florida Bar No. 126728
ssimmons@mbhlawyer.com
mhamaway@mbhlawyer.com
skupilik@mbhlawyer.com

NOT A CERTIFIED COPY

Exhibit C

## SERVICE LIST

**Guy Rasco, Esq.**
DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP
2800 Ponce De Leon Blvd., Suite 1400
Miami, FL 33134
grasco@devinegoodman.com
cclarke@devinegoodman.com
vborges@devinegoodman.com

**Patrick O'Donnell,  Esq.**
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M. St. NW
The 8th Floor
Washington, DC 20036
podonnell@hwglaw.com

**Neil B. Jagolinzer,  Esq.**
301 North Olive Avenue
West Palm Beach, FL 33401
neil@jnjlaw.net, tllewis@pbcgov.org,

**Jonathan Glogau, Esq.**
Chief, Complex Litigation
**Ashley E. Davis, Esq.**
**Assistant Attorney General**
**PL-01, The Capitol**
**Tallahassee, FL 32399-1050**
jon.glogau@myfloridalegal.com,
Ashley.davis@myfloridalegal.com
Chanda.johnson@myfloridalegal.com
Corey.allen@myfloridalegal.com

Exhibit C

**EXHIBIT A**

NOT A CERTIFIED COPY

Exhibit C

**CERTIFICATION OF AUTHENTICITY OF RECORDS OF REGULARLY
CONDUCTED BUSINESS ACTIVITY**
*Pursuant to Section 90.902(11), Florida Statutes*

The undersigned declarant hereby declares, certifies, verifies, or states under penalty of perjury, the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification, i.e., those documents attached hereto as **Composite Exhibit "A"** (hereinafter, the "records").

2.  The records which are the subject of this certification are original or duplicate copies of business records, which are true and correct copies of the original record(s) prepared and/or maintained by Gyro Technologies, Inc. d/b/a VES Survey International.

3.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

4.  The records were kept in the course of a regularly conducted business activity.

5.  The records were made as a regular practice in the course of regularly conducted business activity.

*Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. Executed on*  1-24-2018

Signature of Declarant

Gary Vaughn
Printed Name

COO
Title

NOT A CERTIFIED COPY

Exhibit C



Confidential                              **Exhibit C**



SURVEY
INTERNATIONAL

2827 Prestige Rd.
Fort Worth, TX 76244
Phone: 817-741-3610
Fax: 817-741-3615

March 20, 2016

**TE SubCom Shore End & Terrestrial Cable**
**250 Industrial Way West**
**Eatontown, NJ 07724**
Attn: SubCom
Well: TSSL Boca Raton Fiber Optic Cable Landing
RE:  Survey Accuracy

   The data collected by the Inflex Tool from the 32nd St. Manhole to the Spanish River Park dig out
has been reviewed and deemed to have no more than 2 ft. maximum accuracy error over the course
of the 1443 ft. survey.

We appreciate the opportunity. VESSI would like to become your long term, full service
directional survey provider.  If you have any questions, please contact us at 866-835-8333
or visit our web site @ www.vessurvey.com for a complete listing of tools, services and
location information.

Approved by VES Representative

Nick C.

Nick Campbell

NOT A CERTIFIED COPY

Confidential

NOT A CERTIFIED COPY

**TE**
connectivity

SUBCOM

Company: TE Subcom
Project: Monet Spanish River Park
Coordinate System: WGS 84

State/County: Florida /Palm Beach

Latitude: 26.37987, Longitude: -80.07229



**VES** SURVEY INTERNATIONAL

Exhibit C

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 1.0000 | -0.0498 | 0.6394 | -0.6283 |
| 2.0000 | -0.1266 | 1.6362 | -0.6077 |
| 3.0000 | -0.2034 | 2.6330 | -0.5871 |
| 4.0000 | -0.2819 | 3.6297 | -0.5665 |
| 5.0000 | -0.3604 | 4.6264 | -0.5459 |
| 6.0000 | -0.4372 | 5.6233 | -0.5255 |
| 7.0000 | -0.5140 | 6.6201 | -0.5051 |
| 8.0000 | -0.5925 | 7.6168 | -0.4835 |
| 9.0000 | -0.6710 | 8.6134 | -0.4606 |
| 10.0000 | -0.7467 | 9.6103 | -0.4366 |
| 11.0000 | -0.8232 | 10.6070 | -0.4107 |
| 12.0000 | -0.9035 | 11.6034 | -0.3822 |
| 13.0000 | -0.9852 | 12.5996 | -0.3515 |
| 14.0000 | -1.0662 | 13.5957 | -0.3191 |
| 15.0000 | -1.1448 | 14.5921 | -0.2852 |
| 16.0000 | -1.2195 | 15.5887 | -0.2498 |
| 17.0000 | -1.2879 | 16.5856 | -0.2125 |
| 18.0000 | -1.3458 | 17.5832 | -0.1731 |
| 19.0000 | -1.3851 | 18.5815 | -0.1322 |
| 20.0000 | -1.4083 | 19.5805 | -0.0925 |
| 21.0000 | -1.4254 | 20.5797 | -0.0576 |
| 22.0000 | -1.4366 | 21.5792 | -0.0290 |
| 23.0000 | -1.4388 | 22.5790 | -0.0087 |
| 24.0000 | -1.4278 | 23.5789 | 0.0011 |

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 25.0000 | -1.3980 | 24.5784 | -0.0011 |
| 26.0000 | -1.3483 | 25.5770 | -0.0150 |
| 27.0000 | -1.2787 | 26.5743 | -0.0381 |
| 28.0000 | -1.1895 | 27.5699 | -0.0678 |
| 29.0000 | -1.0827 | 28.5636 | -0.1016 |
| 30.0000 | -0.9582 | 29.5552 | -0.1364 |
| 31.0000 | -0.8141 | 30.5441 | -0.1703 |
| 32.0000 | -0.6533 | 31.5306 | -0.2019 |
| 33.0000 | -0.4818 | 32.5154 | -0.2314 |
| 34.0000 | -0.3040 | 33.4991 | -0.2586 |
| 35.0000 | -0.1230 | 34.4822 | -0.2830 |
| 36.0000 | 0.0582 | 35.4654 | -0.3048 |
| 37.0000 | 0.2381 | 36.4493 | -0.3248 |
| 38.0000 | 0.4091 | 37.4340 | -0.3439 |
| 39.0000 | 0.5768 | 38.4197 | -0.3622 |
| 40.0000 | 0.7295 | 39.4077 | -0.3847 |
| 41.0000 | 0.8653 | 40.3980 | -0.4129 |
| 42.0000 | 0.9928 | 41.3891 | -0.4507 |
| 43.0000 | 1.1088 | 42.3806 | -0.5091 |
| 44.0000 | 1.2077 | 43.3720 | -0.5941 |
| 45.0000 | 1.2875 | 44.3620 | -0.7101 |
| 46.0000 | 1.3474 | 45.3491 | -0.8579 |
| 47.0000 | 1.3828 | 46.3331 | -1.0325 |
| 48.0000 | 1.3994 | 47.3140 | -1.2263 |
| 49.0000 | 1.4098 | 48.2922 | -1.4334 |
| 50.0000 | 1.4176 | 49.2690 | -1.6477 |
| 51.0000 | 1.4218 | 50.2456 | -1.8625 |
| 52.0000 | 1.4211 | 51.2227 | -2.0755 |
| 53.0000 | 1.4140 | 52.2004 | -2.2853 |
| 54.0000 | 1.3995 | 53.1788 | -2.4912 |
| 55.0000 | 1.3780 | 54.1580 | -2.6931 |
| 56.0000 | 1.3505 | 55.1378 | -2.8909 |
| 57.0000 | 1.3182 | 56.1182 | -3.0853 |
| 58.0000 | 1.2803 | 57.0990 | -3.2768 |
| 59.0000 | 1.2378 | 58.0799 | -3.4654 |
| 60.0000 | 1.1917 | 59.0610 | -3.6544 |
| 61.0000 | 1.1420 | 60.0422 | -3.8410 |
| 62.0000 | 1.0880 | 61.0234 | -4.0263 |
| 63.0000 | 1.0292 | 62.0045 | -4.2104 |
| 64.0000 | 0.9659 | 62.9857 | -4.3929 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 65.0000 | 0.8987 | 63.9670 | -4.5736 |
| 66.0000 | 0.8281 | 64.9483 | -4.7523 |
| 67.0000 | 0.7545 | 65.9299 | -4.9286 |
| 68.0000 | 0.6782 | 66.9116 | -5.1028 |
| 69.0000 | 0.5994 | 67.8936 | -5.2749 |
| 70.0000 | 0.5172 | 68.8756 | -5.4449 |
| 71.0000 | 0.4319 | 69.8577 | -5.6129 |
| 72.0000 | 0.3439 | 70.8399 | -5.7789 |
| 73.0000 | 0.2548 | 71.8223 | -5.9428 |
| 74.0000 | 0.1651 | 72.8050 | -6.1047 |
| 75.0000 | 0.0744 | 73.7879 | -6.2650 |
| 76.0000 | -0.0176 | 74.7710 | -6.4234 |
| 77.0000 | -0.1109 | 75.7543 | -6.5797 |
| 78.0000 | -0.2054 | 76.7377 | -6.7343 |
| 79.0000 | -0.3005 | 77.7214 | -6.8972 |
| 80.0000 | -0.3954 | 78.7053 | -7.0384 |
| 81.0000 | -0.4909 | 79.6893 | -7.1889 |
| 82.0000 | -0.5884 | 80.6735 | -7.3365 |
| 83.0000 | -0.6866 | 81.6533 | -7.4801 |
| 84.0000 | -0.7873 | 82.6431 | -7.6213 |
| 85.0000 | -0.8910 | 83.6281 | -7.7597 |
| 86.0000 | -0.9953 | 84.6132 | -7.8964 |
| 87.0000 | -1.0998 | 85.5983 | -8.0332 |
| 88.0000 | -1.2023 | 86.5836 | -8.1697 |
| 89.0000 | -1.3030 | 87.5691 | -8.3059 |
| 90.0000 | -1.4055 | 88.5547 | -8.4405 |
| 91.0000 | -1.5092 | 89.5403 | -8.5743 |
| 92.0000 | -1.6121 | 90.5257 | -8.7098 |
| 93.0000 | -1.7157 | 91.5108 | -8.8470 |
| 94.0000 | -1.8201 | 92.4956 | -8.9855 |
| 95.0000 | -1.9250 | 93.4803 | -9.1248 |
| 96.0000 | -2.0303 | 94.4648 | -9.2649 |
| 97.0000 | -2.1360 | 95.4492 | -9.4061 |
| 98.0000 | -2.2419 | 96.4334 | -9.5475 |
| 99.0000 | -2.3481 | 97.4177 | -9.6889 |
| 100.0000 | -2.4550 | 98.4016 | -9.8317 |
| 101.0000 | -2.5629 | 99.3854 | -9.9754 |
| 102.0000 | -2.6716 | 100.3690 | -10.1192 |
| 103.0000 | -2.7794 | 101.3527 | -10.2631 |
| 104.0000 | -2.8869 | 102.3364 | -10.4069 |

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 105.0000 | -2.9946 | 103.3201 | -10.5509 |
| 106.0000 | -3.1026 | 104.3038 | -10.6951 |
| 107.0000 | -3.2109 | 105.2874 | -10.8394 |
| 108.0000 | -3.3198 | 106.2709 | -10.9837 |
| 109.0000 | -3.4292 | 107.2543 | -11.1285 |
| 110.0000 | -3.5389 | 108.2376 | -11.2737 |
| 111.0000 | -3.6489 | 109.2208 | -11.4193 |
| 112.0000 | -3.7598 | 110.2038 | -11.5655 |
| 113.0000 | -3.8719 | 111.1866 | -11.7125 |
| 114.0000 | -3.9841 | 112.1692 | -11.8602 |
| 115.0000 | -4.0961 | 113.1518 | -12.0086 |
| 116.0000 | -4.2088 | 114.1341 | -12.1578 |
| 117.0000 | -4.3223 | 115.1163 | -12.3080 |
| 118.0000 | -4.4363 | 116.0982 | -12.4590 |
| 119.0000 | -4.5505 | 117.0799 | -12.6113 |
| 120.0000 | -4.6651 | 118.0614 | -12.7649 |
| 121.0000 | -4.7804 | 119.0428 | -12.9197 |
| 122.0000 | -4.8967 | 120.0234 | -13.0758 |
| 123.0000 | -5.0141 | 121.0039 | -13.2334 |
| 124.0000 | -5.1324 | 121.9841 | -13.3925 |
| 125.0000 | -5.2514 | 122.9639 | -13.5530 |
| 126.0000 | -5.3709 | 123.9435 | -13.7149 |
| 127.0000 | -5.4913 | 124.9227 | -13.8781 |
| 128.0000 | -5.6125 | 125.9016 | -14.0423 |
| 129.0000 | -5.7344 | 126.8804 | -14.2074 |
| 130.0000 | -5.8566 | 127.8589 | -14.3737 |
| 131.0000 | -5.9793 | 128.8371 | -14.5408 |
| 132.0000 | -6.1026 | 129.8152 | -14.7087 |
| 133.0000 | -6.2266 | 130.7930 | -14.8772 |
| 134.0000 | -6.3511 | 131.7707 | -15.0464 |
| 135.0000 | -6.4760 | 132.7483 | -15.2162 |
| 136.0000 | -6.6013 | 133.7256 | -15.3866 |
| 137.0000 | -6.7269 | 134.7029 | -15.5575 |
| 138.0000 | -6.8529 | 135.6800 | -15.7289 |
| 139.0000 | -6.9793 | 136.6570 | -15.9007 |
| 140.0000 | -7.1062 | 137.6338 | -16.0730 |
| 141.0000 | -7.2337 | 138.6105 | -16.2458 |
| 142.0000 | -7.3615 | 139.5871 | -16.4188 |
| 143.0000 | -7.4898 | 140.5635 | -16.5923 |
| 144.0000 | -7.6185 | 141.5398 | -16.7665 |

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 145.0000 | -7.7473 | 142.5159 | -16.9415 |
| 146.0000 | -7.8763 | 143.4919 | -17.1171 |
| 147.0000 | -8.0053 | 144.4677 | -17.2936 |
| 148.0000 | -8.1343 | 145.4433 | -17.4710 |
| 149.0000 | -8.2636 | 146.4188 | -17.6493 |
| 150.0000 | -8.3930 | 147.3940 | -17.8287 |
| 151.0000 | -8.5225 | 148.3690 | -18.0091 |
| 152.0000 | -8.6524 | 149.3438 | -18.1906 |
| 153.0000 | -8.7829 | 150.3183 | -18.3731 |
| 154.0000 | -8.9139 | 151.2925 | -18.5569 |
| 155.0000 | -9.0455 | 152.2664 | -18.7419 |
| 156.0000 | -9.1775 | 153.2400 | -18.9279 |
| 157.0000 | -9.3105 | 154.2133 | -19.1150 |
| 158.0000 | -9.4441 | 155.1863 | -19.3033 |
| 159.0000 | -9.5781 | 156.1591 | -19.4923 |
| 160.0000 | -9.7125 | 157.1317 | -19.6820 |
| 161.0000 | -9.8471 | 158.1041 | -19.8726 |
| 162.0000 | -9.9819 | 159.0764 | -20.0638 |
| 163.0000 | -10.1168 | 160.0485 | -20.2557 |
| 164.0000 | -10.2519 | 161.0204 | -20.4481 |
| 165.0000 | -10.3875 | 161.9922 | -20.6409 |
| 166.0000 | -10.5235 | 162.9639 | -20.8342 |
| 167.0000 | -10.6597 | 163.9355 | -21.0279 |
| 168.0000 | -10.7963 | 164.9069 | -21.2220 |
| 169.0000 | -10.9330 | 165.8782 | -21.4165 |
| 170.0000 | -11.0699 | 166.8495 | -21.6112 |
| 171.0000 | -11.2070 | 167.8207 | -21.8061 |
| 172.0000 | -11.3443 | 168.7919 | -22.0009 |
| 173.0000 | -11.4818 | 169.7630 | -22.1959 |
| 174.0000 | -11.6197 | 170.7340 | -22.3911 |
| 175.0000 | -11.7579 | 171.7050 | -22.5865 |
| 176.0000 | -11.8963 | 172.6759 | -22.7818 |
| 177.0000 | -12.0348 | 173.6468 | -22.9771 |
| 178.0000 | -12.1735 | 174.6177 | -23.1721 |
| 179.0000 | -12.3124 | 175.5887 | -23.3669 |
| 180.0000 | -12.4514 | 176.5597 | -23.5614 |
| 181.0000 | -12.5906 | 177.5307 | -23.7557 |
| 182.0000 | -12.7299 | 178.5018 | -23.9496 |
| 183.0000 | -12.8695 | 179.4729 | -24.1431 |
| 184.0000 | -13.0092 | 180.4441 | -24.3364 |

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 185.0000 | -13.1492 | 181.4153 | -24.5289 |
| 186.0000 | -13.2893 | 182.3866 | -24.7211 |
| 187.0000 | -13.4295 | 183.3580 | -24.9130 |
| 188.0000 | -13.5699 | 184.3294 | -25.1043 |
| 189.0000 | -13.7104 | 185.3010 | -25.2951 |
| 190.0000 | -13.8509 | 186.2725 | -25.4857 |
| 191.0000 | -13.9919 | 187.2440 | -25.6763 |
| 192.0000 | -14.1331 | 188.2154 | -25.8669 |
| 193.0000 | -14.2742 | 189.1869 | -26.0577 |
| 194.0000 | -14.4146 | 190.1584 | -26.2487 |
| 195.0000 | -14.5540 | 191.1300 | -26.4398 |
| 196.0000 | -14.6926 | 192.1017 | -26.6310 |
| 197.0000 | -14.8310 | 193.0734 | -26.8225 |
| 198.0000 | -14.9695 | 194.0450 | -27.0142 |
| 199.0000 | -15.1078 | 195.0167 | -27.2060 |
| 200.0000 | -15.2458 | 195.9882 | -27.3984 |
| 201.0000 | -15.3838 | 196.9597 | -27.5911 |
| 202.0000 | -15.5220 | 197.9312 | -27.7840 |
| 203.0000 | -15.6603 | 198.9026 | -27.9768 |
| 204.0000 | -15.7985 | 199.8741 | -28.1695 |
| 205.0000 | -15.9365 | 200.8456 | -28.3622 |
| 206.0000 | -16.0744 | 201.8172 | -28.5548 |
| 207.0000 | -16.2123 | 202.7887 | -28.7475 |
| 208.0000 | -16.3502 | 203.7601 | -28.9405 |
| 209.0000 | -16.4881 | 204.7315 | -29.1337 |
| 210.0000 | -16.6260 | 205.7029 | -29.3270 |
| 211.0000 | -16.7637 | 206.6744 | -29.5203 |
| 212.0000 | -16.9015 | 207.6458 | -29.7136 |
| 213.0000 | -17.0395 | 208.6171 | -29.9073 |
| 214.0000 | -17.1775 | 209.5883 | -30.1014 |
| 215.0000 | -17.3153 | 210.5596 | -30.2956 |
| 216.0000 | -17.4533 | 211.5308 | -30.4899 |
| 217.0000 | -17.5915 | 212.5019 | -30.6841 |
| 218.0000 | -17.7298 | 213.4730 | -30.8786 |
| 219.0000 | -17.8679 | 214.4441 | -31.0732 |
| 220.0000 | -18.0059 | 215.4153 | -31.2677 |
| 221.0000 | -18.1439 | 216.3865 | -31.4619 |
| 222.0000 | -18.2820 | 217.3577 | -31.6561 |
| 223.0000 | -18.4198 | 218.3290 | -31.8502 |
| 224.0000 | -18.5576 | 219.3003 | -32.0440 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT. | Elevation FT |
|---|---|---|---|
| 225.0000 | -18.6958 | 220.2716 | -32.2376 |
| 226.0000 | -18.8346 | 221.2428 | -32.4310 |
| 227.0000 | -18.9739 | 222.2140 | -32.6243 |
| 228.0000 | -19.1135 | 223.1852 | -32.8175 |
| 229.0000 | -19.2533 | 224.1564 | -33.0103 |
| 230.0000 | -19.3933 | 225.1277 | -33.2025 |
| 231.0000 | -19.5326 | 226.0992 | -33.3943 |
| 232.0000 | -19.6708 | 227.0709 | -33.5858 |
| 233.0000 | -19.8085 | 228.0428 | -33.7768 |
| 234.0000 | -19.9461 | 229.0148 | -33.9676 |
| 235.0000 | -20.0838 | 229.9867 | -34.1584 |
| 236.0000 | -20.2221 | 230.9586 | -34.3487 |
| 237.0000 | -20.3610 | 231.9305 | -34.5388 |
| 238.0000 | -20.5006 | 232.9023 | -34.7287 |
| 239.0000 | -20.6406 | 233.8741 | -34.9185 |
| 240.0000 | -20.7812 | 234.8459 | -35.1082 |
| 241.0000 | -20.9223 | 235.8175 | -35.2981 |
| 242.0000 | -21.0637 | 236.7890 | -35.4883 |
| 243.0000 | -21.2053 | 237.7605 | -35.6784 |
| 244.0000 | -21.3468 | 238.7320 | -35.8687 |
| 245.0000 | -21.4883 | 239.7034 | -36.0589 |
| 246.0000 | -21.6298 | 240.6749 | -36.2491 |
| 247.0000 | -21.7709 | 241.6465 | -36.4394 |
| 248.0000 | -21.9115 | 242.6181 | -36.6294 |
| 249.0000 | -22.0522 | 243.5898 | -36.8193 |
| 250.0000 | -22.1936 | 244.5614 | -37.0092 |
| 251.0000 | -22.3354 | 245.5330 | -37.1987 |
| 252.0000 | -22.4771 | 246.5046 | -37.3879 |
| 253.0000 | -22.6189 | 247.4763 | -37.5770 |
| 254.0000 | -22.7608 | 248.4480 | -37.7658 |
| 255.0000 | -22.9029 | 249.4198 | -37.9542 |
| 256.0000 | -23.0450 | 250.3916 | -38.1422 |
| 257.0000 | -23.1874 | 251.3634 | -38.3299 |
| 258.0000 | -23.3301 | 252.3353 | -38.5173 |
| 259.0000 | -23.4726 | 253.3073 | -38.7044 |
| 260.0000 | -23.6153 | 254.2793 | -38.8910 |
| 261.0000 | -23.7582 | 255.2513 | -39.0772 |
| 262.0000 | -23.9012 | 256.2235 | -39.2629 |
| 263.0000 | -24.0443 | 257.1957 | -39.4484 |
| 264.0000 | -24.1873 | 258.1679 | -39.6336 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 265.0000 | -24.3301 | 259.1402 | -39.8186 |
| 266.0000 | -24.4732 | 260.1125 | -40.0034 |
| 267.0000 | -24.6163 | 261.0848 | -40.1880 |
| 268.0000 | -24.7597 | 262.0572 | -40.3724 |
| 269.0000 | -24.9031 | 263.0296 | -40.5564 |
| 270.0000 | -25.0465 | 264.0020 | -40.7402 |
| 271.0000 | -25.1903 | 264.9744 | -40.9240 |
| 272.0000 | -25.3342 | 265.9468 | -41.1077 |
| 273.0000 | -25.4760 | 266.9192 | -41.2915 |
| 274.0000 | -25.6215 | 267.8917 | -41.4751 |
| 275.0000 | -25.7647 | 268.8642 | -41.6586 |
| 276.0000 | -25.9081 | 269.8367 | -41.8421 |
| 277.0000 | -26.0508 | 270.8093 | -42.0256 |
| 278.0000 | -26.1928 | 271.7821 | -42.2089 |
| 279.0000 | -26.3346 | 272.7548 | -42.3922 |
| 280.0000 | -26.4767 | 273.7276 | -42.5754 |
| 281.0000 | -26.6196 | 274.7002 | -42.7587 |
| 282.0000 | -26.7633 | 275.6727 | -42.9421 |
| 283.0000 | -26.9073 | 276.6450 | -43.1258 |
| 284.0000 | -27.0518 | 277.6173 | -43.3098 |
| 285.0000 | -27.1966 | 278.5895 | -43.4940 |
| 286.0000 | -27.3409 | 279.5617 | -43.6784 |
| 287.0000 | -27.4847 | 280.5339 | -43.8630 |
| 288.0000 | -27.6281 | 281.5062 | -44.0477 |
| 289.0000 | -27.7715 | 282.4784 | -44.2328 |
| 290.0000 | -27.9152 | 283.4505 | -44.4181 |
| 291.0000 | -28.0593 | 284.4225 | -44.6037 |
| 292.0000 | -28.2037 | 285.3945 | -44.7891 |
| 293.0000 | -28.3484 | 286.3664 | -44.9746 |
| 294.0000 | -28.4934 | 287.3383 | -45.1600 |
| 295.0000 | -28.6387 | 288.3103 | -45.3451 |
| 296.0000 | -28.7845 | 289.2821 | -45.5302 |
| 297.0000 | -28.9305 | 290.2540 | -45.7150 |
| 298.0000 | -29.0768 | 291.2259 | -45.8995 |
| 299.0000 | -29.2231 | 292.1978 | -46.0839 |
| 300.0000 | -29.3694 | 293.1697 | -46.2683 |
| 301.0000 | -29.5152 | 294.1416 | -46.4526 |
| 302.0000 | -29.6605 | 295.1137 | -46.6371 |
| 303.0000 | -29.8056 | 296.0858 | -46.8215 |
| 304.0000 | -29.9507 | 297.0579 | -47.0058 |

NOT A CERTIFIED COPY

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 305.0000 | -30.0958 | 298.0299 | -47.1904 |
| 306.0000 | -30.2408 | 299.0020 | -47.3749 |
| 307.0000 | -30.3858 | 299.9741 | -47.5594 |
| 308.0000 | -30.5314 | 300.9460 | -47.7442 |
| 309.0000 | -30.6780 | 301.9178 | -47.9290 |
| 310.0000 | -30.8252 | 302.8895 | -48.1139 |
| 311.0000 | -30.9725 | 303.8611 | -48.2988 |
| 312.0000 | -31.1199 | 304.8327 | -48.4839 |
| 313.0000 | -31.2672 | 305.8043 | -48.6693 |
| 314.0000 | -31.4146 | 306.7758 | -48.8548 |
| 315.0000 | -31.5822 | 307.7473 | -49.0490 |
| 316.0000 | -31.7101 | 308.7190 | -49.2246 |
| 317.0000 | -31.8584 | 309.6906 | -49.4090 |
| 318.0000 | -32.0063 | 310.6622 | -49.5933 |
| 319.0000 | -32.1532 | 311.6340 | -49.7779 |
| 320.0000 | -32.3005 | 312.6057 | -49.9626 |
| 321.0000 | -32.4489 | 313.5773 | -50.1469 |
| 322.0000 | -32.5977 | 314.5490 | -50.3305 |
| 323.0000 | -32.7469 | 315.5208 | -50.5133 |
| 324.0000 | -32.8963 | 316.4926 | -50.6952 |
| 325.0000 | -33.0461 | 317.4545 | -50.8769 |
| 326.0000 | -33.1962 | 318.4364 | -51.0586 |
| 327.0000 | -33.3466 | 319.4081 | -51.2401 |
| 328.0000 | -33.4980 | 320.3799 | -51.4213 |
| 329.0000 | -33.6497 | 321.3516 | -51.6024 |
| 330.0000 | -33.8023 | 322.3231 | -51.7838 |
| 331.0000 | -33.9562 | 323.2943 | -51.9657 |
| 332.0000 | -34.1103 | 324.2654 | -52.1478 |
| 333.0000 | -34.2638 | 325.2366 | -52.3304 |
| 334.0000 | -34.4172 | 326.2076 | -52.5135 |
| 335.0000 | -34.5707 | 327.1786 | -52.6968 |
| 336.0000 | -34.7241 | 328.1496 | -52.8801 |
| 337.0000 | -34.8776 | 329.1207 | -53.0632 |
| 338.0000 | -35.0318 | 330.0916 | -53.2465 |
| 339.0000 | -35.1869 | 331.0623 | -53.4299 |
| 340.0000 | -35.3432 | 332.0329 | -53.6129 |
| 341.0000 | -35.5000 | 333.0035 | -53.7953 |
| 342.0000 | -35.6572 | 333.9742 | -53.9770 |
| 343.0000 | -35.8149 | 334.9450 | -54.1578 |
| 344.0000 | -35.9730 | 335.9158 | -54.3382 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 345.0000 | -36.1311 | 336.8867 | -54.5181 |
| 346.0000 | -36.2885 | 337.8576 | -54.6986 |
| 347.0000 | -36.4461 | 338.8287 | -54.8780 |
| 348.0000 | -36.6053 | 339.8003 | -55.0530 |
| 349.0000 | -36.7652 | 340.7723 | -55.2254 |
| 350.0000 | -36.9249 | 341.7444 | -55.3971 |
| 351.0000 | -37.0847 | 342.7167 | -55.5676 |
| 352.0000 | -37.2446 | 343.6891 | -55.7372 |
| 353.0000 | -37.4048 | 344.6615 | -55.9074 |
| 354.0000 | -37.5652 | 345.6335 | -56.0790 |
| 355.0000 | -37.7260 | 346.6051 | -56.2523 |
| 356.0000 | -37.8871 | 347.5765 | -56.4269 |
| 357.0000 | -38.0487 | 348.5477 | -56.6020 |
| 358.0000 | -38.2107 | 349.5188 | -56.7775 |
| 359.0000 | -38.3729 | 350.4897 | -56.9533 |
| 360.0000 | -38.5354 | 351.4606 | -57.1291 |
| 361.0000 | -38.6982 | 352.4316 | -57.3045 |
| 362.0000 | -38.8614 | 353.4026 | -57.4792 |
| 363.0000 | -39.0249 | 354.3737 | -57.6532 |
| 364.0000 | -39.1887 | 355.3449 | -57.8264 |
| 365.0000 | -39.3529 | 356.3161 | -57.9986 |
| 366.0000 | -39.5174 | 357.2875 | -58.1702 |
| 367.0000 | -39.6820 | 358.2589 | -58.3412 |
| 368.0000 | -39.8469 | 359.2303 | -58.5118 |
| 369.0000 | -40.0121 | 360.2018 | -58.6822 |
| 370.0000 | -40.1776 | 361.1731 | -58.8526 |
| 371.0000 | -40.3435 | 362.1445 | -59.0230 |
| 372.0000 | -40.5097 | 363.1157 | -59.1932 |
| 373.0000 | -40.6762 | 364.0870 | -59.3634 |
| 374.0000 | -40.8432 | 365.0582 | -59.5334 |
| 375.0000 | -41.0103 | 366.0294 | -59.7030 |
| 376.0000 | -41.1774 | 367.0007 | -59.8720 |
| 377.0000 | -41.3450 | 367.9721 | -60.0407 |
| 378.0000 | -41.5131 | 368.9433 | -60.2092 |
| 379.0000 | -41.6817 | 369.9145 | -60.3775 |
| 380.0000 | -41.8507 | 370.8856 | -60.5461 |
| 381.0000 | -42.0202 | 371.8565 | -60.7152 |
| 382.0000 | -42.1903 | 372.8273 | -60.8848 |
| 383.0000 | -42.3610 | 373.7978 | -61.0549 |
| 384.0000 | -42.5323 | 374.7682 | -61.2253 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 385.0000 | -42.7042 | 375.7384 | -61.3959 |
| 386.0000 | -42.8764 | 376.7085 | -61.5667 |
| 387.0000 | -43.0491 | 377.6786 | -61.7377 |
| 388.0000 | -43.2221 | 378.6485 | -61.9088 |
| 389.0000 | -43.3952 | 379.6185 | -62.0797 |
|  |  |  |  |
| 390.0000 | -43.5685 | 380.5885 | -62.2501 |
| 391.0000 | -43.7422 | 381.5585 | -62.4199 |
| 392.0000 | -43.9156 | 382.5286 | -62.5892 |
| 393.0000 | -44.0915 | 383.4986 | -62.7576 |
| 394.0000 | -44.2671 | 384.4687 | -62.9253 |
|  |  |  |  |
| 395.0000 | -44.4433 | 385.4387 | -63.0926 |
| 396.0000 | -44.6203 | 386.4087 | -63.2597 |
| 397.0000 | -44.7982 | 387.3785 | -63.4264 |
| 398.0000 | -44.9768 | 388.3482 | -63.5929 |
| 399.0000 | -45.1563 | 389.3178 | -63.7592 |
|  |  |  |  |
| 400.0000 | -45.3366 | 390.2873 | -63.9250 |
| 401.0000 | -45.5177 | 391.2569 | -64.0900 |
| 402.0000 | -45.6998 | 392.2264 | -64.2538 |
| 403.0000 | -45.8829 | 393.1960 | -64.4162 |
| 404.0000 | -46.0670 | 394.1656 | -64.5772 |
|  |  |  |  |
| 405.0000 | -46.2518 | 395.1354 | -64.7365 |
| 406.0000 | -46.4373 | 396.1052 | -64.8946 |
| 407.0000 | -46.6237 | 397.0751 | -65.0515 |
| 408.0000 | -46.8109 | 398.0450 | -65.2073 |
| 409.0000 | -46.9990 | 399.0149 | -65.3617 |
|  |  |  |  |
| 410.0000 | -47.1882 | 399.9849 | -65.5148 |
| 411.0000 | -47.3787 | 400.9547 | -65.6666 |
| 412.0000 | -47.5705 | 401.9246 | -65.8168 |
| 413.0000 | -47.7634 | 402.8945 | -65.9657 |
| 414.0000 | -47.9577 | 403.8643 | -66.1130 |
|  |  |  |  |
| 415.0000 | -48.1534 | 404.8341 | -66.2585 |
| 416.0000 | -48.3505 | 405.8038 | -66.4025 |
| 417.0000 | -48.5490 | 406.7735 | -66.5451 |
| 418.0000 | -48.7488 | 407.7431 | -66.6863 |
| 419.0000 | -48.9503 | 408.7128 | -66.8259 |
|  |  |  |  |
| 420.0000 | -49.1535 | 409.6820 | -66.9641 |
| 421.0000 | -49.3588 | 410.6511 | -67.1009 |
| 422.0000 | -49.5665 | 411.6199 | -67.2360 |
| 423.0000 | -49.7760 | 412.5885 | -67.3697 |
| 424.0000 | -49.9869 | 413.5570 | -67.5021 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 425.0000 | -50.1992 | 414.5254 | -67.6333 |
| 426.0000 | -50.4131 | 415.4935 | -67.7631 |
| 427.0000 | -50.6286 | 416.4616 | -67.8917 |
| 428.0000 | -50.8455 | 417.4294 | -68.0189 |
| 429.0000 | -51.0638 | 418.3971 | -68.1451 |
| 430.0000 | -51.2837 | 419.3646 | -68.2699 |
| 431.0000 | -51.5050 | 420.3320 | -68.3933 |
| 432.0000 | -51.7278 | 421.2992 | -68.5155 |
| 433.0000 | -51.9519 | 422.2662 | -68.6364 |
| 434.0000 | -52.1774 | 423.2331 | -68.7560 |
| 435.0000 | -52.4042 | 424.1998 | -68.8743 |
| 436.0000 | -52.6323 | 425.1664 | -68.9914 |
| 437.0000 | -52.8615 | 426.1328 | -69.1071 |
| 438.0000 | -53.0920 | 427.0992 | -69.2212 |
| 439.0000 | -53.3237 | 428.0654 | -69.3340 |
| 440.0000 | -53.5563 | 429.0316 | -69.4455 |
| 441.0000 | -53.7899 | 429.9976 | -69.5559 |
| 442.0000 | -54.0246 | 430.9636 | -69.6649 |
| 443.0000 | -54.2602 | 431.9294 | -69.7731 |
| 444.0000 | -54.4967 | 432.8951 | -69.8802 |
| 445.0000 | -54.7343 | 433.8606 | -69.9855 |
| 446.0000 | -54.9730 | 434.8260 | -70.0919 |
| 447.0000 | -55.2129 | 435.7911 | -70.1965 |
| 448.0000 | -55.4538 | 436.7561 | -70.3005 |
| 449.0000 | -55.6954 | 437.7209 | -70.4041 |
| 450.0000 | -55.9378 | 438.6856 | -70.5071 |
| 451.0000 | -56.1809 | 439.6501 | -70.6098 |
| 452.0000 | -56.4249 | 440.6145 | -70.7122 |
| 453.0000 | -56.6699 | 441.5786 | -70.8142 |
| 454.0000 | -56.9159 | 442.5426 | -70.9157 |
| 455.0000 | -57.1628 | 443.5063 | -71.0171 |
| 456.0000 | -57.4105 | 444.4698 | -71.1183 |
| 457.0000 | -57.6592 | 445.4332 | -71.2190 |
| 458.0000 | -57.9090 | 446.3962 | -71.3195 |
| 459.0000 | -58.1598 | 447.3591 | -71.4198 |
| 460.0000 | -58.4116 | 448.3217 | -71.5199 |
| 461.0000 | -58.6645 | 449.2840 | -71.6198 |
| 462.0000 | -58.9187 | 450.2460 | -71.7197 |
| 463.0000 | -59.1743 | 451.2076 | -71.8195 |
| 464.0000 | -59.4313 | 452.1688 | -71.9194 |

Exhibit C

Confidential

| | Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|---|
| | 465.0000 | -59.6894 | 453.1297 | -72.0194 |
| | 466.0000 | -59.9484 | 454.0904 | -72.1197 |
| | 467.0000 | -60.2084 | 455.0507 | -72.2203 |
| | 468.0000 | -60.4698 | 456.0107 | -72.3211 |
| | 469.0000 | -60.7322 | 456.9703 | -72.4224 |
| | 470.0000 | -60.9959 | 457.9296 | -72.5241 |
| | 471.0000 | -61.2610 | 458.8883 | -72.6264 |
| | 472.0000 | -61.5275 | 459.8467 | -72.7293 |
| | 473.0000 | -61.7955 | 460.8045 | -72.8327 |
| | 474.0000 | -62.0650 | 461.7619 | -72.9357 |
| | 475.0000 | -62.3361 | 462.7187 | -73.0414 |
| | 476.0000 | -62.6086 | 463.6751 | -73.1468 |
| | 477.0000 | -62.8826 | 464.6310 | -73.2522 |
| | 478.0000 | -63.1581 | 465.5865 | -73.3582 |
| | 479.0000 | -63.4350 | 466.5414 | -73.4646 |
| | 480.0000 | -63.7134 | 467.4960 | -73.5714 |
| | 481.0000 | -63.9932 | 468.4500 | -73.6785 |
| | 482.0000 | -64.2747 | 469.4035 | -73.7862 |
| | 483.0000 | -64.5580 | 470.3565 | -73.8941 |
| | 484.0000 | -64.8430 | 471.3089 | -74.0024 |
| | 485.0000 | -65.1296 | 472.2607 | -74.1110 |
| | 486.0000 | -65.4180 | 473.2120 | -74.2200 |
| | 487.0000 | -65.7080 | 474.1628 | -74.3294 |
| | 488.0000 | -65.9998 | 475.1129 | -74.4392 |
| | 489.0000 | -66.2934 | 476.0625 | -74.5497 |
| | 490.0000 | -66.5886 | 477.0114 | -74.6609 |
| | 491.0000 | -66.8857 | 477.9597 | -74.7726 |
| | 492.0000 | -67.1847 | 478.9073 | -74.8850 |
| | 493.0000 | -67.4853 | 479.8543 | -74.9981 |
| | 494.0000 | -67.7876 | 480.8007 | -75.1119 |
| | 495.0000 | -68.0918 | 481.7464 | -75.2264 |
| | 496.0000 | -68.3977 | 482.6915 | -75.3416 |
| | 497.0000 | -68.7053 | 483.6359 | -75.4574 |
| | 498.0000 | -69.0147 | 484.5797 | -75.5739 |
| | 499.0000 | -69.3258 | 485.5228 | -75.6910 |
| | 500.0000 | -69.6386 | 486.4653 | -75.8087 |
| | 501.0000 | -69.9532 | 487.4071 | -75.9273 |
| | 502.0000 | -70.2694 | 488.3483 | -76.0466 |
| | 503.0000 | -70.5872 | 489.2888 | -76.1662 |
| | 504.0000 | -70.9066 | 490.2289 | -76.2860 |

Exhibit C

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 505.0000 | -71.2275 | 491.1684 | -76.4059 |
| 506.0000 | -71.5500 | 492.1073 | -76.5259 |
| 507.0000 | -71.8741 | 493.0456 | -76.6462 |
| 508.0000 | -72.1998 | 493.9834 | -76.7665 |
| 509.0000 | -72.5267 | 494.9207 | -76.8873 |
| 510.0000 | -72.8545 | 495.8577 | -77.0086 |
| 511.0000 | -73.1831 | 496.7942 | -77.1304 |
| 512.0000 | -73.5128 | 497.7304 | -77.2528 |
| 513.0000 | -73.8435 | 498.6660 | -77.3757 |
| 514.0000 | -74.1750 | 499.6014 | -77.4992 |
| 515.0000 | -74.5074 | 500.5363 | -77.6232 |
| 516.0000 | -74.8409 | 501.4709 | -77.7477 |
| 517.0000 | -75.1754 | 502.4049 | -77.8727 |
| 518.0000 | -75.5109 | 503.3386 | -77.9980 |
| 519.0000 | -75.8476 | 504.2718 | -78.1237 |
| 520.0000 | -76.1852 | 505.2046 | -78.2497 |
| 521.0000 | -76.5236 | 506.1371 | -78.3760 |
| 522.0000 | -76.8629 | 507.0692 | -78.5028 |
| 523.0000 | -77.2029 | 508.0010 | -78.6300 |
| 524.0000 | -77.5436 | 508.9324 | -78.7575 |
| 525.0000 | -77.8849 | 509.8636 | -78.8854 |
| 526.0000 | -78.2267 | 510.7947 | -79.0135 |
| 527.0000 | -78.5690 | 511.7254 | -79.1418 |
| 528.0000 | -78.9120 | 512.6559 | -79.2702 |
| 529.0000 | -79.2557 | 513.5862 | -79.3990 |
| 530.0000 | -79.5998 | 514.5162 | -79.5279 |
| 531.0000 | -79.9445 | 515.4460 | -79.6569 |
| 532.0000 | -80.2895 | 516.3757 | -79.7861 |
| 533.0000 | -80.6350 | 517.3051 | -79.9154 |
| 534.0000 | -80.9812 | 518.2344 | -80.0446 |
| 535.0000 | -81.3279 | 519.1634 | -80.1738 |
| 536.0000 | -81.6752 | 520.0922 | -80.3031 |
| 537.0000 | -82.0228 | 521.0209 | -80.4325 |
| 538.0000 | -82.3708 | 521.9494 | -80.5621 |
| 539.0000 | -82.7191 | 522.8777 | -80.6916 |
| 540.0000 | -83.0678 | 523.8059 | -80.8217 |
| 541.0000 | -83.4170 | 524.7339 | -80.9517 |
| 542.0000 | -83.7668 | 525.6616 | -81.0819 |
| 543.0000 | -84.1170 | 526.5892 | -81.2124 |
| 544.0000 | -84.4672 | 527.5167 | -81.3431 |

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 545.0000 | -84.8176 | 528.4441 | -81.4739 |
| 546.0000 | -85.1683 | 529.3714 | -81.6047 |
| 547.0000 | -85.5192 | 530.2986 | -81.7356 |
| 548.0000 | -85.8703 | 531.2258 | -81.8666 |
| 549.0000 | -86.2217 | 532.1528 | -81.9975 |
| 550.0000 | -86.5734 | 533.0797 | -82.1283 |
| 551.0000 | -86.9254 | 534.0066 | -82.2589 |
| 552.0000 | -87.2777 | 534.9333 | -82.3895 |
| 553.0000 | -87.6297 | 535.8601 | -82.5201 |
| 554.0000 | -87.9808 | 536.7873 | -82.6507 |
| 555.0000 | -88.3313 | 537.7148 | -82.7813 |
| 556.0000 | -88.6813 | 538.6424 | -82.9116 |
| 557.0000 | -89.0310 | 539.5702 | -83.0417 |
| 558.0000 | -89.3803 | 540.4981 | -83.1717 |
| 559.0000 | -89.7295 | 541.4261 | -83.3016 |
| 560.0000 | -90.0784 | 542.3543 | -83.4311 |
| 561.0000 | -90.4272 | 543.2825 | -83.5602 |
| 562.0000 | -90.7763 | 544.2107 | -83.6893 |
| 563.0000 | -91.1255 | 545.1389 | -83.8182 |
| 564.0000 | -91.4746 | 546.0671 | -83.9465 |
| 565.0000 | -91.8240 | 546.9953 | -84.0743 |
| 566.0000 | -92.1741 | 547.9234 | -84.2014 |
| 567.0000 | -92.5247 | 548.8513 | -84.3278 |
| 568.0000 | -92.8755 | 549.7793 | -84.4535 |
| 569.0000 | -93.2262 | 550.7074 | -84.5788 |
| 570.0000 | -93.5765 | 551.6357 | -84.7032 |
| 571.0000 | -93.9266 | 552.5642 | -84.8270 |
| 572.0000 | -94.2766 | 553.4928 | -84.9502 |
| 573.0000 | -94.6264 | 554.4216 | -85.0730 |
| 574.0000 | -94.9761 | 555.3504 | -85.1952 |
| 575.0000 | -95.3258 | 556.2794 | -85.3168 |
| 576.0000 | -95.6752 | 557.2084 | -85.4380 |
| 577.0000 | -96.0245 | 558.1376 | -85.5588 |
| 578.0000 | -96.3738 | 559.0669 | -85.6791 |
| 579.0000 | -96.7229 | 559.9963 | -85.7990 |
| 580.0000 | -97.0719 | 560.9258 | -85.9184 |
| 581.0000 | -97.4206 | 561.8554 | -86.0371 |
| 582.0000 | -97.7692 | 562.7853 | -86.1553 |
| 583.0000 | -98.1175 | 563.7153 | -86.2728 |
| 584.0000 | -98.4655 | 564.6454 | -86.3895 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 585.0000 | -98.8134 | 565.5758 | -86.5053 |
| 586.0000 | -99.1614 | 566.5062 | -86.6201 |
| 587.0000 | -99.5096 | 567.4367 | -86.7340 |
| 588.0000 | -99.8580 | 568.3672 | -86.8468 |
| 589.0000 | -100.2070 | 569.2978 | -86.9585 |
| 590.0000 | -100.5560 | 570.2284 | -87.0690 |
| 591.0000 | -100.9050 | 571.1591 | -87.1783 |
| 592.0000 | -101.2540 | 572.0899 | -87.2863 |
| 593.0000 | -101.6030 | 573.0207 | -87.3931 |
| 594.0000 | -101.9530 | 573.9516 | -87.4986 |
| 595.0000 | -102.3030 | 574.8825 | -87.6027 |
| 596.0000 | -102.6540 | 575.8134 | -87.7056 |
| 597.0000 | -103.0040 | 576.7444 | -87.8072 |
| 598.0000 | -103.3550 | 577.6755 | -87.9075 |
| 599.0000 | -103.7060 | 578.6067 | -88.0066 |
| 600.0000 | -104.0570 | 579.5380 | -88.1043 |
| 601.0000 | -104.4080 | 580.4693 | -88.2008 |
| 602.0000 | -104.7600 | 581.4005 | -88.2957 |
| 603.0000 | -105.1120 | 582.3317 | -88.3893 |
| 604.0000 | -105.4650 | 583.2628 | -88.4813 |
| 605.0000 | -105.8180 | 584.1940 | -88.5719 |
| 606.0000 | -106.1720 | 585.1251 | -88.6608 |
| 607.0000 | -106.5260 | 586.0561 | -88.7480 |
| 608.0000 | -106.8810 | 586.9872 | -88.8338 |
| 609.0000 | -107.2360 | 587.9184 | -88.9176 |
| 610.0000 | -107.5910 | 588.8497 | -88.9998 |
| 611.0000 | -107.9460 | 589.7811 | -89.0802 |
| 612.0000 | -108.3010 | 590.7125 | -89.1591 |
| 613.0000 | -108.6570 | 591.6439 | -89.2363 |
| 614.0000 | -109.0130 | 592.5754 | -89.3119 |
| 615.0000 | -109.3690 | 593.5069 | -89.3860 |
| 616.0000 | -109.7250 | 594.4384 | -89.4582 |
| 617.0000 | -110.0820 | 595.3699 | -89.5285 |
| 618.0000 | -110.4390 | 596.3013 | -89.5974 |
| 619.0000 | -110.7970 | 597.2326 | -89.6648 |
| 620.0000 | -111.1560 | 598.1639 | -89.7307 |
| 621.0000 | -111.5150 | 599.0950 | -89.7951 |
| 622.0000 | -111.8740 | 600.0262 | -89.8579 |
| 623.0000 | -112.2340 | 600.9572 | -89.9190 |
| 624.0000 | -112.5940 | 601.8882 | -89.9784 |

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 625.0000 | -112.9540 | 602.8191 | -90.0361 |
| 626.0000 | -113.3150 | 603.7500 | -90.0919 |
| 627.0000 | -113.6770 | 604.6809 | -90.1459 |
| 628.0000 | -114.0390 | 605.6116 | -90.1983 |
| 629.0000 | -114.4010 | 606.5423 | -90.2492 |
| 630.0000 | -114.7640 | 607.4729 | -90.2985 |
| 631.0000 | -115.1270 | 608.4034 | -90.3461 |
| 632.0000 | -115.4900 | 609.3338 | -90.3919 |
| 633.0000 | -115.8550 | 610.2641 | -90.4359 |
| 634.0000 | -116.2200 | 611.1942 | -90.4784 |
| 635.0000 | -116.5850 | 612.1240 | -90.5182 |
| 636.0000 | -116.9520 | 613.0536 | -90.5586 |
| 637.0000 | -117.3190 | 613.9830 | -90.5964 |
| 638.0000 | -117.6860 | 614.9123 | -90.6325 |
| 639.0000 | -118.0540 | 615.8415 | -90.6670 |
| 640.0000 | -118.4230 | 616.7705 | -90.6998 |
| 641.0000 | -118.7920 | 617.6993 | -90.7309 |
| 642.0000 | -119.1620 | 618.6279 | -90.7601 |
| 643.0000 | -119.5330 | 619.5563 | -90.7879 |
| 644.0000 | -119.9050 | 620.4842 | -90.8144 |
| 645.0000 | -120.2770 | 621.4118 | -90.8394 |
| 646.0000 | -120.6510 | 622.3389 | -90.8630 |
| 647.0000 | -121.0260 | 623.2656 | -90.8851 |
| 648.0000 | -121.4030 | 624.1919 | -90.9057 |
| 649.0000 | -121.7800 | 625.1178 | -90.9251 |
| 650.0000 | -122.1590 | 626.0432 | -90.9435 |
| 651.0000 | -122.5380 | 626.9682 | -90.9607 |
| 652.0000 | -122.9190 | 627.8929 | -90.9769 |
| 653.0000 | -123.3000 | 628.8172 | -90.9919 |
| 654.0000 | -123.6820 | 629.7411 | -91.0057 |
| 655.0000 | -124.0660 | 630.6646 | -91.0182 |
| 656.0000 | -124.4500 | 631.5877 | -91.0297 |
| 657.0000 | -124.8360 | 632.5103 | -91.0401 |
| 658.0000 | -125.2220 | 633.4324 | -91.0495 |
| 659.0000 | -125.6100 | 634.3541 | -91.0581 |
| 660.0000 | -125.9990 | 635.2754 | -91.0658 |
| 661.0000 | -126.3890 | 636.1964 | -91.0721 |
| 662.0000 | -126.7790 | 637.1170 | -91.0776 |
| 663.0000 | -127.1710 | 638.0370 | -91.0819 |
| 664.0000 | -127.5650 | 638.9562 | -91.0843 |

Exhibit C

| Confidential | Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|---|
| | 665.0000 | -127.9600 | 639.8748 | -91.0855 |
| | 666.0000 | -128.3560 | 640.7931 | -91.0859 |
| | 667.0000 | -128.7530 | 641.7110 | -91.0854 |
| | 668.0000 | -129.1500 | 642.6288 | -91.0838 |
| | 669.0000 | -129.5470 | 643.5463 | -91.0815 |
| | 670.0000 | -129.9460 | 644.4633 | -91.0782 |
| | 671.0000 | -130.3460 | 645.3797 | -91.0741 |
| | 672.0000 | -130.7470 | 646.2958 | -91.0689 |
| | 673.0000 | -131.1490 | 647.2114 | -91.0630 |
| | 674.0000 | -131.5540 | 648.1259 | -91.0563 |
| | 675.0000 | -131.9600 | 649.0396 | -91.0489 |
| | 676.0000 | -132.3680 | 649.9526 | -91.0416 |
| | 677.0000 | -132.7770 | 650.8652 | -91.0339 |
| | 678.0000 | -133.1880 | 651.7767 | -91.0256 |
| | 679.0000 | -133.6020 | 652.6871 | -91.0168 |
| | 680.0000 | -134.0170 | 653.5967 | -91.0073 |
| | 681.0000 | -134.4350 | 654.5053 | -90.9969 |
| | 682.0000 | -134.8540 | 655.4130 | -90.9858 |
| | 683.0000 | -135.2760 | 656.3198 | -90.9740 |
| | 684.0000 | -135.6990 | 657.2259 | -90.9618 |
| | 685.0000 | -136.1230 | 658.1311 | -90.9491 |
| | 686.0000 | -136.5500 | 659.0355 | -90.9359 |
| | 687.0000 | -136.9780 | 659.9391 | -90.9225 |
| | 688.0000 | -137.4080 | 660.8419 | -90.9089 |
| | 689.0000 | -137.8390 | 661.7440 | -90.8951 |
| | 690.0000 | -138.2720 | 662.6453 | -90.8809 |
| | 691.0000 | -138.7070 | 663.5456 | -90.8666 |
| | 692.0000 | -139.1450 | 664.4446 | -90.8521 |
| | 693.0000 | -139.5860 | 665.3421 | -90.8376 |
| | 694.0000 | -140.0290 | 666.2385 | -90.8231 |
| | 695.0000 | -140.4730 | 667.1342 | -90.8086 |
| | 696.0000 | -140.9190 | 668.0290 | -90.7940 |
| | 697.0000 | -141.3670 | 668.9230 | -90.7786 |
| | 698.0000 | -141.8160 | 669.8163 | -90.7651 |
| | 699.0000 | -142.2670 | 670.7086 | -90.7502 |
| | 700.0000 | -142.7200 | 671.6001 | -90.7348 |
| | 701.0000 | -143.1750 | 672.4905 | -90.7188 |
| | 702.0000 | -143.6320 | 673.3799 | -90.7024 |
| | 703.0000 | -144.0910 | 674.2683 | -90.6856 |
| | 704.0000 | -144.5510 | 675.1558 | -90.6684 |

NOT A CERTIFIED COPY

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 705.0000 | -145.0140 | 676.0422 | -90.6508 |
| 706.0000 | -145.4780 | 676.9278 | -90.6331 |
| 707.0000 | -145.9450 | 677.8119 | -90.6148 |
| 708.0000 | -146.4130 | 678.6952 | -90.5959 |
| 709.0000 | -146.8840 | 679.5773 | -90.5766 |
| 710.0000 | -147.3570 | 680.4583 | -90.5574 |
| 711.0000 | -147.8310 | 681.3382 | -90.5380 |
| 712.0000 | -148.3080 | 682.2170 | -90.5186 |
| 713.0000 | -148.7870 | 683.0948 | -90.4990 |
| 714.0000 | -149.2670 | 683.9717 | -90.4792 |
| 715.0000 | -149.7490 | 684.8476 | -90.4592 |
| 716.0000 | -150.2330 | 685.7226 | -90.4391 |
| 717.0000 | -150.7190 | 686.5965 | -90.4188 |
| 718.0000 | -151.2060 | 687.4694 | -90.3983 |
| 719.0000 | -151.6950 | 688.3413 | -90.3777 |
| 720.0000 | -152.1860 | 689.2122 | -90.3569 |
| 721.0000 | -152.6790 | 690.0819 | -90.3358 |
| 722.0000 | -153.1740 | 690.9507 | -90.3145 |
| 723.0000 | -153.6710 | 691.8184 | -90.2930 |
| 724.0000 | -154.1690 | 692.6851 | -90.2713 |
| 725.0000 | -154.6690 | 693.5508 | -90.2495 |
| 726.0000 | -155.1710 | 694.4155 | -90.2275 |
| 727.0000 | -155.6750 | 695.2792 | -90.2055 |
| 728.0000 | -156.1800 | 696.1420 | -90.1834 |
| 729.0000 | -156.6860 | 697.0038 | -90.1613 |
| 730.0000 | -157.1950 | 697.8645 | -90.1392 |
| 731.0000 | -157.7050 | 698.7243 | -90.1171 |
| 732.0000 | -158.2170 | 699.5831 | -90.0948 |
| 733.0000 | -158.7300 | 700.4409 | -90.0726 |
| 734.0000 | -159.2450 | 701.2979 | -90.0508 |
| 735.0000 | -159.7610 | 702.1542 | -90.0291 |
| 736.0000 | -160.2780 | 703.0100 | -90.0075 |
| 737.0000 | -160.7970 | 703.8647 | -89.9864 |
| 738.0000 | -161.3180 | 704.7178 | -89.9653 |
| 739.0000 | -161.8420 | 705.5693 | -89.9441 |
| 740.0000 | -162.3680 | 706.4197 | -89.9229 |
| 741.0000 | -162.8950 | 707.2691 | -89.9014 |
| 742.0000 | -163.4250 | 708.1172 | -89.8797 |
| 743.0000 | -163.9560 | 708.9642 | -89.8577 |
| 744.0000 | -164.4880 | 709.8102 | -89.8353 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

NOT A CERTIFIED COPY

Exhibit C

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 745.0000 | -165.0220 | 710.6555 | -89.8125 |
| 746.0000 | -165.5570 | 711.5001 | -89.7893 |
| 747.0000 | -166.0930 | 712.3440 | -89.7648 |
| 748.0000 | -166.6300 | 713.1872 | -89.7391 |
| 749.0000 | -167.1680 | 714.0296 | -89.7126 |
| 750.0000 | -167.7080 | 714.8712 | -89.6855 |
| 751.0000 | -168.2480 | 715.7121 | -89.6578 |
| 752.0000 | -168.7900 | 716.5524 | -89.6295 |
| 753.0000 | -169.3320 | 717.3923 | -89.6009 |
| 754.0000 | -169.8750 | 718.2314 | -89.5719 |
| 755.0000 | -170.4280 | 719.0694 | -89.5425 |
| 756.0000 | -170.9660 | 719.9067 | -89.5128 |
| 757.0000 | -171.5130 | 720.7430 | -89.4828 |
| 758.0000 | -172.0620 | 721.5786 | -89.4530 |
| 759.0000 | -172.6110 | 722.4139 | -89.4236 |
| 760.0000 | -173.1600 | 723.2488 | -89.3937 |
| 761.0000 | -173.7110 | 724.0826 | -89.3654 |
| 762.0000 | -174.2640 | 724.9153 | -89.3328 |
| 763.0000 | -174.8190 | 725.7469 | -89.3010 |
| 764.0000 | -175.3740 | 726.5779 | -89.2688 |
| 765.0000 | -175.9300 | 727.4083 | -89.2362 |
| 766.0000 | -176.4680 | 728.2378 | -89.2036 |
| 767.0000 | -177.0470 | 729.0665 | -89.1708 |
| 768.0000 | -177.6060 | 729.8944 | -89.1375 |
| 769.0000 | -178.1680 | 730.7215 | -89.1044 |
| 770.0000 | -178.7300 | 731.5477 | -89.0714 |
| 771.0000 | -179.2930 | 732.3736 | -89.0382 |
| 772.0000 | -179.8560 | 733.1992 | -89.0042 |
| 773.0000 | -180.4210 | 734.0239 | -88.9703 |
| 774.0000 | -180.9870 | 734.8475 | -88.9372 |
| 775.0000 | -181.5540 | 735.6708 | -88.9057 |
| 776.0000 | -182.1220 | 736.4932 | -88.8737 |
| 777.0000 | -182.6920 | 737.3138 | -88.8369 |
| 778.0000 | -183.2640 | 738.1330 | -88.7947 |
| 779.0000 | -183.8360 | 738.9518 | -88.7506 |
| 780.0000 | -184.4090 | 739.7703 | -88.7057 |
| 781.0000 | -184.9830 | 740.5881 | -88.6593 |
| 782.0000 | -185.5580 | 741.4045 | -88.6118 |
| 783.0000 | -186.1360 | 742.2169 | -88.5636 |
| 784.0000 | -186.7160 | 743.0322 | -88.5169 |

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 785.0000 | -187.2970 | 743.8451 | -88.4733 |
| 786.0000 | -187.8790 | 744.6573 | -88.4314 |
| 787.0000 | -188.4610 | 745.4691 | -88.3902 |
| 788.0000 | -189.0450 | 746.2805 | -88.3493 |
| 789.0000 | -189.6290 | 747.0912 | -88.3087 |
| 790.0000 | -190.2130 | 747.9014 | -88.2687 |
| 791.0000 | -190.7990 | 748.7110 | -88.2290 |
| 792.0000 | -191.3850 | 749.5200 | -88.1895 |
| 793.0000 | -191.9730 | 750.3285 | -88.1500 |
| 794.0000 | -192.5610 | 751.1363 | -88.1106 |
| 795.0000 | -193.1500 | 751.9435 | -88.0712 |
| 796.0000 | -193.7400 | 752.7500 | -88.0315 |
| 797.0000 | -194.3300 | 753.5559 | -87.9916 |
| 798.0000 | -194.9220 | 754.3610 | -87.9517 |
| 799.0000 | -195.5150 | 755.1654 | -87.9117 |
| 800.0000 | -196.1090 | 755.9690 | -87.8716 |
| 801.0000 | -196.7040 | 756.7717 | -87.8314 |
| 802.0000 | -197.3000 | 757.5737 | -87.7910 |
| 803.0000 | -197.8970 | 758.3750 | -87.7506 |
| 804.0000 | -198.4940 | 759.1756 | -87.7104 |
| 805.0000 | -199.0930 | 759.9755 | -87.6705 |
| 806.0000 | -199.6930 | 760.7747 | -87.6305 |
| 807.0000 | -200.2940 | 761.5731 | -87.5905 |
| 808.0000 | -200.8960 | 762.3706 | -87.5507 |
| 809.0000 | -201.4990 | 763.1674 | -87.5112 |
| 810.0000 | -202.1030 | 763.9635 | -87.4718 |
| 811.0000 | -202.7080 | 764.7588 | -87.4325 |
| 812.0000 | -203.3140 | 765.5532 | -87.3933 |
| 813.0000 | -203.9210 | 766.3468 | -87.3543 |
| 814.0000 | -204.5300 | 767.1393 | -87.3157 |
| 815.0000 | -205.1390 | 767.9309 | -87.2773 |
| 816.0000 | -205.7500 | 768.7218 | -87.2394 |
| 817.0000 | -206.3620 | 769.5117 | -87.2020 |
| 818.0000 | -206.9750 | 770.3008 | -87.1650 |
| 819.0000 | -207.5900 | 771.0890 | -87.1284 |
| 820.0000 | -208.2050 | 771.8763 | -87.0921 |
| 821.0000 | -208.8220 | 772.6627 | -87.0560 |
| 822.0000 | -209.4400 | 773.4482 | -87.0201 |
| 823.0000 | -210.0590 | 774.2326 | -86.9846 |
| 824.0000 | -210.6790 | 775.0161 | -86.9496 |

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 825.0000 | -211.3010 | 775.7988 | -86.9148 |
| 826.0000 | -211.9230 | 776.5807 | -86.8804 |
| 827.0000 | -212.5470 | 777.3618 | -86.8466 |
| 828.0000 | -213.1710 | 778.1421 | -86.9130 |
| 829.0000 | -213.7970 | 778.9214 | -86.7797 |
| 830.0000 | -214.4240 | 779.6994 | -86.7469 |
| 831.0000 | -215.0530 | 780.4762 | -86.7143 |
| 832.0000 | -215.6840 | 781.2517 | -86.6821 |
| 833.0000 | -216.3160 | 782.0260 | -86.6503 |
| 834.0000 | -216.9490 | 782.7998 | -86.6188 |
| 835.0000 | -217.5820 | 783.5726 | -86.5878 |
| 836.0000 | -218.2180 | 784.3442 | -86.5572 |
| 837.0000 | -218.8550 | 785.1145 | -86.5271 |
| 838.0000 | -219.4930 | 785.8840 | -86.4974 |
| 839.0000 | -220.1310 | 786.6528 | -86.4681 |
| 840.0000 | -220.7720 | 787.4204 | -86.4394 |
| 841.0000 | -221.4140 | 788.1868 | -86.4111 |
| 842.0000 | -222.0560 | 788.9522 | -86.3832 |
| 843.0000 | -222.7010 | 789.7164 | -86.3555 |
| 844.0000 | -223.3470 | 790.4794 | -86.3283 |
| 845.0000 | -223.9940 | 791.2412 | -86.3015 |
| 846.0000 | -224.6430 | 792.0017 | -86.2750 |
| 847.0000 | -225.2920 | 792.7616 | -86.2485 |
| 848.0000 | -225.9420 | 793.5211 | -86.2221 |
| 849.0000 | -226.5930 | 794.2799 | -86.1958 |
| 850.0000 | -227.2450 | 795.0374 | -86.1694 |
| 851.0000 | -227.8990 | 795.7934 | -86.1430 |
| 852.0000 | -228.5550 | 796.5479 | -86.1166 |
| 853.0000 | -229.2120 | 797.3014 | -86.0902 |
| 854.0000 | -229.8700 | 798.0540 | -86.0637 |
| 855.0000 | -230.5290 | 798.8057 | -86.0371 |
| 856.0000 | -231.1890 | 799.5563 | -86.0101 |
| 857.0000 | -231.8560 | 800.3061 | -85.9829 |
| 858.0000 | -232.5120 | 801.0550 | -85.9555 |
| 859.0000 | -233.1760 | 801.8029 | -85.9279 |
| 860.0000 | -233.8400 | 802.5498 | -85.8999 |
| 861.0000 | -234.5050 | 803.2957 | -85.8718 |
| 862.0000 | -235.1720 | 804.0408 | -85.8434 |
| 863.0000 | -235.8390 | 804.7851 | -85.8148 |
| 864.0000 | -236.5070 | 805.5287 | -85.7859 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 865.0000 | -237.1760 | 806.2714 | -85.7566 |
| 866.0000 | -237.8460 | 807.0133 | -85.7270 |
| 867.0000 | -238.5160 | 807.7547 | -85.6968 |
| 868.0000 | -239.1870 | 808.4960 | -85.6650 |
| 869.0000 | -239.8570 | 809.2370 | -85.6345 |
| 870.0000 | -240.5290 | 809.9769 | -85.6025 |
| 871.0000 | -241.2030 | 810.7151 | -85.5699 |
| 872.0000 | -241.8790 | 811.4516 | -85.5368 |
| 873.0000 | -242.5560 | 812.1862 | -85.5031 |
| 874.0000 | -243.2360 | 812.9194 | -85.4688 |
| 875.0000 | -243.9160 | 813.6516 | -85.4338 |
| 876.0000 | -244.5970 | 814.3832 | -85.3981 |
| 877.0000 | -245.2780 | 815.1144 | -85.3614 |
| 878.0000 | -245.9590 | 815.8451 | -85.3238 |
| 879.0000 | -246.6420 | 816.5751 | -85.2854 |
| 880.0000 | -247.3250 | 817.3045 | -85.2464 |
| 881.0000 | -248.0090 | 818.0331 | -85.2066 |
| 882.0000 | -248.6930 | 818.7611 | -85.1660 |
| 883.0000 | -249.3780 | 819.4882 | -85.1248 |
| 884.0000 | -250.0640 | 820.2145 | -85.0829 |
| 885.0000 | -250.7510 | 820.9403 | -85.0404 |
| 886.0000 | -251.4380 | 821.6654 | -84.9971 |
| 887.0000 | -252.1260 | 822.3898 | -84.9532 |
| 888.0000 | -252.8150 | 823.1134 | -84.9086 |
| 889.0000 | -253.5040 | 823.8363 | -84.8635 |
| 890.0000 | -254.1950 | 824.5585 | -84.8176 |
| 891.0000 | -254.8850 | 825.2800 | -84.7712 |
| 892.0000 | -255.5770 | 826.0009 | -84.7244 |
| 893.0000 | -256.2690 | 826.7212 | -84.6772 |
| 894.0000 | -256.9620 | 827.4408 | -84.6296 |
| 895.0000 | -257.6550 | 828.1596 | -84.5819 |
| 896.0000 | -258.3590 | 828.8777 | -84.5336 |
| 897.0000 | -259.0440 | 829.5953 | -84.4850 |
| 898.0000 | -259.7400 | 830.3121 | -84.4360 |
| 899.0000 | -260.4360 | 831.0282 | -84.3867 |
| 900.0000 | -261.1330 | 831.7434 | -84.3371 |
| 901.0000 | -261.8310 | 832.4579 | -84.2870 |
| 902.0000 | -262.5300 | 833.1716 | -84.2367 |
| 903.0000 | -263.2290 | 833.8844 | -84.1861 |
| 904.0000 | -263.9300 | 834.5964 | -84.1351 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 905.0000 | -264.6310 | 835.3077 | -84.0837 |
| 906.0000 | -265.3320 | 836.0182 | -84.0320 |
| 907.0000 | -266.0350 | 836.7280 | -83.9798 |
| 908.0000 | -266.7380 | 837.4371 | -83.9270 |
| 909.0000 | -267.4420 | 838.1458 | -83.8736 |
| 910.0000 | -268.1450 | 838.8540 | -83.8193 |
| 911.0000 | -268.8500 | 839.5619 | -83.7644 |
| 912.0000 | -269.5540 | 840.2696 | -83.7088 |
| 913.0000 | -270.2590 | 840.9769 | -83.6524 |
| 914.0000 | -270.9640 | 841.6837 | -83.5953 |
| 915.0000 | -271.6700 | 842.3895 | -83.5374 |
| 916.0000 | -272.3770 | 843.0939 | -83.4787 |
| 917.0000 | -273.0860 | 843.7962 | -83.4192 |
| 918.0000 | -273.7980 | 844.4963 | -83.3589 |
| 919.0000 | -274.5110 | 845.1944 | -83.2977 |
| 920.0000 | -275.2260 | 845.8911 | -83.2358 |
| 921.0000 | -275.9410 | 846.5871 | -83.1730 |
| 922.0000 | -276.6570 | 847.2825 | -83.1093 |
| 923.0000 | -277.3730 | 847.9774 | -83.0449 |
| 924.0000 | -278.0900 | 848.6719 | -82.9797 |
| 925.0000 | -278.8070 | 849.3659 | -82.9138 |
| 926.0000 | -279.5240 | 850.0594 | -82.8472 |
| 927.0000 | -280.2420 | 850.7524 | -82.7798 |
| 928.0000 | -280.9600 | 851.4449 | -82.7118 |
| 929.0000 | -281.6790 | 852.1369 | -82.6431 |
| 930.0000 | -282.3980 | 852.8283 | -82.5736 |
| 931.0000 | -283.1170 | 853.5193 | -82.5035 |
| 932.0000 | -283.8370 | 854.2097 | -82.4330 |
| 933.0000 | -284.5580 | 854.8996 | -82.3620 |
| 934.0000 | -285.2790 | 855.5891 | -82.2906 |
| 935.0000 | -286.0000 | 856.2782 | -82.2188 |
| 936.0000 | -286.7210 | 856.9668 | -82.1464 |
| 937.0000 | -287.4430 | 857.6549 | -82.0733 |
| 938.0000 | -288.1650 | 858.3426 | -81.9996 |
| 939.0000 | -288.8880 | 859.0299 | -81.9255 |
| 940.0000 | -289.6110 | 859.7168 | -81.8506 |
| 941.0000 | -290.3340 | 860.4037 | -81.7752 |
| 942.0000 | -291.0560 | 861.0907 | -81.6993 |
| 943.0000 | -291.7790 | 861.7777 | -81.6231 |
| 944.0000 | -292.5020 | 862.4644 | -81.5466 |

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 945.0000 | -293.2250 | 863.1505 | -81.4701 |
| 946.0000 | -293.9490 | 863.8360 | -81.3934 |
| 947.0000 | -294.6740 | 864.5209 | -81.3165 |
| 948.0000 | -295.3990 | 865.2052 | -81.2396 |
| 949.0000 | -296.1250 | 865.8888 | -81.1625 |
| 950.0000 | -296.8510 | 866.5719 | -81.0852 |
| 951.0000 | -297.5780 | 867.2544 | -81.0078 |
| 952.0000 | -298.3050 | 867.9363 | -80.9300 |
| 953.0000 | -299.0330 | 868.6178 | -80.8517 |
| 954.0000 | -299.7610 | 869.2988 | -80.7728 |
| 955.0000 | -300.4890 | 869.9794 | -80.6931 |
| 956.0000 | -301.2180 | 870.6595 | -80.6124 |
| 957.0000 | -301.9470 | 871.3392 | -80.5307 |
| 958.0000 | -302.6760 | 872.0186 | -80.4484 |
| 959.0000 | -303.4050 | 872.6976 | -80.3655 |
| 960.0000 | -304.1350 | 873.3761 | -80.2821 |
| 961.0000 | -304.8660 | 874.0537 | -80.1979 |
| 962.0000 | -305.5970 | 874.7307 | -80.1133 |
| 963.0000 | -306.3290 | 875.4069 | -80.0282 |
| 964.0000 | -307.0610 | 876.0825 | -79.9427 |
| 965.0000 | -307.7940 | 876.7574 | -79.8569 |
| 966.0000 | -308.5270 | 877.4316 | -79.7706 |
| 967.0000 | -309.2610 | 878.1054 | -79.6843 |
| 968.0000 | -309.9950 | 878.7788 | -79.5977 |
| 969.0000 | -310.7300 | 879.4516 | -79.5110 |
| 970.0000 | -311.4650 | 880.1239 | -79.4241 |
| 971.0000 | -312.2010 | 880.7956 | -79.3371 |
| 972.0000 | -312.9370 | 881.4667 | -79.2500 |
| 973.0000 | -313.6740 | 882.1374 | -79.1632 |
| 974.0000 | -314.4110 | 882.8075 | -79.0765 |
| 975.0000 | -315.1490 | 883.4770 | -78.9898 |
| 976.0000 | -315.8870 | 884.1459 | -78.9034 |
| 977.0000 | -316.6260 | 884.8140 | -78.8169 |
| 978.0000 | -317.3650 | 885.4816 | -78.7303 |
| 979.0000 | -318.1050 | 885.1488 | -78.6438 |
| 980.0000 | -318.8460 | 886.8155 | -78.5573 |
| 981.0000 | -319.5860 | 887.4815 | -78.4706 |
| 982.0000 | -320.3280 | 888.1471 | -78.3836 |
| 983.0000 | -321.0690 | 888.8124 | -78.2953 |
| 984.0000 | -321.8110 | 889.4773 | -78.2089 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 985.0000 | -322.5530 | 890.1419 | -78.1211 |
| 986.0000 | -323.2950 | 890.8067 | -78.0328 |
| 987.0000 | -324.0360 | 891.4718 | -77.9442 |
| 988.0000 | -324.7780 | 892.1370 | -77.8554 |
| 989.0000 | -325.5190 | 892.8023 | -77.7663 |
| 990.0000 | -326.2600 | 893.4676 | -77.6769 |
| 991.0000 | -327.0010 | 894.1331 | -77.5871 |
| 992.0000 | -327.7420 | 894.7986 | -77.4966 |
| 993.0000 | -328.4830 | 895.4639 | -77.4057 |
| 994.0000 | -329.2240 | 896.1289 | -77.3144 |
| 995.0000 | -329.9660 | 896.7935 | -77.2226 |
| 996.0000 | -330.7070 | 897.4580 | -77.1305 |
| 997.0000 | -331.4490 | 898.1227 | -77.0382 |
| 998.0000 | -332.1900 | 898.7875 | -76.9456 |
| 999.0000 | -332.9310 | 899.4524 | -76.8530 |
| 1000.000 | -333.6720 | 900.1175 | -76.7603 |
| 1001.000 | -334.4120 | 900.7833 | -76.6674 |
| 1002.000 | -335.1520 | 901.4498 | -76.5746 |
| 1003.000 | -335.8920 | 902.1167 | -76.4820 |
| 1004.000 | -336.6310 | 902.7836 | -76.3894 |
| 1005.000 | -337.3700 | 903.4505 | -76.2967 |
| 1006.000 | -338.1100 | 904.1174 | -76.2041 |
| 1007.000 | -338.8500 | 904.7834 | -76.1117 |
| 1008.000 | -339.5910 | 905.4480 | -76.0193 |
| 1009.000 | -340.3340 | 906.1116 | -75.9270 |
| 1010.000 | -341.0760 | 906.7752 | -75.8349 |
| 1011.000 | -341.8180 | 907.4394 | -75.7431 |
| 1012.000 | -342.5600 | 908.1039 | -75.6516 |
| 1013.000 | -343.3020 | 908.7680 | -75.5603 |
| 1014.000 | -344.0440 | 909.4314 | -75.4690 |
| 1015.000 | -344.7880 | 910.0941 | -75.3776 |
| 1016.000 | -345.5310 | 910.7567 | -75.2863 |
| 1017.000 | -346.2740 | 911.4195 | -75.1949 |
| 1018.000 | -347.0180 | 912.0822 | -75.1033 |
| 1019.000 | -347.7610 | 912.7447 | -75.0114 |
| 1020.000 | -348.5040 | 913.4073 | -74.9191 |
| 1021.000 | -349.2480 | 914.0697 | -74.8264 |
| 1022.000 | -349.9910 | 914.7319 | -74.7332 |
| 1023.000 | -350.7350 | 915.3938 | -74.6395 |
| 1024.000 | -351.4790 | 916.0555 | -74.5452 |

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 1025.000 | -352.2230 | 916.7169 | -74.4504 |
| 1026.000 | -352.9670 | 917.3780 | -74.3548 |
| 1027.000 | -353.7110 | 918.0388 | -74.2585 |
| 1028.000 | -354.4560 | 918.6992 | -74.1613 |
| 1029.000 | -355.2000 | 919.3594 | -74.0632 |
| 1030.000 | -355.9450 | 920.0193 | -73.9644 |
| 1031.000 | -356.6900 | 920.6790 | -73.8648 |
| 1032.000 | -357.4350 | 921.3383 | -73.7644 |
| 1033.000 | -358.1810 | 921.9973 | -73.6630 |
| 1034.000 | -358.9260 | 922.6560 | -73.5609 |
| 1035.000 | -359.6720 | 923.3143 | -73.4577 |
| 1036.000 | -360.4180 | 923.9722 | -73.3535 |
| 1037.000 | -361.1640 | 924.6296 | -73.2483 |
| 1038.000 | -361.9100 | 925.2867 | -73.1422 |
| 1039.000 | -362.6570 | 925.9432 | -73.0352 |
| 1040.000 | -363.4040 | 926.5993 | -72.9273 |
| 1041.000 | -364.1510 | 927.2551 | -72.8182 |
| 1042.000 | -364.8980 | 927.9106 | -72.7083 |
| 1043.000 | -365.6450 | 928.5655 | -72.5975 |
| 1044.000 | -366.3930 | 929.2201 | -72.4857 |
| 1045.000 | -367.1410 | 929.8742 | -72.3729 |
| 1046.000 | -367.8890 | 930.5278 | -72.2591 |
| 1047.000 | -368.6370 | 931.1811 | -72.1443 |
| 1048.000 | -369.3860 | 931.8341 | -72.0284 |
| 1049.000 | -370.1350 | 932.4867 | -71.9116 |
| 1050.000 | -370.8830 | 933.1389 | -71.7938 |
| 1051.000 | -371.6320 | 933.7909 | -71.6748 |
| 1052.000 | -372.3810 | 934.4426 | -71.5549 |
| 1053.000 | -373.1300 | 935.0941 | -71.4339 |
| 1054.000 | -373.8790 | 935.7453 | -71.3117 |
| 1055.000 | -374.6280 | 936.3962 | -71.1884 |
| 1056.000 | -375.3770 | 937.0469 | -71.0640 |
| 1057.000 | -376.1260 | 937.6975 | -70.9385 |
| 1058.000 | -376.8750 | 938.3478 | -70.8118 |
| 1059.000 | -377.6240 | 938.9977 | -70.6838 |
| 1060.000 | -378.3740 | 939.6470 | -70.5545 |
| 1061.000 | -379.1240 | 940.2959 | -70.4239 |
| 1062.000 | -379.8730 | 940.9443 | -70.2922 |
| 1063.000 | -380.6230 | 941.5923 | -70.1594 |
| 1064.000 | -381.3730 | 942.2400 | -70.0258 |

Exhibit C

Confidential

Exhibit C

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 1065.000 | -382.1240 | 942.8872 | -69.8911 |
| 1066.000 | -382.8740 | 943.5339 | -69.7552 |
| 1067.000 | -383.6250 | 944.1799 | -69.6184 |
| 1068.000 | -384.3760 | 944.8254 | -69.4807 |
| 1069.000 | -385.1280 | 945.4703 | -69.3419 |
| 1070.000 | -385.8800 | 946.1147 | -69.2022 |
| 1071.000 | -386.6320 | 946.7587 | -69.0617 |
| 1072.000 | -387.3840 | 947.4020 | -68.9203 |
| 1073.000 | -388.1370 | 948.0447 | -68.7780 |
| 1074.000 | -388.8900 | 948.6877 | -68.6348 |
| 1075.000 | -389.6420 | 949.3307 | -68.4906 |
| 1076.000 | -390.3940 | 949.9735 | -68.3454 |
| 1077.000 | -391.1460 | 950.6157 | -68.1995 |
| 1078.000 | -391.8990 | 951.2574 | -68.0528 |
| 1079.000 | -392.6520 | 951.8984 | -67.9051 |
| 1080.000 | -393.4060 | 952.5388 | -67.7564 |
| 1081.000 | -394.1600 | 953.1786 | -67.6069 |
| 1082.000 | -394.9140 | 953.8178 | -67.4566 |
| 1083.000 | -395.6680 | 954.4565 | -67.3053 |
| 1084.000 | -396.4230 | 955.0948 | -67.1534 |
| 1085.000 | -397.1780 | 955.7325 | -67.0008 |
| 1086.000 | -397.9330 | 956.3696 | -66.8475 |
| 1087.000 | -398.6880 | 957.0060 | -66.6934 |
| 1088.000 | -399.4450 | 957.6420 | -66.5387 |
| 1089.000 | -400.2020 | 958.2774 | -66.3832 |
| 1090.000 | -400.9580 | 958.9123 | -66.2270 |
| 1091.000 | -401.7150 | 959.5466 | -66.0704 |
| 1092.000 | -402.4730 | 960.1803 | -65.9133 |
| 1093.000 | -403.2310 | 960.8135 | -65.7558 |
| 1094.000 | -403.9880 | 961.4464 | -65.5978 |
| 1095.000 | -404.7470 | 962.0789 | -65.4394 |
| 1096.000 | -405.5050 | 962.7111 | -65.2804 |
| 1097.000 | -406.2640 | 963.3426 | -65.1211 |
| 1098.000 | -407.0230 | 963.9732 | -64.9615 |
| 1099.000 | -407.7840 | 964.6025 | -64.8015 |
| 1100.000 | -408.5450 | 965.2310 | -64.6411 |
| 1101.000 | -409.3060 | 965.8590 | -64.4800 |
| 1102.000 | -410.0680 | 966.4865 | -64.3182 |
| 1103.000 | -410.8300 | 967.1137 | -64.1561 |
| 1104.000 | -411.5920 | 967.7404 | -63.9936 |

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 1105.000 | -412.3540 | 968.3665 | -63.8303 |
| 1106.000 | -413.1170 | 968.9922 | -63.6663 |
| 1107.000 | -413.8800 | 969.6172 | -63.5016 |
| 1108.000 | -414.6430 | 970.2417 | -63.3363 |
| 1109.000 | -415.4070 | 970.8655 | -63.1703 |
| 1110.000 | -416.1710 | 971.4889 | -63.0036 |
| 1111.000 | -416.9350 | 972.1117 | -62.8362 |
| 1112.000 | -417.7000 | 972.7339 | -62.6681 |
| 1113.000 | -418.4650 | 973.3553 | -62.4991 |
| 1114.000 | -419.2300 | 973.9763 | -62.3291 |
| 1115.000 | -419.9960 | 974.5965 | -62.1582 |
| 1116.000 | -420.7620 | 975.2160 | -61.9866 |
| 1117.000 | -421.5280 | 975.8352 | -61.8143 |
| 1118.000 | -422.2940 | 976.4542 | -61.6410 |
| 1119.000 | -423.0600 | 977.0726 | -61.4667 |
| 1120.000 | -423.8270 | 977.6904 | -61.2915 |
| 1121.000 | -424.5940 | 978.3075 | -61.1154 |
| 1122.000 | -425.3610 | 978.9236 | -60.9383 |
| 1123.000 | -426.1290 | 979.5387 | -60.7606 |
| 1124.000 | -426.8980 | 980.1528 | -60.5818 |
| 1125.000 | -427.6670 | 980.7660 | -60.4019 |
| 1126.000 | -428.4370 | 981.3784 | -60.2209 |
| 1127.000 | -429.2070 | 981.9898 | -60.0387 |
| 1128.000 | -429.9770 | 982.6002 | -59.8554 |
| 1129.000 | -430.7490 | 983.2096 | -59.6711 |
| 1130.000 | -431.5200 | 983.8178 | -59.4858 |
| 1131.000 | -432.2930 | 984.4249 | -59.2993 |
| 1132.000 | -433.0660 | 985.0310 | -59.1113 |
| 1133.000 | -433.8390 | 985.6359 | -58.9222 |
| 1134.000 | -434.6130 | 986.2397 | -58.7320 |
| 1135.000 | -435.3880 | 986.8426 | -58.5404 |
| 1136.000 | -436.1630 | 987.4445 | -58.3476 |
| 1137.000 | -436.9380 | 988.0452 | -58.1535 |
| 1138.000 | -437.7140 | 988.6450 | -57.9581 |
| 1139.000 | -438.4910 | 989.2436 | -57.7613 |
| 1140.000 | -439.2670 | 989.8413 | -57.5634 |
| 1141.000 | -440.0450 | 990.4393 | -57.3643 |
| 1142.000 | -440.8220 | 991.0343 | -57.1640 |
| 1143.000 | -441.6010 | 991.6291 | -56.9628 |
| 1144.000 | -442.3800 | 992.2223 | -56.7600 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 1145.000 | -443.1600 | 992.8141 | -56.5563 |
| 1146.000 | -443.9400 | 993.4048 | -56.3516 |
| 1147.000 | -444.7210 | 993.9947 | -56.1461 |
| 1148.000 | -445.5020 | 994.5835 | -55.9396 |
| 1149.000 | -446.2840 | 995.1713 | -55.7321 |
| 1150.000 | -447.0670 | 995.7581 | -55.5236 |
| 1151.000 | -447.8500 | 996.3437 | -55.3142 |
| 1152.000 | -448.6340 | 996.9282 | -55.1040 |
| 1153.000 | -449.4180 | 997.5115 | -54.8929 |
| 1154.000 | -450.2030 | 998.0936 | -54.6810 |
| 1155.000 | -450.9880 | 998.6746 | -54.4681 |
| 1156.000 | -451.7750 | 999.2544 | -54.2540 |
| 1157.000 | -452.5610 | 999.8329 | -54.0390 |
| 1158.000 | -453.3490 | 1000.4100 | -53.8230 |
| 1159.000 | -454.1370 | 1000.9860 | -53.6061 |
| 1160.000 | -454.9260 | 1001.5610 | -53.3880 |
| 1161.000 | -455.7150 | 1002.1350 | -53.1691 |
| 1162.000 | -456.5050 | 1002.7070 | -52.9491 |
| 1163.000 | -457.2960 | 1003.2780 | -52.7281 |
| 1164.000 | -458.0870 | 1003.8470 | -52.5061 |
| 1165.000 | -458.8790 | 1004.4160 | -52.2831 |
| 1166.000 | -459.6720 | 1004.9820 | -52.0591 |
| 1167.000 | -460.4660 | 1005.5480 | -51.8341 |
| 1168.000 | -461.2600 | 1006.1120 | -51.6080 |
| 1169.000 | -462.0550 | 1006.6740 | -51.3810 |
| 1170.000 | -462.8500 | 1007.2360 | -51.1530 |
| 1171.000 | -463.6470 | 1007.7960 | -50.9241 |
| 1172.000 | -464.4440 | 1008.3540 | -50.6945 |
| 1173.000 | -465.2410 | 1008.9120 | -50.4639 |
| 1174.000 | -466.0400 | 1009.4670 | -50.2325 |
| 1175.000 | -466.8390 | 1010.0210 | -50.0004 |
| 1176.000 | -467.6390 | 1010.5740 | -49.7677 |
| 1177.000 | -468.4400 | 1011.1260 | -49.5342 |
| 1178.000 | -469.2420 | 1011.6750 | -49.3000 |
| 1179.000 | -470.0450 | 1012.2240 | -49.0651 |
| 1180.000 | -470.8480 | 1012.7710 | -48.8296 |
| 1181.000 | -471.6520 | 1013.3170 | -48.5936 |
| 1182.000 | -472.4570 | 1013.8610 | -48.3569 |
| 1183.000 | -473.2620 | 1014.4040 | -48.1197 |
| 1184.000 | -474.0680 | 1014.9460 | -47.8821 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 1185.000 | -474.8750 | 1015.4870 | -47.6439 |
| 1186.000 | -475.6830 | 1016.0260 | -47.4052 |
| 1187.000 | -476.4910 | 1016.5640 | -47.1660 |
| 1188.000 | -477.2990 | 1017.1020 | -46.9264 |
| 1189.000 | -478.1080 | 1017.6380 | -46.6864 |
| 1190.000 | -478.9180 | 1018.1740 | -46.4459 |
| 1191.000 | -479.7280 | 1018.7080 | -46.2048 |
| 1192.000 | -480.5390 | 1019.2410 | -45.9633 |
| 1193.000 | -481.3500 | 1019.7730 | -45.7215 |
| 1194.000 | -482.1620 | 1020.3040 | -45.4794 |
| 1195.000 | -482.9750 | 1020.8340 | -45.2369 |
| 1196.000 | -483.7890 | 1021.3620 | -44.9940 |
| 1197.000 | -484.6030 | 1021.8890 | -44.7508 |
| 1198.000 | -485.4180 | 1022.4150 | -44.5073 |
| 1199.000 | -486.2340 | 1022.9400 | -44.2635 |
| 1200.000 | -487.0500 | 1023.4630 | -44.0194 |
| 1201.000 | -487.8670 | 1023.9860 | -43.7751 |
| 1202.000 | -488.6840 | 1024.5070 | -43.5307 |
| 1203.000 | -489.5030 | 1025.0270 | -43.2861 |
| 1204.000 | -490.3220 | 1025.5460 | -43.0414 |
| 1205.000 | -491.1420 | 1026.0640 | -42.7966 |
| 1206.000 | -491.9620 | 1026.5810 | -42.5518 |
| 1207.000 | -492.7830 | 1027.0960 | -42.3070 |
| 1208.000 | -493.6050 | 1027.6110 | -42.0623 |
| 1209.000 | -494.4270 | 1028.1240 | -41.8176 |
| 1210.000 | -495.2510 | 1028.6370 | -41.5729 |
| 1211.000 | -496.0740 | 1029.1480 | -41.3285 |
| 1212.000 | -496.8990 | 1029.6580 | -41.0842 |
| 1213.000 | -497.7240 | 1030.1680 | -40.8401 |
| 1214.000 | -498.5500 | 1030.6760 | -40.5962 |
| 1215.000 | -499.3770 | 1031.1820 | -40.3526 |
| 1216.000 | -500.2050 | 1031.6880 | -40.1093 |
| 1217.000 | -501.0330 | 1032.1930 | -39.8663 |
| 1218.000 | -501.8620 | 1032.6970 | -39.6234 |
| 1219.000 | -502.6910 | 1033.2010 | -39.3810 |
| 1220.000 | -503.5220 | 1033.7030 | -39.1392 |
| 1221.000 | -504.3520 | 1034.2050 | -38.8978 |
| 1222.000 | -505.1840 | 1034.7050 | -38.6569 |
| 1223.000 | -506.0160 | 1035.2040 | -38.4165 |
| 1224.000 | -506.8490 | 1035.7030 | -38.1770 |

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 1225.000 | -507.6830 | 1036.2000 | -37.9383 |
| 1226.000 | -508.5180 | 1036.6970 | -37.7001 |
| 1227.000 | -509.3540 | 1037.1920 | -37.4626 |
| 1228.000 | -510.1900 | 1037.6870 | -37.2256 |
| 1229.000 | -511.0270 | 1038.1800 | -36.9893 |
| 1230.000 | -511.8650 | 1038.6720 | -36.7535 |
| 1231.000 | -512.7040 | 1039.1640 | -36.5183 |
| 1232.000 | -513.5430 | 1039.6540 | -36.2839 |
| 1233.000 | -514.3820 | 1040.1450 | -36.0502 |
| 1234.000 | -515.2220 | 1040.6360 | -35.8170 |
| 1235.000 | -516.0610 | 1041.1270 | -35.5843 |
| 1236.000 | -516.9010 | 1041.6170 | -35.3522 |
| 1237.000 | -517.7420 | 1042.1060 | -35.1207 |
| 1238.000 | -518.5930 | 1042.5950 | -34.8897 |
| 1239.000 | -519.4260 | 1043.0830 | -34.6591 |
| 1240.000 | -520.2680 | 1043.5690 | -34.4290 |
| 1241.000 | -521.1120 | 1044.0540 | -34.1994 |
| 1242.000 | -521.9570 | 1044.5380 | -33.9704 |
| 1243.000 | -522.8020 | 1045.0220 | -33.7423 |
| 1244.000 | -523.6480 | 1045.5030 | -33.5154 |
| 1245.000 | -524.4960 | 1045.9840 | -33.2893 |
| 1246.000 | -525.3440 | 1046.4630 | -33.0639 |
| 1247.000 | -526.1930 | 1046.9420 | -32.8396 |
| 1248.000 | -527.0430 | 1047.4190 | -32.6163 |
| 1249.000 | -527.8930 | 1047.8960 | -32.3940 |
| 1250.000 | -528.7450 | 1048.3710 | -32.1725 |
| 1251.000 | -529.5970 | 1048.8450 | -31.9522 |
| 1252.000 | -530.4500 | 1049.3190 | -31.7331 |
| 1253.000 | -531.3040 | 1049.7910 | -31.5148 |
| 1254.000 | -532.1590 | 1050.2620 | -31.2972 |
| 1255.000 | -533.0140 | 1050.7330 | -31.0806 |
| 1256.000 | -533.8700 | 1051.2020 | -30.8650 |
| 1257.000 | -534.7270 | 1051.6710 | -30.6503 |
| 1258.000 | -535.5840 | 1052.1390 | -30.4362 |
| 1259.000 | -536.4430 | 1052.6070 | -30.2229 |
| 1260.000 | -537.3010 | 1053.0730 | -30.0104 |
| 1261.000 | -538.1610 | 1053.5390 | -29.7989 |
| 1262.000 | -539.0210 | 1054.0030 | -29.5880 |
| 1263.000 | -539.8810 | 1054.4670 | -29.3779 |
| 1264.000 | -540.7430 | 1054.9300 | -29.1685 |

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 1265.000 | -541.8040 | 1055.3920 | -28.9600 |
| 1266.000 | -542.4670 | 1055.8540 | -28.7522 |
| 1267.000 | -543.3300 | 1056.3150 | -28.5453 |
| 1268.000 | -544.1930 | 1056.7750 | -28.3392 |
| 1269.000 | -545.0570 | 1057.2350 | -28.1340 |
| 1270.000 | -545.9220 | 1057.6930 | -27.9294 |
| 1271.000 | -546.7870 | 1058.1520 | -27.7253 |
| 1272.000 | -547.6530 | 1058.6080 | -27.5219 |
| 1273.000 | -548.5190 | 1059.0660 | -27.3193 |
| 1274.000 | -549.3860 | 1059.5220 | -27.1176 |
| 1275.000 | -550.2540 | 1059.9760 | -26.9166 |
| 1276.000 | -551.1220 | 1060.4300 | -26.7163 |
| 1277.000 | -551.9900 | 1060.8850 | -26.5169 |
| 1278.000 | -552.8580 | 1061.3390 | -26.3184 |
| 1279.000 | -553.7270 | 1061.7940 | -26.1207 |
| 1280.000 | -554.5950 | 1062.2500 | -25.9234 |
| 1281.000 | -555.4620 | 1062.7060 | -25.7267 |
| 1282.000 | -556.3300 | 1063.1630 | -25.5308 |
| 1283.000 | -557.1980 | 1063.6190 | -25.3351 |
| 1284.000 | -558.0670 | 1064.0750 | -25.1403 |
| 1285.000 | -558.9360 | 1064.5310 | -24.9461 |
| 1286.000 | -559.8050 | 1064.9860 | -24.7528 |
| 1287.000 | -560.6740 | 1065.4410 | -24.5599 |
| 1288.000 | -561.5440 | 1065.8960 | -24.3678 |
| 1289.000 | -562.4130 | 1066.3510 | -24.1757 |
| 1290.000 | -563.2830 | 1066.8050 | -23.9843 |
| 1291.000 | -564.1530 | 1067.2600 | -23.7933 |
| 1292.000 | -565.0230 | 1067.7140 | -23.6026 |
| 1293.000 | -565.8930 | 1068.1690 | -23.4121 |
| 1294.000 | -566.7640 | 1068.6230 | -23.2221 |
| 1295.000 | -567.6350 | 1069.0770 | -23.0324 |
| 1296.000 | -568.5050 | 1069.5300 | -22.8430 |
| 1297.000 | -569.3760 | 1069.9840 | -22.6539 |
| 1298.000 | -570.2480 | 1070.4370 | -22.4650 |
| 1299.000 | -571.1190 | 1070.8900 | -22.2765 |
| 1300.000 | -571.9900 | 1071.3430 | -22.0882 |
| 1301.000 | -572.8620 | 1071.7950 | -21.9003 |
| 1302.000 | -573.7340 | 1072.2480 | -21.7128 |
| 1303.000 | -574.6060 | 1072.7000 | -21.5256 |
| 1304.000 | -575.4780 | 1073.1520 | -21.3388 |

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 1305.000 | -576.3500 | 1073.6040 | -21.1523 |
| 1306.000 | -577.2230 | 1074.0560 | -20.9661 |
| 1307.000 | -578.0950 | 1074.5080 | -20.7803 |
| 1308.000 | -578.9680 | 1074.9600 | -20.5948 |
| 1309.000 | -579.8400 | 1075.4130 | -20.4096 |
| 1310.000 | -580.7110 | 1075.8670 | -20.2249 |
| 1311.000 | -581.5830 | 1076.3210 | -20.0404 |
| 1312.000 | -582.4540 | 1076.7760 | -19.8561 |
| 1313.000 | -583.3260 | 1077.2310 | -19.6720 |
| 1314.000 | -584.1970 | 1077.6870 | -19.4879 |
| 1315.000 | -585.0680 | 1078.1420 | -19.3040 |
| 1316.000 | -585.9380 | 1078.5990 | -19.1201 |
| 1317.000 | -586.8090 | 1079.0550 | -18.9365 |
| 1318.000 | -587.6790 | 1079.5110 | -18.7532 |
| 1319.000 | -588.5500 | 1079.9680 | -18.5702 |
| 1320.000 | -589.4210 | 1080.4230 | -18.3874 |
| 1321.000 | -590.2920 | 1080.8790 | -18.2050 |
| 1322.000 | -591.1640 | 1081.3350 | -18.0227 |
| 1323.000 | -592.0350 | 1081.7920 | -17.8407 |
| 1324.000 | -592.9060 | 1082.2480 | -17.6590 |
| 1325.000 | -593.7770 | 1082.7040 | -17.4775 |
| 1326.000 | -594.6490 | 1083.1600 | -17.2964 |
| 1327.000 | -595.5200 | 1083.6150 | -17.1154 |
| 1328.000 | -596.3920 | 1084.0710 | -16.9345 |
| 1329.000 | -597.2640 | 1084.5260 | -16.7538 |
| 1330.000 | -598.1350 | 1084.9810 | -16.5732 |
| 1331.000 | -599.0070 | 1085.4370 | -16.3925 |
| 1332.000 | -599.8790 | 1085.8920 | -16.2118 |
| 1333.000 | -600.7510 | 1086.3480 | -16.0310 |
| 1334.000 | -601.6220 | 1086.8030 | -15.8503 |
| 1335.000 | -602.4940 | 1087.2590 | -15.6697 |
| 1336.000 | -603.3660 | 1087.7140 | -15.4890 |
| 1337.000 | -604.2380 | 1088.1690 | -15.3085 |
| 1338.000 | -605.1100 | 1088.6250 | -15.1284 |
| 1339.000 | -605.9820 | 1089.0800 | -14.9486 |
| 1340.000 | -606.8540 | 1089.5350 | -14.7689 |
| 1341.000 | -607.7260 | 1089.9900 | -14.5895 |
| 1342.000 | -608.5980 | 1090.4450 | -14.4103 |
| 1343.000 | -609.4700 | 1090.9000 | -14.2312 |
| 1344.000 | -610.3430 | 1091.3550 | -14.0523 |

Exhibit C

Confidential

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 1345.000 | -611.2150 | 1091.8100 | -13.8737 |
| 1346.000 | -612.0880 | 1092.2640 | -13.6954 |
| 1347.000 | -612.9610 | 1092.7190 | -13.5174 |
| 1348.000 | -613.8340 | 1093.1730 | -13.3398 |
| 1349.000 | -614.7070 | 1093.6280 | -13.1622 |
| 1350.000 | -615.5800 | 1094.0820 | -12.9851 |
| 1351.000 | -616.4530 | 1094.5360 | -12.8085 |
| 1352.000 | -617.3260 | 1094.9910 | -12.6323 |
| 1353.000 | -618.1990 | 1095.4460 | -12.4564 |
| 1354.000 | -619.0720 | 1095.9000 | -12.2810 |
| 1355.000 | -619.9450 | 1096.3560 | -12.1060 |
| 1356.000 | -620.8180 | 1096.8110 | -11.9314 |
| 1357.000 | -621.6920 | 1097.2660 | -11.7573 |
| 1358.000 | -622.5650 | 1097.7220 | -11.5837 |
| 1359.000 | -623.4380 | 1098.1770 | -11.4104 |
| 1360.000 | -624.3110 | 1098.6330 | -11.2376 |
| 1361.000 | -625.1850 | 1099.0880 | -11.0652 |
| 1362.000 | -626.0580 | 1099.5440 | -10.8932 |
| 1363.000 | -626.9310 | 1099.9990 | -10.7216 |
| 1364.000 | -627.8050 | 1100.4550 | -10.5506 |
| 1365.000 | -628.6790 | 1100.9100 | -10.3799 |
| 1366.000 | -629.5530 | 1101.3650 | -10.2097 |
| 1367.000 | -630.4270 | 1101.8200 | -10.0398 |
| 1368.000 | -631.3020 | 1102.2750 | -9.8700 |
| 1369.000 | -632.1760 | 1102.7290 | -9.7003 |
| 1370.000 | -633.0510 | 1103.1830 | -9.5309 |
| 1371.000 | -633.9260 | 1103.6370 | -9.3616 |
| 1372.000 | -634.8010 | 1104.0900 | -9.1925 |
| 1373.000 | -635.6760 | 1104.5430 | -9.0235 |
| 1374.000 | -636.5510 | 1104.9960 | -8.8545 |
| 1375.000 | -637.4270 | 1105.4490 | -8.6855 |
| 1376.000 | -638.3030 | 1105.9010 | -8.5166 |
| 1377.000 | -639.1780 | 1106.3540 | -8.3478 |
| 1378.000 | -640.0540 | 1106.8060 | -8.1790 |
| 1379.000 | -640.9310 | 1107.2570 | -8.0103 |
| 1380.000 | -641.8070 | 1107.7080 | -7.8418 |
| 1381.000 | -642.6830 | 1108.1590 | -7.6733 |
| 1382.000 | -643.5600 | 1108.6100 | -7.5046 |
| 1383.000 | -644.4360 | 1109.0610 | -7.3359 |
| 1384.000 | -645.3130 | 1109.5120 | -7.1669 |

Exhibit C

NOT A CERTIFIED COPY

Confidential

NOT A CERTIFIED COPY

Exhibit C

| Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|
| 1385.000 | -646.1890 | 1109.9620 | -6.9977 |
| 1386.000 | -647.0660 | 1110.4130 | -6.8282 |
| 1387.000 | -647.9430 | 1110.8630 | -6.6585 |
| 1388.000 | -648.8190 | 1111.3130 | -6.4884 |
| 1389.000 | -649.6960 | 1111.7640 | -6.3179 |
| 1390.000 | -650.5720 | 1112.2140 | -6.1470 |
| 1391.000 | -651.4480 | 1112.6640 | -5.9757 |
| 1392.000 | -652.3250 | 1113.1140 | -5.8039 |
| 1393.000 | -653.2010 | 1113.5640 | -5.6316 |
| 1394.000 | -654.0770 | 1114.0140 | -5.4587 |
| 1395.000 | -654.9530 | 1114.4630 | -5.2854 |
| 1396.000 | -655.8300 | 1114.9130 | -5.1115 |
| 1397.000 | -656.7060 | 1115.3620 | -4.9370 |
| 1398.000 | -657.5820 | 1115.8110 | -4.7617 |
| 1399.000 | -658.4580 | 1116.2590 | -4.5856 |
| 1400.000 | -659.3350 | 1116.7080 | -4.4085 |
| 1401.000 | -660.2110 | 1117.1560 | -4.2306 |
| 1402.000 | -661.0870 | 1117.6040 | -4.0518 |
| 1403.000 | -661.9630 | 1118.0510 | -3.8718 |
| 1404.000 | -662.8380 | 1118.4990 | -3.6909 |
| 1405.000 | -663.7140 | 1118.9460 | -3.5090 |
| 1406.000 | -664.5890 | 1119.3940 | -3.3257 |
| 1407.000 | -665.4640 | 1119.8410 | -3.1410 |
| 1408.000 | -666.3390 | 1120.2880 | -2.9549 |
| 1409.000 | -667.2140 | 1120.7350 | -2.7674 |
| 1410.000 | -668.0890 | 1121.1820 | -2.5786 |
| 1411.000 | -668.9630 | 1121.6290 | -2.3885 |
| 1412.000 | -669.8360 | 1122.0760 | -2.1968 |
| 1413.000 | -670.7100 | 1122.5230 | -2.0034 |
| 1414.000 | -571.5830 | 1122.9690 | -1.8084 |
| 1415.000 | -572.4560 | 1123.4150 | -1.6121 |
| 1416.000 | -573.3290 | 1123.8620 | -1.4143 |
| 1417.000 | -574.2010 | 1124.3090 | -1.2153 |
| 1418.000 | -575.0730 | 1124.7560 | -1.0151 |
| 1419.000 | -575.9440 | 1125.2030 | -0.8136 |
| 1420.000 | -576.8150 | 1125.6500 | -0.6106 |
| 1421.000 | -577.6860 | 1126.0970 | -0.4061 |
| 1422.000 | -578.5580 | 1126.5430 | -0.2001 |
| 1423.000 | -579.4290 | 1126.9880 | 0.0076 |
| 1424.000 | -580.2990 | 1127.4340 | 0.2168 |

Confidential

| | Measured Depth FT | Y FT | X FT | Elevation FT |
|---|---|---|---|---|
| | 1425.000 | -681.1690 | 1127.8800 | 0.4272 |
| | 1426.000 | -682.0370 | 1128.3280 | 0.6392 |
| | 1427.000 | -682.9050 | 1128.7760 | 0.8525 |
| | 1428.000 | -683.7720 | 1129.2260 | 1.0667 |
| | 1429.000 | -684.6380 | 1129.6780 | 1.2816 |
| | 1430.000 | -685.5030 | 1130.1320 | 1.4967 |
| | 1431.000 | -686.3670 | 1130.5870 | 1.7123 |
| | 1432.000 | -687.2290 | 1131.0450 | 1.9286 |
| | 1433.000 | -688.0900 | 1131.5040 | 2.1452 |
| | 1434.000 | -688.9510 | 1131.9650 | 2.3615 |
| | 1435.000 | -689.8090 | 1132.4310 | 2.5776 |
| | 1436.000 | -690.6670 | 1132.8970 | 2.7939 |
| | 1437.000 | -691.5230 | 1133.3660 | 3.0102 |
| | 1438.000 | -692.3790 | 1133.8370 | 3.2266 |
| | 1439.000 | -693.2330 | 1134.3100 | 3.4424 |
| | 1440.000 | -694.0860 | 1134.7850 | 3.6594 |
| | 1441.000 | -694.9370 | 1135.2610 | 3.8802 |
| | 1442.000 | -695.7880 | 1135.7380 | 4.1020 |
| | 1443.000 | -696.6380 | 1136.2150 | 4.3231 |

Exhibit C



**McLAUGHLIN ENGINEERING COMPANY**
LB#285

ENGINEERING * SURVEYING * PLATTING * LAND PLANNING
1700 N.W. 64th STREET #400, FORT LAUDERDALE, FLORIDA 33309
PHONE (954) 763-7611 * FAX (954) 763-7615

Exhibit D

SCALE 1"=60'

EXHIBIT "D"

VES CABLE
GOVERNMENT LOT 2,
SECTION 16-47-43
PALM BEACH COUNTY, FLORIDA

N.E. 32nd STREET   ACREAGE
THIS SKETCH
N.E. 8th AVENUE
17-47-43
16-47-43
INTRACOASTAL WATERWAY
ACREAGE

SITE LAYOUT
NOT TO SCALE

N.E. 32nd STREET
45' RIGHT-OF-WAY

NORTH LINE, SECTION 16
ACREAGE

ASBUILT CABLE 179'±

THIS SKETCH

POINT OF BEGINNING
NW CORNER
SECTION 16-48-43

WEST LINE, SECTION 16

GOVERNMENT LOT 2
SECTION 16-48-43

WEST LINE, PARCEL 3

10.26'
S21'21'01"W

ASBUILT CABLE LOCATION
PER TE SUBCON COORDINATES

INTRACOASTAL WATERWAY

10' STRIP DATED 4-18-18
LANG SURVEYING LLC

NOTES:
1) This sketch reflects all easements and rights-of-way as shown on above referenced record plat(s). The subject property was not abstracted for other easements road reservations or rights-of-way of record by McLaughlin Engineering Company.
2) Legal description prepared by McLaughlin Engineering Co.
3) This drawing is not valid unless sealed with an embossed surveyors seal.
4) THIS IS NOT A BOUNDARY SURVEY.
5) Bearings shown assume the North line of said Section 16 as North 89°59'15" East.

LEGAL DESCRIPTION:

A portion of the Northwest one-quarter (NW 1/4) of Section 16, Township 47, Range 43 East, Palm Beach County, Florida, more fully described on Page 2 of 2 Sheets.

FIELD BOOK NO. _____
JOB ORDER NO. V-2629, V-4007

DRAWN BY: JMMjr
CHECKED BY: _____
C:\JMMjr/2017/V2629 (ICW REVIEW)

Before the
**FEDERAL COMMUNICATIONS COMMISSION**
Washington, D.C. 20554

| | |
|---|---|
| In the Matter of )<br><br>Algar Telecom S/A, Angola Cables S.A., )<br>Administracion Nacional de )<br>Telecomunicaciones, and GU Holdings Inc. )<br><br>Application for a License to Land and )<br>Operate a Private Fiber-Optic Submarine )<br>Cable System Connecting the U.S. and )<br>Brazil ) | File No.   SCL-LIC-20150408-00008 |

### PETITION TO ADOPT CONDITIONS TO AUTHORIZATIONS AND LICENSES

The Department of Homeland Security ("DHS") hereby submits this Petition to Adopt

Conditions to Authorizations and Licenses ("Petition"), pursuant to Section 1.41 of the Federal

Communications Commission ("Commission") rules.[1] Through this Petition, DHS advises the

Commission that DHS has no objection to the Commission approving the authority sought in the

above-referenced proceedings, provided that the Commission conditions its approval on the

commitment of GU Holdings, Inc. ("GU Holdings") to abide by the undertakings set forth in the

December 6, 2016 Letter of Assurances ("2016 LOA") provided to DHS, which is attached

hereto as Attachment A. The above-referenced proceedings involve applications seeking

Commission to land and operate a fiber optic submarine cable system connecting the United

States and Brazil.

The Commission has long recognized that law enforcement, national security, and public

safety concerns are part of its public interest analysis, and has accorded deference to the views of

other U.S. government agencies with expertise in those areas. *See In the Matter of Comsat*

*Corporation d/b/a Comsat Mobile Communications, etc.*, 16 FCC Rcd. 21,661, 21707 ¶ 94

---

[1] 47 C.F.R. § 1.41.

*EXHIBIT "H"*

(2001).

After discussions with representatives of GU Holdings in connection with the above-referenced proceedings, DHS has concluded that the commitments set forth in the 2016 LOA will help ensure that those agencies with responsibility for enforcing the law, protecting the national security, and preserving public safety can proceed appropriately to satisfy those responsibilities.  Accordingly, DHS advises the Commission that it has no objection to the Commission granting the applications in the above-referenced proceedings, provided that the Commission conditions its consent on compliance by GU Holdings with the 2016 LOA.

Respectfully submitted,

/S/ Shawn Cooley
Shawn Cooley
U.S. Department of Homeland Security
Director – Foreign Investment Risk Management
Office of Policy
3801 Nebraska Avenue
Washington, D.C. 20016

December 8, 2016

Attachment A (2016 Letter of Assurances)

GU Holdings Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043



www.google.com

VIA FEDERAL EXPRESS AND ELECTRONIC MAIL

6 December 2016

Mr. Alan Bersin
Assistant Secretary for International Affairs & Chief Diplomatic Officer
U.S. Department of Homeland Security
Office of Policy
Washington, D.C. 20528

This Letter of Assurances ("LOA") outlines the commitments made by GU Holdings Inc. ("GU Holdings") to the U.S. Department of Homeland Security ("DHS"), in order to address national security, law enforcement, and public safety concerns raised with regard to GU Holdings' application to the Federal Communications Commission ("FCC") requesting authority to land and operate a fiber optic submarine cable system linking the United States and Brazil ("Monet Cable System").[1] The Monet Cable System is intended be a private, non-common carrier fiber optic cable directly linking the United States and Brazil.

GU Holdings has agreed to provide this LOA to DHS to address issues raised by DHS, and to jointly petition the FCC to condition the requested authorization on compliance with this LOA. Upon grant of the license, GU Holdings undertakes to comply with the following commitments:

1. Security Point of Contact

    Within 60 business days of this LOA, GU Holdings shall nominate a resident U.S. citizen as Security Point of Contact (POC) for purposes of this LOA, as well as at least one alternate POC in the event the primary POC cannot be reached. The nominated POCs shall be subject to DHS review and non-objection, and may be subject to a background check.  The POC, or alternate, shall be available 24 hours per day, 7 days per week, regarding any national security, law enforcement or public safety concerns that may be raised by DHS with respect to the Monet Cable System. The POCs shall be responsible for receiving and promptly effectuating any lawful inquiries or requests for information, and otherwise ensuring compliance with obligations set forth in this LOA. GU Holdings will notify DHS of any proposed change to a POC at least 10 business days in advance of such change. Any subsequently proposed POC shall be subject to DHS review and non-objection and may be subject to a background check.

2. Principal Equipment List

    Within 60 business days of this LOA, GU Holdings shall provide a then-current Principal Equipment list.

---

1 SCL-LIC-20150408-00008 Algar Telecom S/A ("Algar Telecom"), Angola Cables S.A. ("Angola Cables"), Administracion Nacional de Telecomunicaciones ("ANTEL"), and GU Holdings Inc. application for a license to land and operate a non-common carrier fiber-optic submarine telecommunications cable extending between the United States and Brazil.

1 of 4



For purposes of this LOA, **"Principal Equipment"** means the primary electronic components of the Monet Cable System, which includes the Domestic Communications Infrastructure and Wet Infrastructure. Principal Equipment includes network element servers, routers, switches, repeaters, submarine line terminal equipment (SLTE), system supervisory equipment (SSE), signal modulators and amplifiers, power feed equipment (PFE), tilt and shape equalizer units (TEQ/SEQ), optical distribution frames (ODF), branching units (BU), and synchronous optical network (SONET), synchronous digital hierarchy (SDH), wave division multiplexing (WDM), dense wave division multiplexing (DWDM), coarse wave division multiplexing (CWDM) or optical carrier network (OCx) equipment, as applicable, and any non-embedded software necessary for the proper monitoring, administration and provisioning of the Monet Cable System (with the exception of software used for common business functions; e.g., MS Office). This list should include available information identifying each item's manufacturer and the model and/or version number of any hardware; any vendors, contractors, or subcontractors involved in installing, operating, managing, or maintaining the Principal Equipment; and a description of each Principal Equipment item and the functions supported.

For purposes of this LOA, **"Domestic Communications Infrastructure" or "DCI"** means any portion of the Monet Cable System that is physically located in the United States up to the submarine line terminating equipment, including (if any) transmission, switching, bridging, and routing equipment, and any associated software (with the exception of software used for common business functions; e.g., MS Office) used by or on behalf of GU Holdings for the Monet Cable System to provide, process, direct, control, supervise, or manage Domestic Communications, and Network Operations Center (NOC) facilities that may be used to control the Monet Cable System.

For purposes of this LOA, **"Domestic Communications"** means: (a) Wire Communications or Electronic Communications (whether stored or not) from one U.S. location to another U.S. location; and (b) the U.S. portion of a Wire Communication or Electronic Communication (whether stored or not) that originates or terminates in the United States.

For purposes of this LOA, **"Wet Infrastructure"** means hardware components installed and residing on the undersea portion of the Monet Cable System, including fiber optic cables, repeaters, branching units and routers (if any). Wet Infrastructure includes all the components used in order to define the topology of the undersea portion of the Monet Cable System.

3. Annual Report

On or before each anniversary of the effective date of this LOA, GU Holdings shall submit to DHS a report including the following information:

(a) An updated list of Principal Equipment, including identification of any material changes or upgrades to the system components or applications since the list was most recently provided to DHS;

(b) The names and contact information of the Security Point of Contact and an alternate POC for purposes of this LOA;

(c) A summary of any events occurring during the reporting period that, to the knowledge of GU Holdings, will or reasonably could affect the effectiveness of or compliance with this Agreement; and

(d) A detailed network map reporting any changes to the Monet Cable System's physical and logical topology during the reporting period, including the addition of new NOCs or cable landing stations.

4. Change in Control



If GU Holdings identifies any information that reasonably indicates that any single foreign entity or individual, other than those already identified in connection in the pending FCC application(s), has or will likely obtain an ownership interest (direct or indirect) in GU Holdings or the Monet Cable System above ten (10) percent, or if any foreign entity or individual, singly or in combination with other foreign entities or individuals, has or likely will otherwise gain either: (i) control as determined in accordance with 47 C.F.R. § 63.09(b); or (ii) de facto or de jure control of GU Holdings, then GU Holdings shall provide notice in writing to DHS within ten (10) business days.  Notice under this Section shall, at a minimum:

(a)     Identify the entity or individual(s) (specifying the name, addresses, and telephone numbers of the entity);

(b)     Identify the beneficial owners of any such increased or prospective increased ownership interest in GU Holdings or the Monet Cable System by the entity or individual(s) (specifying the name, addresses, and telephone numbers of each beneficial owner); and

(c)     Quantify the amount of ownership interest that the entity or individual(s) has or will likely obtain in GU Holdings or the Monet Cable System, if applicable, or, if not, the basis for their prospective control of GU Holdings or the Monet Cable System.

5.  Change in Services or Cable Operations

GU Holdings agrees that it will notify DHS in writing at least 30 calendar days prior to implementing any significant changes to its provision of communications services or the operations of the Monet Cable System such that the material representations made in the pending FCC Application(s) and associated materials are no longer fully accurate, true and complete.

6.  USG Consultation and Visitation

GU Holdings agrees to meet and confer with DHS and consider any concerns DHS may raise about materials submitted pursuant to this LOA.

GU Holdings agrees to negotiate in good faith to resolve any national security, law enforcement or public safety concerns DHS may raise with respect to any matters set forth in this LOA.

GU Holdings agrees that upon reasonable advance notice and subject to applicable law, DHS may visit any part of the DCI to conduct on-site reviews concerning the implementation of the terms of this LOA. During such visits, GU Holdings will cooperate with the lawful requests of DHS (or its designee) to make available information, facilities and personnel.

This LOA shall inure to the benefit of, and shall be binding upon, GU Holdings and its respective successors, assigns, subsidiaries, and affiliates. GU Holdings agrees that in the event the commitments set forth in this letter are breached, in addition to any other remedy available at law or equity, DHS may request that the FCC modify, condition, revoke, cancel, terminate, or render null and void any relevant license, permit, or other authorization granted by the FCC to GU Holdings or any successors-in-interest.



GU Holdings understands that, promptly upon execution of this letter by an authorized representative or attorney for GU Holdings, DHS shall notify the FCC that it has no objection to the FCC's grant of the pending application.

This LOA is executed on behalf of GU Holdings:

**GU Holdings Inc.**

Date: 12/6/2016    By: _____
Austin Schlick
President

